# EXHIBIT B



home  about  creativity  portfolio  kudos  contact



I am very excited to announce a new endeavor for 303creative:

*designing and creating custom wedding websites!*



## Why a Wedding Website?

A custom, easy, and unique way to take your invitation far beyond the envelope.

### Website Features:

 **Custom Website Domain** – A website address of your choice (ie: www.bride&groom.com).

 **Personal Assistant** – Unlike many of the out-of-the-box wedding website options out there, you can rest assured that I will be your one and only contact throughout the design process. No 1-800 numbers, no generic email addresses, no support tickets. You'll have my direct line and personal email address for every step of the process.

 **Custom Design** – I fully customize the look, feel, theme, message, color palettes, and design to celebrate you and your special day.

 **Engagement Story Page** – A page inspired by you and written by Lorie, that captures and conveys the cherished storybook details of your love story.

 **Ceremony Page** – A place where I communicate details about your wedding ceremony including the time, place, decor, and other personal details.

 **Reception Page** – A place where I share details about your celebration.

 **Wedding Party Page** – A place where I introduce your bridesmaids and groomsmen.

 **Location Page** – A place where I communicate details about where your wedding and reception will be held, maps, directions, and anything else needed to get people from A to B.

 **Online Guestbook** – A place for guests to share their excitement, leave notes, and communicate with you leading up to your big day.

 **Guest RSVP Page** – A place for people to indicate whether or not they will attend.

 **Photo Gallery** – A place where I display highlights of your life together, including your engagement, wedding, reception, and even your honeymoon.

 **Couple Blog** – A place to share your thoughts and updates as you lead up to your special day.

 **Gift Registry Page** – A place to share details of your wish list.

 **Social Media Integration** – Share, post, tweet, snap on your favorite social media sites and automatically post them to your wedding website.



"I have the privilege of telling the story of your love and commitment by designing a stunning website that promotes your special day and communicates a unique story, that includes the tale of the engagement, the excitement of the wedding day, and the beautiful life you are building together."

LS

For this reason a man shall leave his father and his mother, and be joined to his wife; and they shall become one flesh.

Genesis 2:24 NASB

And He answered and said, "Have you not read that He who created them from the beginning made them male and female, and said, 'For this reason a man shall leave his father and mother and be joined to his wife, and the two shall become one flesh'? So they are no longer two, but one flesh. What therefore God has joined together, let no man separate."

Matthew 19:4-6 NASB

So, are you interested yet?   LET'S START CREATING!

© 2016 303 Creative. All site contents are copyrighted