# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. __1:16-cv-02372-CBS_____

303 CREATIVE LLC, a limited liability company; and
LORIE SMITH,

    *Plaintiffs*,

vs.

AUBREY ELENIS, Director of the Colorado Civil Rights
Division, in her official capacity;
ANTHONY ARAGON,
ULYSSES J. CHANEY,
MIGUEL "MICHAEL" RENE ELIAS,
CAROL FABRIZIO,
HEIDI HESS,
RITA LEWIS, and
JESSICA POCOCK, as members of the Colorado Civil Rights
Commission, in their official capacities, and
CYNTHIA H. COFFMAN, Colorado Attorney General,
in her official capacity;

    *Defendants*.

---

## DISCLOSURE STATEMENT

---

    Plaintiffs 303 Creative LLC and Lorie Smith, by and through counsel, and pursuant to Federal Rule of Civil Procedure 7.1, hereby state as follows:

    303 Creative LLC is a limited liability company. It issues no stock and has no parent corporation.

Respectfully submitted this 20th day of September, 2016.

        Attorneys for Plaintiffs:

        *s/ Jeremy D. Tedesco*

        Jeremy D. Tedesco (Arizona Bar No. 023497)
        Jonathan A. Scruggs (Arizona Bar No. 030505)
        Samuel D. Green (Arizona Bar No. 032586)
        Katherine L. Anderson (Arizona Bar No. 033104)
        ALLIANCE DEFENDING FREEDOM
        15100 N. 90th Street
        Scottsdale, AZ 85260
        (480) 444-0020
        (480) 444-0028 (facsimile)
        jtedesco@ADFlegal.org
        jscruggs@ADFlegal.org
        sgreen@ADFlegal.org
        kanderson@ADFlegal.org

        David A. Cortman (Georgia Bar No. 188810)
        Rory T. Gray (Georgia Bar No. 880715)
        ALLIANCE DEFENDING FREEDOM
        1000 Hurricane Shoals Road, NE, Suite D-1100
        Lawrenceville, GA 30043
        (770) 339-0774
        (770) 339-6744 (facsimile)
        dcortman@ADFlegal.org
        rgray@ADFlegal.org

        Michael L. Francisco (Colorado Bar No. 39111)
        MRD Law
        3301 West Clyde Place
        Denver, CO 80211
        (303) 325-7843
        (303) 723-8679 (facsimile)
        MLF@mrdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2016, the foregoing was filed with the Clerk of Court using the CM/ECF system. This Disclosure Statement will be served along with the Complaint and Summons via process server to all defendants.

*s/ Jeremy D. Tedesco*

Jeremy D. Tedesco (Arizona Bar No. 023497)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028
jtedesco@ADFlegal.org
