AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-02372-CBS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cynthia Coffman, Colorado Attorney General

was received by me on *(date)* 09/28/2016

□ I personally served the summons on the individual at *(place)*

           on *(date)*       ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*

       , a person of suitable age and discretion who resides there,

on *(date)*      , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Benita Greer, administrative assistant    , who is

designated by law to accept service of process on behalf of *(name of organization)* Cynthia Coffman, Colorado

Attorney General       on *(date)*   09/28/2016   ; or

□ I returned the summons unexecuted because       ; or

□ Other *(specify):*

My fees are $    for travel and $   45.00   for services, for a total of $   45.00   .

I declare under penalty of perjury that this information is true.

Date:   09/28/2016

                     *Server's signature*

           Michael Sharrock / Private Process Server
                   *Printed name and title*

                   P.O. Box 46015
                   Denver, CO 80201

                   *Server's address*

Additional information regarding attempted service, etc:
Documents Served: Complaint with atachments; Case Assignment to Magistrate Judge; Summons; Corporate Disclosure Statement; Notice of Related Cases; Magistrate Judge Consent Form; Motion for Preliminary Injunction; Memorandum in Support of Plaintiff's Motion for Preliminary Injunction; Notice of Entry of Appearance; Notice of Updated Results of Conferral Per Local Rule 7.1 (a); and ECF Notices.