## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## CHIEF JUDGE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover<br>Court Reporter: Mary George | Date: January 11, 2017 |

Civil Action No. 16-cv-02372-MSK-CBS

| *Parties*: | *Counsel Appearing:* |
|---|---|
| 303 CREATIVE LLC, a limited liability company; and<br>LORIE SMITH, | Jeremy Tedesco<br>Katherine Anderson<br>Michael Francisco |
| Plaintiffs, | |
| v. | |
| AUBREY ELENIS, Director of the Colorado Civil Rights<br>Division, in her official capacity;<br>ANTHONY ARAGON;<br>ULYSSES J. CHANEY;<br>MIGUEL "MICHAEL" RENE ELIAS,<br>CAROL FABRIZIO,<br>HEIDI HESS;<br>RITA LEWIS, and<br>JESSICA POCOK, as members of the Colorado Civil<br>Rights Commission, in their official capacities, and<br>CYNTHIA COFFMAN, Colorado Attorney General in her<br>official capacity, | Vincent Morscher |
| Defendants. | |

## COURTROOM MINUTES

HEARING: Law and Motion

**9:30 a.m.      Court in session**

The Court addresses the issues outlined in its Order setting this hearing (Doc. #44)

Statements from counsel.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

The parties agree that there is no need for an evidentiary hearing.

**ORDER:** Plaintiffs' motion for summary judgment will be filed by February 1, 2017; responses will be filed by February 22, 2017 and reply filed by March 8, 2017. The parties will also file a separate stipulation of facts.

**ORDER:** The reference of the Motion to Dismiss (**Doc. #37**) to Magistrate Judge Shaffer is withdrawn. The Court will rule on the motion(s) for preliminary injunction, summary judgment and dismissal simultaneously.

**9:49 a.m.** **Court in recess.**

**Total Time:** **19 minutes.**
**Hearing concluded.**