**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:16-cv-02372

303 CREATIVE LLC, a limited liability company; and
LORIE SMITH,

    *Plaintiffs*,

vs.

AUBREY ELENIS, as Director of the Colorado Civil
Rights Division, in her official capacity;
ANTHONY ARAGON;
ULYSSES J. CHANEY;
MIGUEL "MICHAEL" RENE ELIAS;
CAROL FABRIZIO;
HEIDI HESS;
RITA LEWIS; and
JESSICA POCOCK, as members of the Colorado Civil
Rights Commission, in their official capacities; and
CYNTHIA H. COFFMAN, Colorado Attorney General,
in her official capacity,

    *Defendants*.

**AFFIDAVIT OF COUNSEL FOR THE PLAINTIFFS, JEREMY D. TEDESCO, IN
SUPPORT OF PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT**

I, Jeremy D. Tedesco, hereby declare as follows:

1.    I am competent to testify and make this declaration based on my personal knowledge.

2.    I serve as co-counsel for the respondent in *Craig v. Masterpiece Cakeshop, Inc.*, No. P20130008X.

3. On July 25, 2014, a meeting of the Colorado Civil Rights Commission ("Commission") was held at which the Commission decided whether a stay should be issued following its final decision in the *Masterpiece* case.

4. Following this meeting, respondents, through counsel, requested that the Commission provide an audio recording of the meeting.

5. The Commission responded by providing respondents' counsel a copy of the audio recording of the meeting, which I then caused to be delivered, unchanged, to a certified transcriber, Katherine A. McNally, at Arizona Reporting Service, Inc.

6. Ms. McNally produced a certified transcription of excerpts of the audio recording, a true and accurate copy of which is found at pages 041-053 of the Appendix.

**DECLARATION UNDER PENALTY OF PERJURY**

I, JEREMY TEDESCO, a citizen of the United States and a resident of the State of Arizona, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of February, 2017, at Scottsdale, Arizona.

Jeremy Tedesco
Attorney for Plaintiffs