# EXHIBIT A





Lily and Luke

Saturday November 17, 2017
Littleton, Colorado

~ WE INVITE YOU TO CELEBRATE OUR MARRIAGE ~





449

DAYS

:

1

HOURS

....UNTIL WE GET MARRIED!

28

MINUTES

:

44

SECONDS

## Lily Robinson

THE BRIDE



## Luke Williams

THE GROOM

## OUR WEDDING EVENTS



"For this reason a man shall leave his father and his mother, and be joined to his wife;   and they shall become one flesh."

~ Genesis 2:24 ~



## OUR PHOTO GALLERY

All   Gallery










VIEW OUR PHOTO GALLERY ⟶

## OUR BLOG



### Lily's Favorite Scripture

March 16, 2016

I've spent a lot of time thinking about our upcoming wedding day and the significance...

Posted in: Thoughts



### Meet our Flower Girl & Ring Bearer

March 16, 2016

Sara, our Flower Girl, and Sam, our Ring Bearer have very important roles in our...

Posted in: Love



### Funny Dating Story

March 15, 2016

Luke is going to laugh when I tell this story, but as I think back...

Posted in: Love

VIEW ALL POSTS ⟶

Bring your Dancing Shoes!



JOKES FROM

~ GROOMSMEN, BRIDESMAIDS & FRIENDS ~

#LILY&LUKE

View all →

OUR TWEETS

~ LILY & LUKE ~

@LILY & @LUKE

View all →

~ Designed by 303creative.com ~



LUKE & LILY

Williams    Robinson

HOME  OUR STORY  WEDDING EVENTS  WEDDING PARTY  RSVP  GUEST BOOK  REGISTRY  PHOTOS  BLOG  CONNECT

*It All Began Seven Years Ago*



### Lily's Version

Luke and I met about seven years ago in a place quite familiar to both of us – the slopes. As Colorado natives, Luke and I enjoy all that Colorado's beautiful outdoors has to offer and it was only fitting that we would meet doing something that the both of us enjoy. Seven years later, we enjoy your trip to the slopes…together. I am beyond blessed by Luke's presence in my life. We cherish every moment together and look forward to committing to lifelong love and devotion as we tie the knot in November 2017. Together we want to express our heartfelt appreciation to our family and friends for being by our side for this special occasion!

### Luke's Version

From the moment Lily crossed my path, I could tell there was something about this woman that I wanted to know more about. Lily and I met through mutual friends during a winter weekend trip to Copper Mountain. "It has been said and heard before, if something is too good to be true, it usually is." This was the first thing that crossed my mind when I met Lily. I couldn't imagine this beautiful, smart, humble, and loving person wasn't in a relationship with someone else.







### SATURDAY NOVEMBER 17, 2017

### HALF PAST FIVE O'CLOCK IN THE EVENING

An old superstition claims that being married on the half hour brings good fortune because the minute hand is ascending toward Heaven.



## CEREMONY DETAILS

5:30 PM
6:00 PM

Saturday November 17, 2017

### LOCATION

The Barn at Deer Creek Open Space
555 West Deer Creek Drive
Littleton, Colorado  80128

### PARKING

Complimentary valet parking is available for our guests

### WEATHER

Our ceremony location is set in an outdoor mountain setting during the Fall months. We encourage you to dress accordingly.

### ATTIRE

Formal



*Reception*

TO FOLLOW CEREMONY

SIX O'CLOCK IN THE EVENING

---

### RECEPTION DETAILS

6:00 PM
11:00 PM



Saturday November 17, 2017

---

### LOCATION

The Barn at Deer Creek Open Space
555 West Deer Creek Drive
Littleton, Colorado  80128

### SPIRITS

Fine selection of local Colorado wines, full bar, and virgin cocktails

### DINNER MENU

First Course

Roasted Red Pepper Bisque
Served with Cilantro Creme Fraiche

Second Course

Petite Hearts of Romaine with Parmigiano, Seasoned Croutons, and Zesty Citrus Dressing

Entree

Filet Mignon with Zinfandel Reduction, Truffled Potatoes and California Vegetables or Grilled Pacific Salmon Served Over Risotto Cake, Accompanied by Spinach and Tomato Coulis

Dessert

Wedding Cake

### DANCING

Bring your dancing shoes; it's time to celebrate!



