# EXHIBIT B





## Why a Wedding Website?

A custom, easy, and unique way to take your invitation far beyond the envelope.

### Website Features:

 **Custom Website Domain** – A website address of your choice (ie: www.bride&groom.com).

 **Personal Assistant** – Unlike many of the out-of-the-box wedding website options out there, you can rest assured that I will be your one and only contact throughout the design process. No 1-800 numbers, no generic email addresses, no support tickets. You'll have my direct line and personal email address for every step of the process.

 **Custom Design** – I fully customize the look, feel, theme, message, color palettes, and design to celebrate you and your special day.

 **Engagement Story Page** – A page inspired by you and written by Lorie, that captures and conveys the cherished storybook details of your love story.

 **Ceremony Page** – A place where I communicate details about your wedding ceremony including the time, place, decor, and other personal details.

 **Reception Page** – A place where I share details about your celebration.

 **Wedding Party Page** – A place where I introduce your bridesmaids and groomsmen.

 **Location Page** – A place where I communicate details about where your wedding and reception will be held, maps, directions, and anything else needed to get people from A to B.

 **Online Guestbook** – A place for guests to share their excitement, leave notes, and communicate with you leading up to your big day.

 **Guest RSVP Page** – A place for people to indicate whether or not they will attend.

 **Photo Gallery** – A place where I display highlights of your life together, including your engagement, wedding, reception, and even your honeymoon.

 **Couple Blog** – A place to share your thoughts and updates as you lead up to your special day.

 **Gift Registry Page** – A place to share details of your wish list.

 **Social Media Integration** – Share, post, tweet, snap on your favorite social media sites and automatically post them to your wedding website.



So, are you interested yet?   LET'S START CREATING!

© 2016 303 Creative. All site contents are copyrighted