# EXHIBIT F

| | |
|---|---|
| **STATE OF COLORADO**<br>**COLORADO CIVIL RIGHTS COMMISSION**<br>1560 Broadway, Suite 1050,<br>Denver, Colorado 80202 | |
| **CHARLIE CRAIG and DAVID MULLINS,**<br><br>Complainant/Appellant,<br><br>vs.<br><br>**MASTERPIECE CAKESHOP, INC., and any**<br>**successor entity, and JACK C. PHILIPS**<br><br>Respondent/Appellee. | ▲ **COURT USE ONLY** ▲<br><br>**Case No.:** CR 2013-0008 |
| **FINAL AGENCY ORDER** | |

This matter came before the Colorado Civil Rights Commission ("Commission") at its regularly scheduled monthly meeting on May 30, 2014. During the public session portion of the monthly meeting the Commission considered the record on appeal, including but not limited to the following:

- Initial Decision of Administrative Law Judge Robert N. Spencer ("ALJ") in this matter ("Initial Decision");
- Respondents' Brief in Support of Appeal;
- Complainants' Opposition to Respondents' Appeal;
- Counsel in Support of the Complainants' Answer Brief; and
- Documents listed in the Certificate of Record.

Based upon the Commission's review and consideration, it is hereby ORDERED that the Initial Decision is ADOPTED IN FULL. In doing so, we further AFFIRM the following:

1. The Order Granting Complainants' Motion for Protective Order is AFFIRMED; and

2. The Order concerning Respondents' Motion to Dismiss the Formal Complaint and Motion to Dismiss Phillips is AFFIRMED;

## REMEDY

It is further ORDERED by the Commission that the Respondents take the following actions:

    1.    Pursuant to § 24-34-306(9) and 605, C.R.S., the Respondents shall cease and desist from discriminating against Complainants and other same-sex couples by refusing to sell them wedding cakes or any product Respondents would sell to heterosexual couples; and

    2.    Pursuant to 24-34-306(9) and 605, C.R.S., the following REMEDIAL MEASURES shall be taken:

    a.  The Respondents shall take remedial measures to ensure compliance with the Public Accommodation section of the Colorado Anti-Discrimination Act, § 24-34-601(2), C.R.S., including but not limited to comprehensive staff training on the Public Accommodations section of the Colorado Anti-Discrimination Act and changes to any and all company polices to comply with § 24-34-601(2), C.R.S. and this Order.

    b.  The Respondents shall provide quarterly compliance reports to the Colorado Civil Rights Division for two years from the date of this Order. The compliance reports shall contain a statement describing the remedial measures taken.

    c.  The Respondents' compliance reports shall also document the number of patrons denied service by Mr. Phillips or Masterpiece Cakeshop, Inc., and the reasons the patrons were denied service.

Dated this _30_ th day of _May_ , 2014, at Denver Colorado

_____

Katina Banks, Chair
Colorado Civil Rights Commission
1560 Broadway, Suite 1050
Denver, CO 80202

2

## CERTIFICATE OF SERVICE

This is to certify that I have duly served the within **FINAL AGENCY ORDER** upon all parties herein by depositing copies of same in the United States mail, first-class postage prepaid, at Denver, Colorado, this 2nd day of June 2014 addressed as follows:

Nicolle H. Martin
7175 W. Jefferson Avenue, Suite 4000
Lakewood, CO 80235

Michael J. Norton
Alliance Defending Freedom
7351 E. Maplewood Avenue, Suite 100
Greenwood Village, CO 80111

Kristen K. Waggoner
Alliance Defending Freedom
14241 N.E. Woodinville-Duvall Rd., No. 488
Woodinville, WA 98072

Paula Greisen
King & Greisen
1670 York Street
Denver, CO 80206

Stacy Worthington
Assistant Attorney General
Office of the Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203

Counsel in support of the Complaint

Natalie L. Decker
26 W. Dry Creek Cr., Suite 600
Littleton, CO 80120

Jeremy D. Tedesco
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260

David Mullins
Charlie Craig
c/o Sara J. Rich
ACLU Foundation of Colorado
303 E. 17th Avenue, Suite 350

Amanda Goad
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004

Charmaine C. Rose
Assistant Attorney General
Office of the Attorney General
1300 Broadway, 8th Floor
Denver, CO 80203

Counsel for the Commission

*Shayla Malone*

3