**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-02372-MSK-CBS

303 CREATIVE LLC, a limited liability company; and
LORIE SMITH,

    *Plaintiffs*,

vs.

AUBREY ELENIS, Director of the Colorado Civil Rights
Division, in her official capacity;
ANTHONY ARAGON,
ULYSSES J. CHANEY,
MIGUEL "MICHAEL" RENE ELIAS,
CAROL FABRIZIO,
HEIDI HESS,
RITA LEWIS, and
JESSICA POCOCK, as members of the Colorado Civil Rights
Commission, in their official capacities; and
CYNTHIA H. COFFMAN, Colorado Attorney General,
in her official capacity;

    *Defendants*.

---

**NOTICE TO THE COURT AFTER U.S. SUPREME COURT RULING IN
*MASTERPIECE CAKESHOP, LTD. V. COLORADO CIVIL RIGHTS COMMISSION***

---

Pursuant to this Court's September 1, 2017 ruling, Plaintiffs hereby give the Court the following notice as to how Plaintiffs desire to proceed in the above captioned case:

On September 1, 2017, this Court stayed Plaintiffs' case pending a ruling from the U.S. Supreme Court in *Masterpiece Cakeshop, Ltd. v. Colo. Civil Rights Comm'n*, 16-111 (U.S. filed July 22, 2016). This Court instructed each party to file a notice within 14 days after a *Masterpiece* ruling informing the Court how they want to proceed with this case. However, since September

2017 the U.S. Supreme Court heard two additional cases that may also affect Plaintiffs' remaining claims. Plaintiffs respectfully ask the Court for a brief extension of the 14-day deadline to after the U.S. Supreme Court rules in *Nat'l Inst. of Family Life Advocates v. Becerra*, ("NIFLA") No. 16-1140 (U.S., argued Mar. 20, 2018) and *Janus v. Am. Fed'n of State, Cty., & Mun. Emps., Council 31*, No. 16-1466 (U.S., argued Feb. 26, 2018). Both rulings are expected this month.

As this Court is aware, Plaintiffs' challenged Colorado's application of its public accommodation law on free speech and free exercise grounds (among others). The U.S. Supreme Court's decision in *Masterpiece* will provide this Court guidance on Plaintiffs' free speech and free exercise claims. Similarly, *NIFLA*, a case involving a religiously-motivated organization's challenge to a state law that compels speech, will likely inform this Court's compelled speech analysis. In addition, the U.S. Supreme Court's decision considered in *Janus* compelled association and speech claims made by an employee who objected to subsidizing a union's speech that he did not support. That ruling will also likely impact this Court's compelled association and speech claims.

The U.S. Supreme Court will decide *NIFLA* and *Janus* by the end of this month. The interests of justice and judicial economy favor waiting for all three decisions so that the Court and parties have an opportunity to consider the likely impact of all three cases on Plaintiffs' case.

Therefore, Plaintiffs' respectfully ask the Court to extend the deadline for the parties to notify the Court as to how the parties desire to proceed with this case to 7 days after the final day of the U.S. Supreme Court's present term (October 2017 term).

Respectfully submitted this 15th day of June, 2018.

*s/ Jonathan A. Scruggs*

Jeremy D. Tedesco (Arizona Bar No. 023497)
Jonathan A. Scruggs (Arizona Bar No. 030505)
Samuel D. Green (Arizona Bar No. 032586)
Katherine L. Anderson (Arizona Bar No. 033104)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 (facsimile)
jtedesco@ADFlegal.org
jscruggs@ADFlegal.org
sgreen@ADFlegal.org
kanderson@ADFlegal.org

David A. Cortman (Georgia Bar No. 188810)
Rory T. Gray (Georgia Bar No. 880715)
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road, NE, Suite D-1100
Lawrenceville, GA 30043
(770) 339-0774
(770) 339-6744 (facsimile)
dcortman@ADFlegal.org
rgray@ADFlegal.org
Attorneys for Plaintiffs

Michael L. Francisco (Colorado Bar No. 39111)
MRD Law
3301 West Clyde Place
Denver, CO 80211
(303) 325-7843
(303) 723-8679 (facsimile)
MLF@mrdlaw.com

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2018, the foregoing was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jack D. Patten, III
Assistant Attorney General
Civil Litigation and Employment
Law Section
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6592
Fax: (720) 508-6032
jack.patten@coag.gov

Vincent E. Morscher
Deputy Attorney General
Civil Litigation and Employment Law Section
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6588
Fax: (720) 508-6032
vincent.morscher@coag.gov

Billy L. Seiber
First Assistant Attorney General
Colorado Department of Law
Office of the Colorado Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 8th Floor
Business & Licensing Section
Denver, Colorado 80203
720-508-6411 Direct
720-508-6000 Main
Billy.Seiber@coag.gov

Attorneys for Defendants

*s/ Jonathan A. Scruggs*

Jonathan A. Scruggs
(Arizona Bar No. 030505)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 (facsimile)
jscruggs@ADFlegal.org