IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No:   1:16-cv-02372-CBS

303 CREATIVE LLC, a limited liability company; and
LORIE SMITH

    *Plaintiffs*,

v.

AUBREY ELENIS, Director of the Colorado Civil Rights
Division, in her official capacity;
ANTHONY ARAGON;
ULYSSES J. CHANEY;
MIGUEL "MICHAEL" RENE ELIAS;
CAROL FABRIZIO;
HEIDI HESS;
RITA LEWIS; and
JESSICA POCOCK, as members of the Colorado Civil Rights
Commission, in their official capacities and
PHIL WEISER, Colorado Attorney General,
in his official capacity;

    *Defendants*.

---

### MOTION TO WITHDRAW
---

Pursuant to Local Rules 5(b), undersigned counsel hereby submits the following Motion to Withdraw as co-counsel for 303 Creative LLC and Lorie Smith (collectively the "Plaintiffs"). Undersigned counsel has served as co-counsel for the Plaintiffs. The Plaintiffs are also represented by counsel of record in this case Jeremy Tedesco, Jonathan Scruggs, Samuel Green, Katherine Anderson, Rory Gray, and David Cortman at the Alliance Defending Freedom. Undersigned counsel's withdrawal will therefore not interrupt the representation of the Plaintiffs in this matter.

Undersigned Counsel anticipates transitioning from private practice to a government

attorney role in the near future in Washington, D.C. and thus must cease representing clients in a private capacity. Undersigned counsel has conferred with co-counsel for the Plaintiffs as well as the Plaintiffs and informed them of his need to withdraw from this case.

Undersigned counsel notes that 303 Creative LLC may not appear without counsel admitted to the bar of the United States District Court for the District of Colorado. Because undersigned counsel has only served as co-counsel, however, 303 Creative LLC will still be represented by counsel even after undersigned counsel's withdrawal.

Respectfully submitted this 6th day of May, 2019.

STATECRAFT PLLC

/s/ Michael Francisco
Michael Francisco
Statecraft PLLC
620 N. Tejon St., Ste. 101
Colorado Springs, CO 80903
719-822-2809
michael@statecraftlaw.com

*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2019, the foregoing motion was filed with the Clerk of the Court using the CM/ECF system, which will notify the following counsels of record:

**Attorneys for Plaintiffs**
Jeremy David Tedesco
Jonathan Andrew Scruggs
Samuel David Green

Katherine Leone Anderson
Alliance Defending Freedom-Scottsdale
15100 North 90th St., Suite 165
Scottsdale, AZ 85260
(480) 444-0020
Fax: (480)444-0028
Email:jtedesco@ADFlegal.org
jscruggs@ADFlegal.org
sgreen@ADFlegal.org
kanderson@ADFlegal.org

Rory Thomas Gray
David Andrew Cortman
Alliance Defending Freedom- Lawrenceville
1000 Hurricane Shoals Rd., NE Suite D-1100
Lawrenceville, GA 30043
(770) 339-0774
Fax: (770) 339-6744
Email: rgray@adflegal.org
dcortman@alliancedefendingfreedom.org


**Attorneys for Defendants**
Jack D. Patten, III
Assistant Attorney General
Civil Litigation and Employment
Law Section
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6592
Fax: (720) 508-6032
jack.patten@coag.gov

Vincent E. Morscher
Deputy Attorney General
Civil Litigation and Employment Law Section 1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6588
Fax: (720) 508-6032
vincent.morscher@coag.gov

Billy L. Seiber
First Assistant Attorney General
Colorado Department of Law
Office of the Colorado Attorney General

Ralph L. Carr Colorado Judicial Center
1300 Broadway, 8th Floor
Business & Licensing Section
Denver, Colorado 80203
720-508-6411 Direct
720-508-6000 Main
Billy.Seiber@coag.gov

/s/ Michael Francisco
Michael Francisco
Statecraft PLLC
620 N. Tejon St., Ste. 101
Colorado Springs, CO 80903
719-822-2809
michael@statecraftlaw.com

*Attorneys for Plaintiff*