IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02372-MSK

303 CREATIVE LLC, and
LORIE SMITH,

    Plaintiffs,

v.

AUBREY ELENIS,
CHARLES GARCIA,
AJAY MENON,
MIGUEL RENE ELIAS,
RICHARD LEWIS,
KENDRA ANDERSON,
SERGIO CORDOVA,
JESSICA POCOCK, and
PHIL WEISER,

    Defendants.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Opinion and Order Granting Summary Judgment, filed September 26, 2019, by the Honorable Marcia S. Krieger, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

    ORDERED that judgment is hereby entered in favor of defendants, Aubrey Elenis, Charles Garcia, Ajay Menon, Miguel Rene Elias, Richard Lewis, Kendra Anderson, Sergio Cordova, Jessica Pocock, and Phil Weiser, and against plaintiffs, 303 Creative LLC and Lorie Smith.  It is further

ORDERED that plaintiffs' complaint and action are dismissed with prejudice.

DATED at Denver, Colorado this 26th day of September, 2019.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk