**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:16-cv-02372-MSK

303 CREATIVE LLC, a limited liability company; and
LORIE SMITH,

    *Plaintiffs*,

vs.

AUBREY ELENIS, Director of the Colorado Civil Rights
Division, in her official capacity;
CHARLES GARCIA,
KENDRA ANDERSON,
SERGIO CORDOVA,
MIGUEL "MICHAEL" RENE ELIAS,
AJAY MENON,
RICHARD LEWIS, and
JESSICA POCOCK, as members of the Colorado Civil Rights
Commission, in their official capacities, and
PHIL WEISER, Colorado Attorney General,
in his official capacity;

    *Defendants*.

---

### PLAINTIFFS' NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

---

Notice is hereby given that Plaintiffs 303 Creative LLC and Lorie Smith hereby appeal to the United States Court of Appeals for the Tenth Circuit the *Final Judgment* in its entirety, ECF No. 80, entered on September 26, 2019, as well as the following orders in their entirety: (1) *Opinion and Order Granting Summary Judgment*, ECF No. 79, entered on September 26, 2019; 2) *Opinion and Order Denying Motion for Preliminary Injunction and Motion for Summary Judgment*, ECF No. 72, entered on May 17, 2019; and 3) *Order Granting in Part and Denying in Part Motion to Dismiss and Denying Motion for Preliminary Injunction and Motion for Summary Judgment, with Leave to Renew*, ECF No. 52, entered on September 1, 2017.

Respectfully submitted this 25th day of October, 2019.

            *s/ Katherine L. Anderson*

            Kristen K. Waggoner (Arizona Bar. No. 032382)*
            Jeremy D. Tedesco (Arizona Bar No. 023497)*
            Jonathan A. Scruggs (Arizona Bar No. 030505)*
            Katherine L. Anderson (Arizona Bar No. 033104)*
            ALLIANCE DEFENDING FREEDOM
            15100 N. 90th Street
            Scottsdale, AZ 85260
            (480) 444-0020
            kwaggoner@ADFlegal.org
            jtedesco@ADFlegal.org
            jscruggs@ADFlegal.org
            kanderson@ADFlegal.org

            *Attorneys for Plaintiffs*

*\*Admitted to the United States District Court for the District of Colorado.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2019, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Skippere Spear
Senior Assistant Attorney General
Civil Litigation and Employment Law Section
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6435
Fax: (720) 508-6037
skip.spear@coag.gov

Vincent E. Morscher
Senior Assistant Attorney General
Civil Litigation and Employment Law Section
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6435
Fax: (720) 508-6037
vincent.morscher@coag.gov

Billy Lee Seiber
First Assistant Attorney General
Business and Licensing Section
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6435
Fax: (720) 508-6037
billy.seiber@coag.gov

Jack D. Patten, III
Assistant Attorney General
Civil Litigation and Employment Law Section
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6435
Fax: (720) 508-6037
jack.patten@coag.gov

*Attorneys for Defendants*

*s/ Katherine L. Anderson*
Katherine L. Anderson (Arizona Bar No. 033104)
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
(480) 444-0028 (facsimile)
kanderson@ADFlegal.org