THE BARN AT DEER CREEK OPEN SPACE
555 WEST DEER CREEK DRIVE
LITTLETON, COLORADO 80128

Complimentary valet parking is available for our guests



– Designed by 303creative.com –



LUKE & LILY
Williams  Robinson

HOME | OUR STORY | WEDDING EVENTS | WEDDING PARTY | RSVP | GUEST BOOK | REGISTRY | PHOTOS | BLOG | CONNECT

## Wedding Party

LIFE-LONG FRIENDS, CHOSEN BY US, TO STAND WITH US IN CELEBRATION

## Bridesmaids

"Each of these ladies has a special place in my heart and I am honored that they'll be standing by my side on my special day." ~ Lily ~.







### Kylie Shannon

MAID OF HONOR

Kylie and Lily have been friends since their early years in middle school where they met on the school bus and they have been best friends ever since.

### Kira Jameson

BRIDESMAID

Kira and Lily have been close friends since meeting through a mutual friend while attending the same college.

### Ava Sonoma

BRIDESMAID

Ava and Lily met during their Junior year at the University of Colorado.

# Groomsmen

"You guys have been there for me (and Lily) since the very beginning. I'm honored to have you support us in our next chapter of life." ~Luke







## Mark Sutton

BEST MAN

Mark and Luke have been great friends since about the age of five when they met at the local neighborhood pool.

## Jude Travos

GROOMSMAN

Jude and Luke met through mutual friends during their high school years in Littleton, Colorado.

## Zachary Jones

GROOMSMAN

Zachary and Luke met at work about four years ago. Both enjoy skiing and weekend outdoor adventures with "the guys".

Pastor
Phil



Flower Girl
Ring Bearer





Phil Jacobs

Pastor Phil has known both Luke and Lily for three years

Sara and Sam

These two cuties, our niece and nephew, will be helping us on our special day

## Bride's Family

### GRACE ROBINSON
Mother of the Bride

### BRADLY ROBINSON
Father of the Bride

### HELENA ROBINSON
Grandmother of the Bride

### ISABELLE SONG
Sister of the Bride

### KERRY ROBINSON
Sister of the Bride

## Groom's Family

### JESSICA WILLIAMS
Mother of the Groom

### MARK WILLIAMS
Father of the Groom

### WILMA WILLIAMS
Grandmother of the Groom

### LARRY WILLIAMS
Brother of the Groom

## Ushers

### ALAN GREEN
Bride's Uncle

### SAMUEL FINE
Groom's Uncle

### TOM SMITH
Groom's Uncle



### JOKES FROM
~ GROOMSMEN, BRIDESMAIDS & FRIENDS ~

#ASHLEYANDMICHAELWEDDING

View all →



### OUR TWEETS
~ ASHLEY & MICHAEL ~

@ASHLEY & @MICHAEL

View all →

~ Designed by 303creative.com ~



HOME   OUR STORY   WEDDING EVENTS   WEDDING PARTY   RSVP   GUEST BOOK   REGISTRY   PHOTOS   BLOG   CONNECT



## R.S.V.P.

### RESPONDEZ, S'IL VOUS PLAIT

LET US KNOW YOU'RE COMING!

NAME:

NUMBER OF GUESTS:

1

I AM ATTENDING:

All Events

R.S.V.P. →

## From Our Blog



### Lily's Favorite Scripture

March 16, 2016

I've spent a lot of time thinking about our upcoming wedding day and the significance...

Posted In: Thoughts

### Meet our Flower Girl & Ring Bearer

March 16, 2016

Sara, our Flower Girl, and Sam, our Ring Bearer have very important roles in our...

Posted In: Love

### Funny Dating Story

March 15, 2016

Luke is going to laugh when I tell this story, but as I think back...

Posted In: Love

### Honeymoon Plans Secured

February 16, 2016

Many of you know that Lily and I share the love of the ocean. It's...

Posted In: Love

VIEW ALL POSTS →

Designed by 303creative.com →



LUKE **&** LILY
Williams   Robinson

HOME   OUR STORY   WEDDING EVENTS   WEDDING PARTY   RSVP   GUEST BOOK   REGISTRY   PHOTOS   BLOG   CONNECT



## PLEASE FEEL FREE TO SHARE YOUR JOY WITH US.
## WE CHERISH YOUR COMMENTS AND WILL HAVE THEM FOREVER AFTER...

Message:

> Write us something nice or just a funny joke...

Name:

> John Doe

Email: Your email address will not be published.

> email@example.com

Add message

---

3 PEOPLE WROTE TO US:

"

### HELENA

I love this quote and it reminds me of you... "Love doesn't make the world go round, love is what makes the ride worthwhile." Elizabeth Browning

–

MARCH 8, 2016

"

### MIKE ANDERSEN

"I am my beloved's, and my beloved is mine." Song of Solomon 6:3

–

MARCH 8, 2016

"

### YOUR SISTER, ISABELLE

You two are so meant for one another. I am honored to witness your special day.

–

MARCH 8, 2016

---

- Designed by 303creative.com -



LUKE & LILY
Williams    Robinson

HOME    OUR STORY    WEDDING EVENTS    WEDDING PARTY    RSVP    GUEST BOOK    REGISTRY    PHOTOS    BLOG    CONNECT

*Our Registry*

Luke & Lily are registered at the following:

amazon

BED BATH &
BEYOND

Crate&Barrel

Etsy

Or make a monetary gift via PayPal:

PayPal

If unable to attend our event, we graciously ask you mail gifts to:

Luke & Lily
555 W. 3rd Street
Littleton, Colorado  80122

- Designed by 303creative.com -



HOME    OUR STORY    WEDDING EVENTS    WEDDING PARTY    RSVP    GUEST BOOK    REGISTRY    PHOTOS    BLOG    CONNECT

*Our Photo Gallery*

~ Designed by 303creative.com ~





HOME   OUR STORY   WEDDING EVENTS   WEDDING PARTY   RSVP   GUEST BOOK   REGISTRY   PHOTOS   BLOG   CONNECT

## LILY'S FAVORITE SCRIPTURE

Lily Robinson   March 14, 2016



I've spent a lot of time thinking about our upcoming wedding day and the significance it has for me spiritually. I'm reminded of a piece of scripture in the New Testament and it's one of my favorites...

*"And He answered and said, "Have you not read that He who created them from the beginning made them male and female, and said, 'For this reason a man shall leave his father and mother and be joined to his wife, and the two shall become one flesh'? So they are no longer two, but one flesh. What therefore God has joined together, let no man separate."*

Matthew 19:4-6 NASB

🐦 Thoughts

f Like   🐦 Tweet   8+ +1   📌 Pin It

ered by 321creative.com →



LUKE & LILY

Williams      Robinson

HOME    OUR STORY    WEDDING EVENTS    WEDDING PARTY    RSVP    GUEST BOOK    REGISTRY    PHOTOS    BLOG    CONNECT

## Meet our Flower Girl & Ring Bearer

← ⊞

Lily Robinson      March 16, 2016



Sara, our Flower Girl, and Sam, our Ring Bearer have very important roles in our special day. These two darlings are Luke's sister's children. We couldn't be more happy to have them share this special day with us.

📁 Love

 f  Like      🐦 Tweet      g+ +1      📌 Pin it



LUKE & LILY
Williams     Robinson

HOME     OUR STORY     WEDDING EVENTS     WEDDING PARTY     RSVP     GUEST BOOK     REGISTRY     PHOTOS     BLOG     CONNECT

# FUNNY DATING STORY



Lily Robinson     March 15, 2016



Luke is going to laugh when I tell this story, but as I think back to our seven years together, it's one of those memories that stands out in my mind.

After dating for three or four months, Luke planned a romantic evening and took me to an Italian restaurant for dinner. We enjoyed a romantic meal, wonderful conversation, and as we headed to the car, Luke realized he had locked the keys inside! Our romantic evening ended with a visit from the local locksmith.

Love

Like     Tweet     +1     Pin it

signed by 303creative.com »



LUKE & LILY
Williams    Robinson

HOME    OUR STORY    WEDDING PARTY    WEDDING PARTY    RSVP    GUEST BOOK    REGISTRY    PHOTOS    BLOG    CONNECT

# Honeymoon Plans Secured



Luke Williams    February 16, 2016



Many of you know that Lily and I share the love of the ocean. It's only fitting that our honeymoon would take us on a dive vacation to Belize in December 2017.

■ Love

Like    Tweet    +1    Pin it

Designed by 303creative.com ~



LUKE & LILY
Williams   Robinson

HOME   OUR STORY   WEDDING EVENTS   WEDDING PARTY   RSVP   GUEST BOOK   REGISTRY   PHOTOS   BLOG   CONNECT

## HE PROPOSED!



Lily Robinson   January 10, 2016



He Asked, I Said 'Yes'

Love

[ f Like ]   [ Tweet ]   [ +1 ]   [ Pin It ]

### Write a comment:

Message

Write us something nice or just a funny joke...

Name

John Doe

Email

email@example.com

Your email address will not be published.

[ Post Comment ]

