# UNITED STATES COURT OF APPEALS
## TENTH CIRCUIT
Office of the Clerk
Byron White United States Courthouse
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert                                          Jane K. Castro
Clerk of Court                                              Chief Deputy Clerk

### October 28, 2022

Mr. Scott S. Harris
Clerk of the Court
Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001

RE: 303 Creative LLC, et al., v. Aubrey Elanis, et al.,
Lower docket: 19-1413
Supreme Court number: 21-476

Dear Mr. Harris:

In response to your request for a certiorari record in this matter, please be advised that the entire record is available via the PACER website (www.PACER.gov). There are no sealed materials.

**By copy of this letter, the United States District Court for the District of Colorado is requested to transmit a certified notice to you that the entire lower record is available on PACER, or provide any materials not available via PACER. A docket sheet should also be transmitted.**

Please contact this office if you have questions.

Sincerely,
CHRISTOPHER M. WOLPERT, Clerk

/s/ Anthony Trujillo
Deputy Clerk

cc:   All Counsel of Record
District Court Clerk

### TRANSCRIPT OF RECORD

---

---

## IN THE

## SUPREME COURT OF THE UNITED STATES

### S.C. No. 21-476

### C.A. No. 19-1413

**303 Creative LLC, et al. v. Aubrey Elenis, et al.**

---

---

## ON PETITION FOR WRIT OF CERTIORARI

## FROM THE

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

---

# INDEX

                                                                              Section

Appellate Docket Sheet  ............................................................................. 1

Certification  ............................................................................................ 2

\*Please note that the entire record for this matter is available via the PACER website.
There are no sealed materials in this matter.

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 4 of 60

19−1413 303 Creative, et al v. Elenis, et al   Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 4

**General Docket**
**Tenth Circuit Court of Appeals**

| | |
|---|---|
| **Court of Appeals Docket #:** 19−1413 | **Docketed:** 10/28/2019 |
| **Nature of Suit:** 3440 Other Civil Rights | **Termed:** 07/26/2021 |
| 303 Creative, et al v. Elenis, et al | |
| **Appeal From:** United States District Court for the District of Colorado – Denver | |
| **Fee Status:** Fee Paid | |

**Case Type Information:**
   **1)** civil
   **2)** private
   **3)** –

**Originating Court Information:**
   **District:** 1082−1 : 1:16−CV−02372−MSK−CBS
   **Court Reporter:** Mary J. George, –
   **Trial Judge:** Marcia S. Krieger, –, U.S. District Judge
   **Date Filed:** 09/20/2016

| **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|
| 10/25/2019 | 10/28/2019 |

**Prior Cases:**
   17−1344   **Date Filed:** 09/29/2017   **Date Disposed:** 08/14/2018   **Disposition:** dismissed/other

**Current Cases:**
   None

**Panel Assignment:**    Not available

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 5 of 60

19−1413 303 Creative, et al v. Elenis, et al     Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 5

303 CREATIVE LLC, a limited liability company
    Plaintiff − Appellant

Katherine Leone Anderson
Direct: 480−444−0020
Email: kanderson@adflegal.org
[COR NTC Retained]
Alliance Defending Freedom
Firm: 480−444−0020
15100 North 90th Street
Scottsdale, AZ 85260

John J. Bursch
Direct: 616−450−4235
Email: jbursch@burschlaw.com
[COR NTC Retained]
Bursch Law
9339 Cherry Valley SE, #78
Caledonia, MI 49316

David Andrew Cortman
Direct: 770−339−0774
Email: dcortman@adflegal.org
[COR NTC Retained]
Alliance Defending Freedom
Firm: 770/339−0774
1000 Hurricane Shoals Road, NE
Suite D−1100
Lawrenceville, GA 30043−0000

Jonathan Andrew Scruggs
Direct: 480−444−0020
Email: jscruggs@alliancedefendingfreedom.org
[COR NTC Retained]
Alliance Defending Freedom
Firm: 480−444−0020
15100 North 90th Street
Scottsdale, AZ 85260

Jeremy D. Tedesco
Direct: 480−444−0020
Email: jtedesco@alliancedefendingfreedom.org
[NTC Retained]
Alliance Defending Freedom
Firm: 480−444−0020
15100 North 90th Street
Scottsdale, AZ 85260

Kristen Waggoner
Direct: 202−393−8690
Email: kwaggoner@adflegal.org
[COR NTC Retained]
Alliance Defending Freedom
440 First Street NW, Suite 600
Washington, DC 20001

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 6 of 60

19–1413 303 Creative, et al v. Elenis, et al       Appellate Case: 19-1413   Document: 010110760091       Date Filed: 10/28/2022       Page: 6

|  | Kristen Waggoner |
|---|---|
|  | **Terminated:** 03/30/2020 |
|  | Email: kwaggoner@adflegal.org |
|  | [COR NTC Retained] |
|  | Alliance Defending Freedom |
|  | Firm: 480–444–0020 |
|  | 15100 North 90th Street |
|  | Scottsdale, AZ 85260 |

LORIE SMITH
      Plaintiff – Appellant

Katherine Leone Anderson
Direct: 480–444–0020
[COR NTC Retained]
(see above)

John J. Bursch
Direct: 616–450–4235
[COR NTC Retained]
(see above)

David Andrew Cortman
Direct: 770–339–0774
[COR NTC Retained]
(see above)

Jonathan Andrew Scruggs
Direct: 480–444–0020
[COR NTC Retained]
(see above)

Jeremy D. Tedesco
Direct: 480–444–0020
[NTC Retained]
(see above)

Kristen Waggoner
**Terminated:** 03/30/2020
[COR NTC Retained]
(see above)

Kristen Waggoner
Direct: 202–393–8690
[COR NTC Retained]
(see above)

v.

MIGUEL RENE ELIAS
      Defendant – Appellee

Eric H. Maxfield
**Terminated:** 01/23/2020
Email: no valid@email address
[NTC Retained]
Office of the Attorney General for the State of Colorado

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 7 of 60

19−1413 303 Creative, et al v. Elenis, et al
Appellate Case: 19−1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 7

Ralph L. Carr Colorado Judicial Center
Firm: 720−508−6000
1300 Broadway, Sixth Floor
Denver, CO 80203

Vincent Edward Morscher
Direct: 303−866−5305
Email: vincent.morscher@coag.gov
[COR Retained]
Office of the Attorney General for the State of Colorado
Ralph L. Carr Colorado Judicial Center
Firm: 720−508−6000
1300 Broadway, Sixth Floor
Denver, CO 80203

Eric Olson
Direct: 720−508−6548
Email: eric.olson@coag.gov
[COR NTC Retained]
Office of the Attorney General for the State of Colorado
Ralph L. Carr Colorado Judicial Center
Firm: 720−508−6000
1300 Broadway, Sixth Floor
Denver, CO 80203

Eric Olson
**Terminated:** 02/05/2020
Email: eric.olson@coag.gov
[NTC Government]
Solicitor General
1300 Broadway, 10th Floor
Denver, CO 80203

Jack Davy Patten, III
Direct: 720−508−6000
Email: jack.patten@coag.gov
[COR Retained]
Office of the Attorney General for the State of Colorado
Ralph L. Carr Colorado Judicial Center
Firm: 720−508−6000
1300 Broadway, Sixth Floor
Denver, CO 80203

Billy Lee Seiber
Direct: 720−508−6435
Email: billy.seiber@coag.gov
[COR Retained]
Office of the Attorney General for the State of Colorado
Ralph L. Carr Colorado Judicial Center
8th Floor
Firm: 720−508−6000
1300 Broadway, Sixth Floor
Denver, CO 80203

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 8 of 60

19−1413 303 Creative, et al v. Elenis, et al      Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 8

Skippere S. Spear
Direct: 303−866−5037
Email: update@pacer.uscourts.gov
[COR Retained]
Office of the Attorney General for the State of Colorado
Ralph L. Carr Colorado Judicial Center
Firm: 720−508−6000
1300 Broadway, Sixth Floor
Denver, CO 80203

JESSICA POCOCK
      Defendant − Appellee

Eric H. Maxfield
**Terminated:** 01/23/2020
[NTC Retained]
(see above)

Vincent Edward Morscher
Direct: 303−866−5305
[COR Retained]
(see above)

Eric Olson
Direct: 720−508−6548
[COR NTC Retained]
(see above)

Eric Olson
**Terminated:** 02/05/2020
[NTC Government]
(see above)

Jack Davy Patten, III
Direct: 720−508−6000
[COR Retained]
(see above)

Billy Lee Seiber
Direct: 720−508−6435
[COR Retained]
(see above)

Skippere S. Spear
Direct: 303−866−5037
[COR Retained]
(see above)

PHIL WEISER
      Defendant − Appellee

Eric H. Maxfield
**Terminated:** 01/23/2020
[NTC Retained]
(see above)

Vincent Edward Morscher

Direct: 303−866−5305
[COR Retained]
(see above)

Eric Olson
Direct: 720−508−6548
[COR NTC Retained]
(see above)

Eric Olson
**Terminated:** 02/05/2020
[NTC Government]
(see above)

Jack Davy Patten, III
Direct: 720−508−6000
[COR Retained]
(see above)

Billy Lee Seiber
Direct: 720−508−6435
[COR Retained]
(see above)

Skippere S. Spear
Direct: 303−866−5037
[COR Retained]
(see above)

CHARLES GARCIA
    Defendant − Appellee

Vincent Edward Morscher
Direct: 303−866−5305
[COR Retained]
(see above)

Eric Olson
**Terminated:** 02/05/2020
[NTC Government]
(see above)

Eric Olson
Direct: 720−508−6548
[COR NTC Retained]
(see above)

Jack Davy Patten, III
Direct: 720−508−6000
[COR Retained]
(see above)

Billy Lee Seiber
Direct: 720−508−6435
[COR Retained]

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 10 of 60

19−1413 303 Creative, et al v. Elenis, et al   Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 10

(see above)

Skippere S. Spear
Direct: 303−866−5037
[COR Retained]
(see above)

AUBREY ELENIS
      Defendant − Appellee

Vincent Edward Morscher
Direct: 303−866−5305
[COR Retained]
(see above)

Eric Olson
**Terminated:** 02/05/2020
[NTC Government]
(see above)

Eric Olson
Direct: 720−508−6548
[COR NTC Retained]
(see above)

Jack Davy Patten, III
Direct: 720−508−6000
[COR Retained]
(see above)

Skippere S. Spear
Direct: 303−866−5037
[COR Retained]
(see above)

AJAY MENON
      Defendant − Appellee

Vincent Edward Morscher
Direct: 303−866−5305
[COR Retained]
(see above)

Eric Olson
Direct: 720−508−6548
[COR NTC Retained]
(see above)

Eric Olson
**Terminated:** 02/05/2020
[NTC Government]
(see above)

Jack Davy Patten, III
Direct: 720−508−6000
[COR Retained]
(see above)

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 11 of 60

19−1413 303 Creative, et al v. Elenis, et al   Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 11

Billy Lee Seiber
Direct: 720−508−6435
[COR Retained]
(see above)

Skippere S. Spear
Direct: 303−866−5037
[COR Retained]
(see above)

RICHARD LEWIS
    Defendant – Appellee

Vincent Edward Morscher
Direct: 303−866−5305
[COR Retained]
(see above)

Eric Olson
**Terminated:** 02/05/2020
[NTC Government]
(see above)

Eric Olson
Direct: 720−508−6548
[COR NTC Retained]
(see above)

Jack Davy Patten, III
Direct: 720−508−6000
[COR Retained]
(see above)

Billy Lee Seiber
Direct: 720−508−6435
[COR Retained]
(see above)

Skippere S. Spear
Direct: 303−866−5037
[COR Retained]
(see above)

KENDRA ANDERSON
    Defendant – Appellee

Vincent Edward Morscher
Direct: 303−866−5305
[COR Retained]
(see above)

Eric Olson
**Terminated:** 02/05/2020
[NTC Government]
(see above)

Eric Olson
Direct: 720−508−6548

Case 1:16-cv-02372-MSK    Document 92    Filed 10/28/22    USDC Colorado    Page 12 of 60

19−1413 303 Creative, et al v. Elenis, et al   Appellate Case: 19-1413   Document: 010110760091    Date Filed: 10/28/2022    Page: 12

[COR NTC Retained]
(see above)

Jack Davy Patten, III
Direct: 720−508−6000
[COR Retained]
(see above)

Billy Lee Seiber
Direct: 720−508−6435
[COR Retained]
(see above)

Skippere S. Spear
Direct: 303−866−5037
[COR Retained]
(see above)

SERGIO CORDOVA
    Defendant − Appellee

Vincent Edward Morscher
Direct: 303−866−5305
[COR Retained]
(see above)

Eric Olson
Direct: 720−508−6548
[COR NTC Retained]
(see above)

Eric Olson
**Terminated:** 02/05/2020
[NTC Government]
(see above)

Jack Davy Patten, III
Direct: 720−508−6000
[COR Retained]
(see above)

Billy Lee Seiber
Direct: 720−508−6435
[COR Retained]
(see above)

Skippere S. Spear
Direct: 303−866−5037
[COR Retained]
(see above)

_____

FOUNDATION FOR MORAL LAW
    Amicus Curiae

John Allen Eidsmoe
Email: eidsmoeja@juno.com

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 13 of 60

19-1413 303 Creative, et al v. Elenis, et al    Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 13

|  |  |
|---|---|
|  | [COR NTC Retained]<br>Foundation of Moral Law<br>Firm: 334–262–1245<br>One Dexter Avenue<br>Montgomery, AL 36104–0000 |
| CATO INSTITUTE<br>    Amicus Curiae | Ilya Shapiro<br>Email: ishapiro@manhattan–institute.org<br>[COR NTC Retained]<br>Cato Institute<br>District of Columbia<br>1000 Massachusetts Avenue NW<br>Washington, DC 20001 |
|  | Eugene Volokh<br>Direct: 310–206–3926<br>Email: volokh@law.ucla.edu<br>[COR NTC Retained]<br>UCLA School of Law<br>385 Charles E. Young Drive<br>Los Angeles, CA 90095–1458 |
| CENTER FOR RELIGIOUS EXPRESSION<br>    Amicus Curiae | Nathan Kellum<br>Direct: 901–684–5485<br>Email: nkellum@crelaw.org<br>[NTC Retained]<br>Center for Religious Expression<br>699 Oakleaf Office Lane, Suite 107<br>Memphis, TN 38117 |
| CATHOLICVOTE.ORG EDUCATION FUND<br>    Amicus Curiae | Scott W. Gaylord<br>Direct: 336–279–9331<br>Email: sgaylord@elon.edu<br>[COR NTC Retained]<br>Elon Univesity Law School<br>Firm: 336/279–9331<br>201 North Green Street<br>Greensboro, NC 27401 |
| LAW AND ECONOMIC SCHOLARS<br>    Amicus Curiae | Theresa Lynn Sidebotham<br>Direct: 719–386–3000<br>Email: tls@telioslaw.com<br>[COR NTC Retained]<br>Telios Law<br>19925 Monument Hill Road<br>P.O. Box 3488<br>Monument, CO 80132 |
| TYNDALE HOUSE PUBLISHERS<br>    Amicus Curiae | Wesley R. Butler<br>Direct: 859–226–0312<br>Email: wes.butler@bbb–law.com |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 14 of 60
19−1413 303 Creative, et al v. Elenis, et al.
Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 14

|  |  |
|---|---|
|  | [COR NTC Retained]<br>Barnett Benvenuti & Butler<br>489 East Main Street, Suite 300<br>Lexington, KY 40507<br><br>Holly Iaccarino<br>Direct: 859−226−0312<br>Email: holly.iaccarino@bbb−law.com<br>[COR NTC Retained]<br>Barnett Benvenuti & Butler<br>489 East Main Street, Suite 300<br>Lexington, KY 40507 |
| CROSSROADS PRODUCTIONS, INC., DBA Catholic Creatives<br>    Amicus Curiae | Barry K. Arrington<br>Direct: 303−205−7870<br>Email: barry@arringtonpc.com<br>[COR NTC Retained]<br>Arrington Law Firm<br>Firm: 303−205−7870<br>4195 Wadsworth Boulevard<br>80033<br>Denver, CO 80210 |
| WHITAKER PORTRAIT DESIGN, INC., DBA Christian Professional Photographers<br>    Amicus Curiae | Barry K. Arrington<br>Direct: 303−205−7870<br>[COR NTC Retained]<br>(see above) |
| THE BRINER INSTITUTE, INC.<br>    Amicus Curiae | Barry K. Arrington<br>Direct: 303−205−7870<br>[COR NTC Retained]<br>(see above) |
| STATE OF ARIZONA<br>    Amicus Curiae | Mark Brnovich<br>**Terminated:** 02/18/2020<br>[NTC Retained]<br>Office of the Attorney General for the State of Arizona<br>Firm: 602−542−5025<br>2005 North Central Avenue<br>Phoenix, AZ 85004<br><br>Rusty D. Crandell<br>**Terminated:** 10/15/2020<br>Direct: 602−542−8540<br>Email: rusty.crandell@azag.gov<br>[COR NTC Retained]<br>Office of the Attorney General for the State of Arizona<br>Firm: 602−542−5025<br>2005 North Central Avenue<br>Phoenix, AZ 85004<br><br>Kate B. Sawyer |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 15 of 60

19−1413 303 Creative, et al v. Elenis, et al   Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 15

|  | Email: kate.sawyer@azag.gov |
|  | [COR NTC Government] |
|  | Office of the Attorney General for the State of Arizona |
|  | Firm: 602−542−5025 |
|  | 2005 North Central Avenue |
|  | Phoenix, AZ 85004 |

Oramel H. Skinner
**Terminated:** 02/18/2020
[NTC Retained]
Office of the Attorney General for the State of Arizona
Firm: 602−542−5025
2005 North Central Avenue
Phoenix, AZ 85004

**STATE OF ALABAMA**
    Amicus Curiae

Rusty D. Crandell
**Terminated:** 10/15/2020
Direct: 602−542−8540
[COR NTC Retained]
(see above)

Steve Marshall
**Terminated:** 02/18/2020
[NTC Retained]
Office of the Attorney General for the State of Alabama
Firm: 334/242−7300
501 Washington Avenue
Montgomery, AL 36130

Kate B. Sawyer
[COR NTC Government]
(see above)

**STATE OF ALASKA**
    Amicus Curiae

Kevin G. Clarkson
**Terminated:** 02/18/2020
[NTC Retained]
Brena, Bell & Clarkson
Firm: 907/258−2000
310 K St., Suite 601
Anchorage, AK 99501−0000

Rusty D. Crandell
**Terminated:** 10/15/2020
Direct: 602−542−8540
[COR NTC Retained]
(see above)

Kate B. Sawyer
[COR NTC Government]
(see above)

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 16 of 60

19–1413 303 Creative, et al v. Elenis, et al
Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 16

| | |
|---|---|
| STATE OF ARKANSAS<br>    Amicus Curiae | Rusty D. Crandell<br>**Terminated:** 10/15/2020<br>Direct: 602–542–8540<br>[COR NTC Retained]<br>(see above)<br><br>Leslie Rutledge<br>**Terminated:** 02/18/2020<br>Direct: 501–682–2007<br>[NTC Retained]<br>Office of the Attorney General for the State of Arkansas<br>Firm: 501/682–2007<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br><br>Kate B. Sawyer<br>[COR NTC Government]<br>(see above) |
| STATE OF KENTUCKY<br>    Amicus Curiae | Daniel Cameron<br>**Terminated:** 02/18/2020<br>[NTC Retained]<br>Office of the Attorney General for the State of Kentucky<br>Firm: 502/696–5300<br>700 Capital Avenue<br>Suite 118<br>Frankfort, KY 40601<br><br>Rusty D. Crandell<br>**Terminated:** 10/15/2020<br>Direct: 602–542–8540<br>[COR NTC Retained]<br>(see above)<br><br>Kate B. Sawyer<br>[COR NTC Government]<br>(see above) |
| STATE OF LOUISIANA<br>    Amicus Curiae | Rusty D. Crandell<br>**Terminated:** 10/15/2020<br>Direct: 602–542–8540<br>[COR NTC Retained]<br>(see above)<br><br>Jeff Landry<br>**Terminated:** 02/18/2020<br>[NTC Retained]<br>Office of the Attorney General for the State of Louisiana<br>P.O. Box 94005<br>1885 North Third Street<br>Baton Rouge, LA 70804 |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 17 of 60

19-1413 303 Creative, et al v. Elenis, et al
Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 17

Kate B. Sawyer
[COR NTC Government]
(see above)

STATE OF MISSOURI
    Amicus Curiae

Rusty D. Crandell
**Terminated:** 10/15/2020
Direct: 602–542–8540
[COR NTC Retained]
(see above)

Kate B. Sawyer
[COR NTC Government]
(see above)

Eric S. Schmitt
**Terminated:** 02/18/2020
[NTC Retained]
Office of the Attorney General for the State of Missouri
Firm: 573/751–3321
207 West High Street
P.O. Box 899
Jefferson City, MO 65102

STATE OF MONTANA
    Amicus Curiae

Rusty D. Crandell
**Terminated:** 10/15/2020
Direct: 602–542–8540
[COR NTC Retained]
(see above)

Timothy C. Fox
**Terminated:** 02/18/2020
Direct: 406–444–2026
Email: novalid@emailaddress
[NTC Retained]
Office of the Attorney General for the State of Montana
Justice Building, Third Floor
Firm: 405–444–2026
215 North Sanders
P.O. Box 201401
Helena, MT 59620–1401

Kate B. Sawyer
[COR NTC Government]
(see above)

STATE OF NEBRASKA
    Amicus Curiae

Rusty D. Crandell
**Terminated:** 10/15/2020
Direct: 602–542–8540
[COR NTC Retained]
(see above)

Douglas Joseph Peterson

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 18 of 60

19−1413 303 Creative, et al v. Elenis, et al.   Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 18

**Terminated:** 02/18/2020
Email: djp1977@nebraska.gov
[NTC Retained]
Nebraska Attorney General's Office
Firm: 402/471−2682
2115 State Capitol
Lincoln, NE 68509−8920

Kate B. Sawyer
[COR NTC Government]
(see above)

STATE OF OKLAHOMA
 Amicus Curiae

Rusty D. Crandell
**Terminated:** 10/15/2020
Direct: 602−542−8540
[COR NTC Retained]
(see above)

Michael J. Hunter
**Terminated:** 02/18/2020
Email: update@pacer.uscourts.gov
[NTC Retained]
Office of the Attorney General for the State of Oklahoma
Litigation Department
Firm: 405/521−3921
313 NE 21st Street
Oklahoma City, OK 73105

Kate B. Sawyer
[COR NTC Government]
(see above)

STATE OF SOUTH CAROLINA
 Amicus Curiae

Rusty D. Crandell
**Terminated:** 10/15/2020
Direct: 602−542−8540
[COR NTC Retained]
(see above)

Kate B. Sawyer
[COR NTC Government]
(see above)

Alan Wilson
**Terminated:** 02/18/2020
Direct: 803/734−3680
[NTC Retained]
Office of the Attorney General for the State of South
Carolina
Firm: 803/734−3970
1000 Assembly Street, Room 519
P.O. Box 11549
Columbia, SC 29211

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 19 of 60

19–1413 303 Creative, et al v. Elenis, et al   Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 19

| | |
|---|---|
| STATE OF TENNESSEE<br>    Amicus Curiae | Rusty D. Crandell<br>**Terminated:** 10/15/2020<br>Direct: 602–542–8540<br>[COR NTC Retained]<br>(see above)<br><br>Kate B. Sawyer<br>[COR NTC Government]<br>(see above)<br><br>Herbert Slatery, III<br>**Terminated:** 02/18/2020<br>[NTC Retained]<br>Office of the Attorney General for the State of Tennessee<br>Firm: 615/741–3491<br>P.O. Box 20207<br>Nashville, TN 37202–0207 |
| STATE OF TEXAS<br>    Amicus Curiae | Rusty D. Crandell<br>**Terminated:** 10/15/2020<br>Direct: 602–542–8540<br>[COR NTC Retained]<br>(see above)<br><br>Ken Paxton<br>**Terminated:** 02/18/2020<br>Direct: 512–936–1874<br>[NTC Retained]<br>Office of the Attorney General for the State of Texas<br>Criminal Appeals<br>Firm: 512/463–2100<br>300 West 15th Street<br>Austin, TX 78711–2548<br><br>Kate B. Sawyer<br>[COR NTC Government]<br>(see above) |
| STATE OF WEST VIRGINIA<br>    Amicus Curiae | Rusty D. Crandell<br>**Terminated:** 10/15/2020<br>Direct: 602–542–8540<br>[COR NTC Retained]<br>(see above)<br><br>Patrick Morrisey<br>**Terminated:** 02/18/2020<br>[NTC Retained]<br>Office of the Attorney General for the State of West Virginia<br>Firm: 304/558–2021<br>State Capitol Complex, Building 1, Room E–26<br>Charleston, WV 25305 |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 20 of 60

19−1413 303 Creative, et al v. Elenis, et al   Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 20

|                                                              | Kate B. Sawyer<br>[COR NTC Government]<br>(see above) |
|--------------------------------------------------------------|-------------------------------------------------------|
| ROBERT P. GEORGE, Professor<br>    Amicus Curiae | Scott D. Goodwin<br>Direct: 202−963−0967<br>Email: sgoodwin@schaerr−jaffe.com<br>[COR NTC Retained]<br>Taft Stettinius & Hollister<br>250 Massachusetts Avenue NW, Suite 500<br>Washington, DC 20001<br><br>Gene C. Schaerr<br>Direct: 202−787−1060<br>Email: gschaerr@schaerr−jaffe.com<br>[COR NTC Retained]<br>Taft Stettinius & Hollister<br>250 Massachusetts Avenue NW, Suite 500<br>Washington, DC 20001 |
| AMERICAN CIVIL LIBERTIES UNION OF COLORADO<br>    Amicus Curiae | Lindsey Kaley<br>Direct: 212−519−7823<br>Email: lkaley@aclu.org<br>[COR NTC Retained]<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br><br>Hilary Ledwell<br>**Terminated:** 04/30/2021<br>Direct: 646−885−8380<br>Email: HLedwell@aclu.org<br>[COR NTC Retained]<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br><br>Sara R. Neel<br>Email: sneel@aclu−co.org<br>[COR NTC Retained]<br>American Civil Liberties Union of Colorado<br>Firm: 303/777−5482<br>303 East 17th Avenue, Suite 350<br>Denver, CO 80203<br><br>Mark Silverstein<br>Direct: 303−777−5482<br>Email: msilverstein@aclu−co.org<br>[COR NTC Retained]<br>American Civil Liberties Union of Colorado<br>Firm: 303/777−5482<br>303 East 17th Avenue, Suite 350 |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 21 of 60

19–1413 303 Creative, et al v. Elenis, et al
Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 21

Denver, CO 80203

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
    Amicus Curiae

Lindsey Kaley
Direct: 212–519–7823
[COR NTC Retained]
(see above)

Hilary Ledwell
**Terminated:** 04/30/2021
Direct: 646–885–8380
[COR NTC Retained]
(see above)

AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE
    Amicus Curiae

Patrick Grubel
**Terminated:** 02/10/2021
Email: pgrubel@thompsonhorton.com
[COR NTC Retained]
Americans United for Separation of Church and State
Firm: 202/466–3234
1310 L Street NW, Suite 200
Washington, DC 20005

Patrick Grubel
Direct: 512–615–2350
Email: pgrubel@thompsonhorton.com
[COR NTC Retained]
Thompson & Horton
8300 North MoPac Expressway, Suite 220
Austin, TX 78759

Richard Brian Katskee
Email: katskee@au.org
[COR NTC Retained]
Americans United for Separation of Church and State
Firm: 202/466–3234
1310 L Street NW, Suite 200
Washington, DC 20005

Kenneth D. Upton, Jr.
Direct: 202–898–2133
Email: upton@au.org
[COR NTC Retained]
Americans United for Separation of Church and State
Firm: 202/466–3234
1310 L Street NW, Suite 200
Washington, DC 20005

ANTI–DEFAMATION LEAGUE
    Amicus Curiae

Patrick Grubel
Direct: 512–615–2350
[COR NTC Retained]
(see above)

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 22 of 60

19-1413 303 Creative, et al v. Elenis, et al
Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 22

|  | Patrick Grubel<br>**Terminated:** 02/10/2021<br>[COR NTC Retained]<br>(see above)<br><br>Richard Brian Katskee<br>[COR NTC Retained]<br>(see above)<br><br>Kenneth D. Upton, Jr.<br>Direct: 202-898-2133<br>[COR NTC Retained]<br>(see above) |
| BEND THE ARC: A JEWISH PARTNERSHIP FOR JUSTICE<br>    Amicus Curiae | Patrick Grubel<br>Direct: 512-615-2350<br>[COR NTC Retained]<br>(see above)<br><br>Patrick Grubel<br>**Terminated:** 02/10/2021<br>[COR NTC Retained]<br>(see above)<br><br>Richard Brian Katskee<br>[COR NTC Retained]<br>(see above)<br><br>Kenneth D. Upton, Jr.<br>Direct: 202-898-2133<br>[COR NTC Retained]<br>(see above) |
| CENTRAL CONFERENCE OF AMERICAN RABBIS<br>    Amicus Curiae | Patrick Grubel<br>Direct: 512-615-2350<br>[COR NTC Retained]<br>(see above)<br><br>Patrick Grubel<br>**Terminated:** 02/10/2021<br>[COR NTC Retained]<br>(see above)<br><br>Richard Brian Katskee<br>[COR NTC Retained]<br>(see above)<br><br>Kenneth D. Upton, Jr.<br>Direct: 202-898-2133<br>[COR NTC Retained]<br>(see above) |

GLOBAL JUSTICE INSTITUTE, METROPOLITAN
COMMUNITY CHURCHES
    Amicus Curiae

Patrick Grubel
**Terminated:** 02/10/2021
[COR NTC Retained]
(see above)

Patrick Grubel
Direct: 512−615−2350
[COR NTC Retained]
(see above)

Richard Brian Katskee
[COR NTC Retained]
(see above)

Kenneth D. Upton, Jr.
Direct: 202−898−2133
[COR NTC Retained]
(see above)

HADASSAH, THE WOMEN'S ZIONIST
ORGANIZATION OF AMERICA, INC.
    Amicus Curiae

Patrick Grubel
Direct: 512−615−2350
[COR NTC Retained]
(see above)

Patrick Grubel
**Terminated:** 02/10/2021
[COR NTC Retained]
(see above)

Richard Brian Katskee
[COR NTC Retained]
(see above)

Kenneth D. Upton, Jr.
Direct: 202−898−2133
[COR NTC Retained]
(see above)

HINDU AMERICAN FOUNDATION
    Amicus Curiae

Patrick Grubel
**Terminated:** 02/10/2021
[COR NTC Retained]
(see above)

Patrick Grubel
Direct: 512−615−2350
[COR NTC Retained]
(see above)

Richard Brian Katskee
[COR NTC Retained]
(see above)

|  | Kenneth D. Upton, Jr. Direct: 202–898–2133 [COR NTC Retained] (see above) |
|---|---|
| INTERFAITH ALLIANCE FOUNDATION Amicus Curiae | Patrick Grubel Direct: 512–615–2350 [COR NTC Retained] (see above) |
|  | Patrick Grubel **Terminated:** 02/10/2021 [COR NTC Retained] (see above) |
|  | Richard Brian Katskee [COR NTC Retained] (see above) |
|  | Kenneth D. Upton, Jr. Direct: 202–898–2133 [COR NTC Retained] (see above) |
| INTERFAITH ALLIANCE OF COLORADO Amicus Curiae | Patrick Grubel Direct: 512–615–2350 [COR NTC Retained] (see above) |
|  | Patrick Grubel **Terminated:** 02/10/2021 [COR NTC Retained] (see above) |
|  | Richard Brian Katskee [COR NTC Retained] (see above) |
|  | Kenneth D. Upton, Jr. Direct: 202–898–2133 [COR NTC Retained] (see above) |
| MEN OF REFORM JUDAISM Amicus Curiae | Patrick Grubel Direct: 512–615–2350 [COR NTC Retained] (see above) |
|  | Patrick Grubel **Terminated:** 02/10/2021 [COR NTC Retained] (see above) |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 25 of 60

19−1413 303 Creative, et al v. Elenis, et al   Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 25

|  | Richard Brian Katskee<br>[COR NTC Retained]<br>(see above) |
|--|--|
|  | Kenneth D. Upton, Jr.<br>Direct: 202−898−2133<br>[COR NTC Retained]<br>(see above) |
| PEOPLE FOR THE AMERICAN WAY FOUNDATION<br>    Amicus Curiae | Patrick Grubel<br>**Terminated:** 02/10/2021<br>[COR NTC Retained]<br>(see above) |
|  | Patrick Grubel<br>Direct: 512−615−2350<br>[COR NTC Retained]<br>(see above) |
|  | Richard Brian Katskee<br>[COR NTC Retained]<br>(see above) |
|  | Kenneth D. Upton, Jr.<br>Direct: 202−898−2133<br>[COR NTC Retained]<br>(see above) |
| RECONSTRUCTIONIST RABBINICAL ASSOCIATION<br>    Amicus Curiae | Patrick Grubel<br>**Terminated:** 02/10/2021<br>[COR NTC Retained]<br>(see above) |
|  | Patrick Grubel<br>Direct: 512−615−2350<br>[COR NTC Retained]<br>(see above) |
|  | Richard Brian Katskee<br>[COR NTC Retained]<br>(see above) |
|  | Kenneth D. Upton, Jr.<br>Direct: 202−898−2133<br>[COR NTC Retained]<br>(see above) |
| SIKH COALITION<br>    Amicus Curiae | Patrick Grubel<br>**Terminated:** 02/10/2021<br>[COR NTC Retained]<br>(see above) |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 26 of 60

19−1413 303 Creative, et al v. Elenis, et al   Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 26

|  | Patrick Grubel<br>Direct: 512−615−2350<br>[COR NTC Retained]<br>(see above) |
|---|---|
|  | Richard Brian Katskee<br>[COR NTC Retained]<br>(see above) |
|  | Kenneth D. Upton, Jr.<br>Direct: 202−898−2133<br>[COR NTC Retained]<br>(see above) |
| WOMEN OF REFORM JUDAISM<br>    Amicus Curiae | Patrick Grubel<br>Direct: 512−615−2350<br>[COR NTC Retained]<br>(see above) |
|  | Patrick Grubel<br>**Terminated:** 02/10/2021<br>[COR NTC Retained]<br>(see above) |
|  | Richard Brian Katskee<br>[COR NTC Retained]<br>(see above) |
|  | Kenneth D. Upton, Jr.<br>Direct: 202−898−2133<br>[COR NTC Retained]<br>(see above) |
| UNION FOR REFORM JUDAISM<br>    Amicus Curiae | Patrick Grubel<br>Direct: 512−615−2350<br>[COR NTC Retained]<br>(see above) |
|  | Patrick Grubel<br>**Terminated:** 02/10/2021<br>[COR NTC Retained]<br>(see above) |
|  | Richard Brian Katskee<br>[COR NTC Retained]<br>(see above) |
|  | Kenneth D. Upton, Jr.<br>Direct: 202−898−2133<br>[COR NTC Retained]<br>(see above) |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 27 of 60

19−1413 303 Creative, et al v. Elenis, et al   Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 27

STATE OF MASSACHUSETTS
    Amicus Curiae

Eric M. Gold
Direct: 617−963−2663
Email: eric.gold@mass.gov
[COR NTC Retained]
Office of the Attorney General for the State of Massachusetts
Firm: 617/727−2200
One Ashburton Place
Boston, MA 02108−1518

STATE OF CALIFORNIA
    Amicus Curiae

Eric M. Gold
Direct: 617−963−2663
[COR NTC Retained]
(see above)

STATE OF CONNECTICUT
    Amicus Curiae

Eric M. Gold
Direct: 617−963−2663
[COR NTC Retained]
(see above)

STATE OF DELAWARE
    Amicus Curiae

Eric M. Gold
Direct: 617−963−2663
[COR NTC Retained]
(see above)

DISTRICT OF COLUMBIA
    Amicus Curiae

Eric M. Gold
Direct: 617−963−2663
[COR NTC Retained]
(see above)

STATE OF HAWAII
    Amicus Curiae

Eric M. Gold
Direct: 617−963−2663
[COR NTC Retained]
(see above)

STATE OF ILLINOIS
    Amicus Curiae

Eric M. Gold
Direct: 617−963−2663
[COR NTC Retained]
(see above)

STATE OF MAINE
    Amicus Curiae

Eric M. Gold
Direct: 617−963−2663
[COR NTC Retained]
(see above)

STATE OF MARYLAND
    Amicus Curiae

Eric M. Gold
Direct: 617−963−2663
[COR NTC Retained]
(see above)

| STATE OF MINNESOTA<br>Amicus Curiae | Eric M. Gold<br>Direct: 617−963−2663<br>[COR NTC Retained]<br>(see above) |

STATE OF MINNESOTA
  Amicus Curiae

Eric M. Gold
Direct: 617−963−2663
[COR NTC Retained]
(see above)

STATE OF NEVADA
  Amicus Curiae

Eric M. Gold
Direct: 617−963−2663
[COR NTC Retained]
(see above)

STATE OF NEW JERSEY
  Amicus Curiae

Eric M. Gold
Direct: 617−963−2663
[COR NTC Retained]
(see above)

STATE OF NEW MEXICO
  Amicus Curiae

Eric M. Gold
Direct: 617−963−2663
[COR NTC Retained]
(see above)

STATE OF NEW YORK
  Amicus Curiae

Eric M. Gold
Direct: 617−963−2663
[COR NTC Retained]
(see above)

STATE OF NORTH CAROLINA
  Amicus Curiae

Eric M. Gold
Direct: 617−963−2663
[COR NTC Retained]
(see above)

STATE OF OREGON
  Amicus Curiae

Eric M. Gold
Direct: 617−963−2663
[COR NTC Retained]
(see above)

STATE OF PENNSYLVANIA
  Amicus Curiae

Eric M. Gold
Direct: 617−963−2663
[COR NTC Retained]
(see above)

STATE OF RHODE ISLAND
  Amicus Curiae

Eric M. Gold
Direct: 617−963−2663
[COR NTC Retained]
(see above)

STATE OF VERMONT
  Amicus Curiae

Eric M. Gold
Direct: 617−963−2663
[COR NTC Retained]
(see above)

| | |
|---|---|
| STATE OF VIRGINIA<br>　　Amicus Curiae | Eric M. Gold<br>Direct: 617−963−2663<br>[COR NTC Retained]<br>(see above) |
| STATE OF WASHINGTON<br>　　Amicus Curiae | Eric M. Gold<br>Direct: 617−963−2663<br>[COR NTC Retained]<br>(see above) |
| LAW PROFESSORS OF THE STATE OF COLORADO<br>　　Amicus Curiae | Matthew Cushing<br>Direct: 303−735−6554<br>Email: matthew.cushing@colorado.edu<br>[COR NTC Retained]<br>University of Colorado School of Law<br>Firm: 303/735−2733<br>Campus Box 401<br>Boulder, CO 80309−0000<br><br>Craig Konnoth<br>Direct: 917−753−4540<br>Email: craig.konnoth@colorado.edu<br>[COR NTC Retained]<br>University of Colorado School of Law<br>1625 Larimer Street, Suite 1001<br>Denver, CO 80202<br><br>Mari Newman, Esq.<br>Email: mnewman@kln−law.com<br>[COR NTC Retained]<br>Killmer, Lane & Newman<br>Firm: 303/571−1000<br>1543 Champa Street, Suite 400<br>Denver, CO 80202 |
| LAW PROFESSORS FROM THE STATE OF KANSAS<br>　　Amicus Curiae | Matthew Cushing<br>Direct: 303−735−6554<br>[COR NTC Retained]<br>(see above)<br><br>Craig Konnoth<br>Direct: 917−753−4540<br>[COR NTC Retained]<br>(see above)<br><br>Mari Newman, Esq.<br>[COR NTC Retained]<br>(see above) |
| LAW PROFESSORS FROM THE STATE OF NEW MEXICO<br>　　Amicus Curiae | Matthew Cushing<br>Direct: 303−735−6554<br>[COR NTC Retained] |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 30 of 60

19–1413 303 Creative, et al v. Elenis, et al    Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 30

(see above)

Craig Konnoth
Direct: 917−753−4540
[COR NTC Retained]
(see above)

Mari Newman, Esq.
[COR NTC Retained]
(see above)

LAW PROFESSORS FROM THE STATE OF
OKLAHOMA
    Amicus Curiae

Matthew Cushing
Direct: 303−735−6554
[COR NTC Retained]
(see above)

Craig Konnoth
Direct: 917−753−4540
[COR NTC Retained]
(see above)

Mari Newman, Esq.
[COR NTC Retained]
(see above)

LAW PROFESSORS FROM THE STATE OF UTAH
    Amicus Curiae

Matthew Cushing
Direct: 303−735−6554
[COR NTC Retained]
(see above)

Craig Konnoth
Direct: 917−753−4540
[COR NTC Retained]
(see above)

Mari Newman, Esq.
[COR NTC Retained]
(see above)

LAW PROFESSORS FROM THE STATE OF WYOMING
    Amicus Curiae

Matthew Cushing
Direct: 303−735−6554
[COR NTC Retained]
(see above)

Craig Konnoth
Direct: 917−753−4540
[COR NTC Retained]
(see above)

Mari Newman, Esq.
[COR NTC Retained]
(see above)

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 31 of 60

19-1413 303 Creative, et al v. Elenis, et al
Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 31

LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER
LAW
    Amicus Curiae

Jon M. Greenbaum
Direct: 202–662–8315
Email: jgreenbaum@lawyerscommittee.org
[COR NTC Retained]
Lawyers' Committee for Civil Rights Under Law
District Of Columbia
Firm: 202/662–8600
1500 K Street NW, 9th Floor
Washington, DC 20005

Sarah Hogarth
Direct: 202–756–8354
Email: shogarth@mwe.com
[COR NTC Pro Se]
McDermott Will & Emery
Firm: 202/756–8000
500 North Capitol Street NW
Washington, DC 20001

Michael Stanek
Direct: 202–756–8355
Email: mstanek@mwe.com
[COR NTC Retained]
McDermott Will & Emery
Firm: 202/756–8000
500 North Capitol Street NW
Washington, DC 20001

Ethan H. Townsend
Direct: 302–485–3911
Email: ehtownsend@mwe.com
[COR NTC Retained]
McDermott Will & Emery
The Nemours Building
1007 North Orange Street, 10th FLoor
Wilmington, DE 19801–1147

SOUTHERN POVERTY LAW CENTER
    Amicus Curiae

Sarah Hogarth
Direct: 202–756–8354
[COR NTC Pro Se]
(see above)

Michael Stanek
Direct: 202–756–8355
[COR NTC Retained]
(see above)

Ethan H. Townsend
Direct: 302–485–3911
[COR NTC Retained]
(see above)

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 32 of 60
19–1413 303 Creative, et al v. Elenis, et al
Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 32

| | |
|---|---|
| ASIAN AMERICAN LEGAL DEFENSE & EDUCATION FUND<br>    Amicus Curiae | Sarah Hogarth<br>Direct: 202−756−8354<br>[COR NTC Pro Se]<br>(see above)<br><br>Michael Stanek<br>Direct: 202−756−8355<br>[COR NTC Retained]<br>(see above)<br><br>Ethan H. Townsend<br>Direct: 302−485−3911<br>[COR NTC Retained]<br>(see above) |
| LATINOJUSTICE PRLDEF<br>    Amicus Curiae | Sarah Hogarth<br>Direct: 202−756−8354<br>[COR NTC Pro Se]<br>(see above)<br><br>Michael Stanek<br>Direct: 202−756−8355<br>[COR NTC Retained]<br>(see above)<br><br>Ethan H. Townsend<br>Direct: 302−485−3911<br>[COR NTC Retained]<br>(see above) |
| LEADERSHIP CONFERENCE ON CIVIL AND HUMAN RIGHTS<br>    Amicus Curiae | Sarah Hogarth<br>Direct: 202−756−8354<br>[COR NTC Pro Se]<br>(see above)<br><br>Michael Stanek<br>Direct: 202−756−8355<br>[COR NTC Retained]<br>(see above)<br><br>Ethan H. Townsend<br>Direct: 302−485−3911<br>[COR NTC Retained]<br>(see above) |
| NATIONAL ACTION NETWORK<br>    Amicus Curiae | Sarah Hogarth<br>Direct: 202−756−8354<br>[COR NTC Pro Se]<br>(see above)<br><br>Michael Stanek |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 33 of 60

19−1413 303 Creative, et al v. Elenis, et al   Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 33

|                                                             | Direct: 202−756−8355<br>[COR NTC Retained]<br>(see above)                                                                                                                                                                              |
| ----------------------------------------------------------- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|                                                             | Ethan H. Townsend<br>Direct: 302−485−3911<br>[COR NTC Retained]<br>(see above)                                                                                                                                                          |
| THE CENTER FOR CONSTITUTIONAL RIGHTS<br>Amicus Curiae       | Sarah Hogarth<br>Direct: 202−756−8354<br>[COR NTC Pro Se]<br>(see above)                                                                                                                                                                |
|                                                             | Michael Stanek<br>Direct: 202−756−8355<br>[COR NTC Retained]<br>(see above)                                                                                                                                                             |
|                                                             | Ethan H. Townsend<br>Direct: 302−485−3911<br>[COR NTC Retained]<br>(see above)                                                                                                                                                          |
| FLOYD ABRAMS<br>Amicus Curiae                               | Marie Bonitatibus<br>Direct: 212−326−2000<br>Email: mbonitatibus@omm.com<br>[COR NTC Retained]<br>O'Melveny & Myers<br>Times Square Tower<br>Firm: 212/763−7732<br>7 Times Square<br>New York, NY 10036                                 |
|                                                             | Meaghan McLaine VerGow<br>Direct: 202−383−5504<br>Email: mvergow@omm.com<br>[COR NTC Retained]<br>O'Melveny & Myers<br>Firm: 202/383−5300<br>1625 Eye Street, NW<br>Washington, DC 20006                                                |
| ERWIN CHEMERINSKY<br>Amicus Curiae                          | Marie Bonitatibus<br>Direct: 212−326−2000<br>[COR NTC Retained]<br>(see above)                                                                                                                                                          |
|                                                             | Meaghan McLaine VerGow<br>Direct: 202−383−5504<br>[COR NTC Retained]<br>(see above)                                                                                                                                                     |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 34 of 60

19–1413 303 Creative, et al v. Elenis, et al
Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 34

WALTER DELLINGER
   Amicus Curiae

Marie Bonitatibus
Direct: 212–326–2000
[COR NTC Retained]
(see above)

Meaghan McLaine VerGow
Direct: 202–383–5504
[COR NTC Retained]
(see above)

KERMIT ROOSEVELT
   Amicus Curiae

Marie Bonitatibus
Direct: 212–326–2000
[COR NTC Retained]
(see above)

Meaghan McLaine VerGow
Direct: 202–383–5504
[COR NTC Retained]
(see above)

AMANDA SHANOR
   Amicus Curiae

Marie Bonitatibus
Direct: 212–326–2000
[COR NTC Retained]
(see above)

Meaghan McLaine VerGow
Direct: 202–383–5504
[COR NTC Retained]
(see above)

REBECCA TUSHNET
   Amicus Curiae

Marie Bonitatibus
Direct: 212–326–2000
[COR NTC Retained]
(see above)

Meaghan McLaine VerGow
Direct: 202–383–5504
[COR NTC Retained]
(see above)

MAX H. BAZERMAN
   Amicus Curiae

David Carrillo Casarrubias
Direct: 415–995–5893
Email: dcasarrubias@hansonbridgett.com
[COR NTC Retained]
Hanson Bridgett
Firm: 415/777–3200
425 Market Street, 26th Floor
San Francisco, CA 94105

Adam W. Hofmann
Direct: 415–777–3200

|  | Email: ahofmann@hansonbridgett.com |
|  | [COR NTC Retained] |
|  | Hanson Bridgett |
|  | Firm: 415/777−3200 |
|  | 425 Market Street, 26th Floor |
|  | San Francisco, CA 94105 |
|  |  |
|  | Josephine Kendra Petrick |
|  | Email: jpetrick@hansonbridgett.com |
|  | [COR NTC Retained] |
|  | Hanson Bridgett |
|  | Firm: 415/777−3200 |
|  | 425 Market Street, 26th Floor |
|  | San Francisco, CA 94105 |
| MONICA C. BELL | David Carrillo Casarrubias |
| Amicus Curiae | Direct: 415−995−5893 |
|  | [COR NTC Retained] |
|  | (see above) |
|  |  |
|  | Adam W. Hofmann |
|  | Direct: 415−777−3200 |
|  | [COR NTC Retained] |
|  | (see above) |
|  |  |
|  | Josephine Kendra Petrick |
|  | [COR NTC Retained] |
|  | (see above) |
| ISSA KOHLER−HAUSMANN | David Carrillo Casarrubias |
| Amicus Curiae | Direct: 415−995−5893 |
|  | [COR NTC Retained] |
|  | (see above) |
|  |  |
|  | Adam W. Hofmann |
|  | Direct: 415−777−3200 |
|  | [COR NTC Retained] |
|  | (see above) |
|  |  |
|  | Josephine Kendra Petrick |
|  | [COR NTC Retained] |
|  | (see above) |
| DAVID LAIBSON | David Carrillo Casarrubias |
| Amicus Curiae | Direct: 415−995−5893 |
|  | [COR NTC Retained] |
|  | (see above) |
|  |  |
|  | Adam W. Hofmann |
|  | Direct: 415−777−3200 |
|  | [COR NTC Retained] |
|  | (see above) |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 36 of 60

19−1413 303 Creative, et al v. Elenis, et al   Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 36

|  | Josephine Kendra Petrick<br>[COR NTC Retained]<br>(see above) |
|---|---|
| ADAM J. LEVITIN<br>    Amicus Curiae | David Carrillo Casarrubias<br>Direct: 415−995−5893<br>[COR NTC Retained]<br>(see above) |
|  | Adam W. Hofmann<br>Direct: 415−777−3200<br>[COR NTC Retained]<br>(see above) |
|  | Josephine Kendra Petrick<br>[COR NTC Retained]<br>(see above) |
| MARY−HUNTER MCDONNELL<br>    Amicus Curiae | David Carrillo Casarrubias<br>Direct: 415−995−5893<br>[COR NTC Retained]<br>(see above) |
|  | Adam W. Hofmann<br>Direct: 415−777−3200<br>[COR NTC Retained]<br>(see above) |
|  | Josephine Kendra Petrick<br>[COR NTC Retained]<br>(see above) |
| NEERU PAHARIA<br>    Amicus Curiae | David Carrillo Casarrubias<br>Direct: 415−995−5893<br>[COR NTC Retained]<br>(see above) |
|  | Adam W. Hofmann<br>Direct: 415−777−3200<br>[COR NTC Retained]<br>(see above) |
|  | Josephine Kendra Petrick<br>[COR NTC Retained]<br>(see above) |
| NINA STROHMINGER<br>    Amicus Curiae | David Carrillo Casarrubias<br>Direct: 415−995−5893<br>[COR NTC Retained]<br>(see above) |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 37 of 60
19–1413 303 Creative, et al v. Elenis, et al   Document: 010110760091   Date Filed: 10/28/2022   Page: 37
Appellate Case: 19-1413

|                                              | Adam W. Hofmann<br>Direct: 415–777–3200<br>[COR NTC Retained]<br>(see above)                                                                       |
| -------------------------------------------- | ------------------------------------------------------------------------------------------------------------------------------------------------- |
|                                              | Josephine Kendra Petrick<br>[COR NTC Retained]<br>(see above)                                                                                      |
| TOM R. TYLER<br>    Amicus Curiae            | David Carrillo Casarrubias<br>Direct: 415–995–5893<br>[COR NTC Retained]<br>(see above)                                                            |
|                                              | Adam W. Hofmann<br>Direct: 415–777–3200<br>[COR NTC Retained]<br>(see above)                                                                       |
|                                              | Josephine Kendra Petrick<br>[COR NTC Retained]<br>(see above)                                                                                      |
| LAUREN E. WILLIS<br>    Amicus Curiae        | David Carrillo Casarrubias<br>Direct: 415–995–5893<br>[COR NTC Retained]<br>(see above)                                                            |
|                                              | Adam W. Hofmann<br>Direct: 415–777–3200<br>[COR NTC Retained]<br>(see above)                                                                       |
|                                              | Josephine Kendra Petrick<br>[COR NTC Retained]<br>(see above)                                                                                      |
| AMERICAN CIVIL LIBERTIES UNION<br>    Amicus Curiae | Sara R. Neel<br>[COR Retained]<br>(see above)                                                                                               |
|                                              | Mark Silverstein<br>Direct: 303–777–5482<br>[COR Retained]<br>(see above)                                                                          |
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND,<br>INC.<br>    Amicus Curiae | Jamie A. Gliksberg<br>**Terminated:** 09/28/2020<br>Direct: 847–757–8385<br>Email: jgliksberg@crokefairchild.com<br>[COR NTC Retained]<br>Croke Fairchild Morgan & Beres |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 38 of 60

19−1413 303 Creative, et al v. Elenis, et al       Appellate Case: 19-1413   Document: 010110760091       Date Filed: 10/28/2022     Page: 38

180 North LaSalle Street, Suite 2750
Chicago, IL 60601

Jennifer C. Pizer
Direct: 213−382−7600
Email: jpizer@lambdalegal.org
[COR NTC Retained]
Lambda Legal Defense & Education Fund
Firm: 213/382−7600
4221 Wilshire Boulevard, Suite 280
Los Angeles, CA 90010

Camilla B. Taylor
Direct: 312−663−4413
Email: ctaylor@lambdalegal.org
[COR NTC Retained]
Lambda Legal Defense & Education Fund
Firm: 312−663−4413
65 E. Wacker Place, Suite 2000
Chicago, IL 60601

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 39 of 60

19-1413 303 Creative, et al v. Elenis, et al.   Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 39

303 CREATIVE LLC, a limited liability company; LORIE SMITH,

    Plaintiffs – Appellants,

v.

AUBREY ELENIS; CHARLES GARCIA; AJAY MENON; MIGUEL RENE ELIAS; RICHARD LEWIS; KENDRA ANDERSON; SERGIO CORDOVA; JESSICA POCOCK; PHIL WEISER,

    Defendants – Appellees.

_____

FOUNDATION FOR MORAL LAW; CATO INSTITUTE; CENTER FOR RELIGIOUS EXPRESSION; CATHOLICVOTE.ORG EDUCATION FUND; LAW AND ECONOMIC SCHOLARS; TYNDALE HOUSE PUBLISHERS; CROSSROADS PRODUCTIONS, INC., d/b/a Catholic Creatives; WHITAKER PORTRAIT DESIGN, INC., d/b/a Christian Professional Photographers; THE BRINER INSTITUTE, INC.; STATE OF ARIZONA; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSOURI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF TENNESSEE; STATE OF TEXAS; STATE OF WEST VIRGINIA; ROBERT P. GEORGE, Professor; AMERICAN CIVIL LIBERTIES UNION OF COLORADO; AMERICAN CIVIL LIBERTIES UNION FOUNDATION; AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE; ANTI–DEFAMATION LEAGUE; BEND THE ARC: A JEWISH PARTNERSHIP FOR JUSTICE; CENTRAL CONFERENCE OF AMERICAN RABBIS; GLOBAL JUSTICE INSTITUTE, METROPOLITAN COMMUNITY CHURCHES; HADASSAH, THE WOMEN'S ZIONIST ORGANIZATION OF AMERICA, INC.; HINDU AMERICAN FOUNDATION; INTERFAITH ALLIANCE FOUNDATION; INTERFAITH ALLIANCE OF COLORADO; MEN OF REFORM JUDAISM; PEOPLE FOR THE AMERICAN WAY FOUNDATION; RECONSTRUCTIONIST RABBINICAL ASSOCIATION; SIKH COALITION; WOMEN OF REFORM JUDAISM; UNION FOR REFORM JUDAISM; STATE OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; STATE OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF VIRGINIA; STATE OF WASHINGTON; LAW PROFESSORS OF THE STATE OF COLORADO; LAW PROFESSORS FROM THE STATE OF KANSAS; LAW PROFESSORS FROM THE STATE OF NEW MEXICO; LAW PROFESSORS FROM THE STATE OF OKLAHOMA; LAW PROFESSORS FROM THE STATE OF UTAH; LAW PROFESSORS FROM THE STATE OF WYOMING; LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW; SOUTHERN POVERTY LAW CENTER; ASIAN AMERICAN LEGAL DEFENSE & EDUCATION FUND; LATINOJUSTICE PRLDEF; LEADERSHIP CONFERENCE ON CIVIL AND HUMAN RIGHTS; NATIONAL ACTION NETWORK; THE CENTER FOR CONSTITUTIONAL RIGHTS; CENTER FOR CONSITUTIONAL RIGHTS; FLOYD ABRAMS; ERWIN CHEMERINSKY; WALTER DELLINGER; KERMIT ROOSEVELT; AMANDA SHANOR; REBECCA TUSHNET; MAX H. BAZERMAN; MONICA C. BELL; ISSA KOHLER–HAUSMANN; DAVID LAIBSON; ADAM J. LEVITIN; MARY–HUNTER MCDONNELL; NEERU PAHARIA; NINA STROHMINGER; TOM R. TYLER; LAUREN E. WILLIS; LAMBDA LEGAL DEFENSE & EDUCATION FUND, INC.,

    Amici Curiae.

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 40 of 60

19−1413 303 Creative, et al v. Elenis, et al
Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 40

| | | |
|---|---|---|
| 10/28/2019 | | [10690195] Civil case docketed. Preliminary record filed. DATE RECEIVED: 10/28/2019. Docketing statement and transcript order form due 11/12/2019 for 303 Creative LLC and Lorie Smith. Notice of appearance due on 11/12/2019 for 303 Creative LLC, Anthony Aragon, Ulysses J. Chaney, Aubrey Elenis, Miguel Rene Elias, Carol Fabrizio, Heidi Hess, Rita Lewis, Jessica Pocock, Lorie Smith and Phil Weiser. [19−1413] [Entered: 10/28/2019 10:17 AM] |
| 11/08/2019 | | [10693761] Entry of appearance submitted by Katherine L. Anderson for Appellants 303 Creative LLC and Lorie Smith for court review. Certificate of Interested Parties: Yes. Served on 11/08/2019. Manner of Service: email. −−[Edited 11/12/2019 by SDS to remove pdf from entry as the pleading has been filed] [19−1413] KLA [Entered: 11/08/2019 04:36 PM] |
| 11/08/2019 | | [10693763] Docketing statement filed by 303 Creative LLC and Lorie Smith. Served on 11/08/2019. Manner of Service: email. [19−1413] KLA [Entered: 11/08/2019 04:38 PM] |
| 11/08/2019 | | [10693768] Notice that a transcript is not necessary notice filed by 303 Creative LLC and Lorie Smith. Transcript ordered: None (The necessary transcript is already on file in District Court). Served on: 11/08/2019. Manner of Service: email. [19−1413] −−[Edited 11/12/2019 by AT to reflect transcripts were not ordered by counsel. ] KLA [Entered: 11/08/2019 04:43 PM] |
| 11/08/2019 | | [10693770] Entry of appearance submitted by John J. Bursch for Appellants 303 Creative LLC and Lorie Smith for court review. Certificate of Interested Parties: Yes. Served on 11/08/2019. Manner of Service: email. −−[Edited 11/12/2019 by SDS to remove pdf from entry as the pleading has been filed] [19−1413] JJB [Entered: 11/08/2019 04:47 PM] |
| 11/08/2019 | | [10693882] Entry of appearance filed by Katherine Leone Anderson for 303 Creative LLC and Lorie Smith. CERT. OF INTERESTED PARTIES: y. Served on 11/12/2019. Manner of Service: email. [19−1413] [Entered: 11/12/2019 08:04 AM] |
| 11/08/2019 | | [10693887] Entry of appearance filed by Mr. John J. Bursch for Lorie Smith and 303 Creative LLC. CERT. OF INTERESTED PARTIES: y. Served on 11/12/2019. Manner of Service: email. [19−1413] [Entered: 11/12/2019 08:09 AM] |
| 11/12/2019 | | [10693849] Minute order filed − Notice due that record is complete by 11/19/2019 for Jeffrey P. Colwell, Clerk of Court. (Text Only − No Attachment) [19−1413] [Entered: 11/12/2019 07:13 AM] |
| 11/12/2019 | | [10693956] Filed notice record is complete. Served on 11/12/2019. Text entry only from district court NDA. Appellants' brief and appendix due on 12/23/2019 for 303 Creative LLC and Lorie Smith. [19−1413] [Entered: 11/12/2019 09:22 AM] |
| 11/12/2019 | | [10694223] Entry of appearance submitted by Jack Davy Patten, III for Appellees Kendra Anderson, Sergio Cordova, Aubrey Elenis, Miguel Rene Elias, Ajay Menon, Jessica Pocock, Phil Weiser, Mr. Charles Garcia and Richard Lewis for court review. Certificate of Interested Parties: No. Served on 11/12/2019. Manner of Service: email. −−[Edited 11/12/2019 by SDS to remove pdf from entry as the pleading has been filed] [19−1413] JDP [Entered: 11/12/2019 03:32 PM] |
| 11/12/2019 | | [10694243] Entry of appearance filed by Mr. Vincent Edward Morscher, Mr. Jack Davy Patten, III and Mr. Skippere S. Spear for Kendra Anderson, Sergio Cordova, Aubrey Elenis, Miguel Rene Elias, Ajay Menon, Jessica Pocock, Phil Weiser, Mr. Charles Garcia and Richard Lewis. CERT. OF INTERESTED PARTIES: n. Served on 11/12/2019. Manner of Service: email. [19−1413] [Entered: 11/12/2019 03:48 PM] |
| 11/12/2019 | | [10694310] Entry of appearance submitted by Billy Lee Seiber for Appellees Sergio Cordova, Miguel Rene Elias, Mr. Charles Garcia, Richard Lewis, Ajay Menon and Kendra Anderson for court review. Certificate of Interested Parties: No. Served on 11/12/2019. Manner of Service: email. [19−1413] [Edited to remove PDF as pleading has been filed−− Edited 11/13/2019 by NA] BLS [Entered: 11/12/2019 05:28 PM] |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 41 of 60

19–1413 303 Creative, et al v. Elenis, et al   Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 41

| 11/13/2019 | [10694340] Entry of appearance filed by Mr. Billy Lee Seiber for Appellees. CERT. OF INTERESTED PARTIES: n. Served on 11/12/2019. Manner of Service: email [19–1413] [Entered: 11/13/2019 07:19 AM] |
| 11/14/2019 | [10694970] Admissions letter sent. Response date set to 12/16/2019 for Billy Lee Seiber. [19–1413] [Entered: 11/14/2019 09:55 AM] |
| 11/18/2019 | [10695889] Motion filed by Appellants 303 Creative LLC and Lorie Smith to extend time to file appellant/petitioner's brief until 01/22/2020. Served on: 11/18/2019. Manner of service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] KLA [Entered: 11/18/2019 02:13 PM] |
| 11/18/2019 | [10695895] Minute order filed by Clerk of the Court granting appellants motion to extend time to file appellants brief and appendix. Appellants brief and appendix due on 01/22/2020 for 303 Creative LLC and Lorie Smith. Served on 11/18/2019. Text only entry – no attachment. [19–1413] No further extensions will be granted under the clerk's authority. [Entered: 11/18/2019 02:21 PM] |
| 12/06/2019 | [10701439] Attorney Mr. Billy Lee Seiber for Mr. Charles Garcia, Miguel Rene Elias, Jessica Pocock, Phil Weiser, Ajay Menon, Richard Lewis, Kendra Anderson, Sergio Cordova and Anthony Aragon, Ulysses J. Chaney, Carol Fabrizio, Heidi Hess and Rita Lewis admitted to the bar of this court. [19–1413] [Entered: 12/11/2019 08:57 AM] |
| 12/16/2019 | [10702865] Entry of appearance submitted by John Allen Eidsmoe for Foundation for Moral Law for court review. Certificate of Interested Parties: No. Served on 12/16/2019. Manner of Service: email.––[Edited 12/16/2019 by LAB to remove PDF from entry as pleading was filed 12/16/19.] [19–1413] JAE [Entered: 12/16/2019 02:12 PM] |
| 12/16/2019 | [10702887] Entry of appearance filed by Mr. John Allen Eidsmoe for Foundation for Moral Law. CERT. OF INTERESTED PARTIES: n. Served on 12/16/2019. Manner of Service: email. [19–1413] [Entered: 12/16/2019 02:33 PM] |
| 12/18/2019 | This entry has been removed from the docket as a corrected amicus brief has been filed. [NA] [10703760] Amicus Curiae brief submitted by Foundation for Moral Law. 7 paper copies to be provided to the court. Served on 12/18/2019. Manner of Service: email, US mail. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] JAE [Entered: 12/18/2019 03:53 PM] |
| 12/23/2019 | [10704901] Notice of deficient amicus brief received from Foundation for Moral Law. Type of deficiency: oversize. See attached letter for specifics. [19–1413] [Edited to reflect that a corrected amicus brief has been filed–– Edited 12/30/2019 by NA] [Entered: 12/23/2019 02:57 PM] |
| 12/26/2019 | This entry has been removed from the docket as the brief has been filed. [NA] [10705312] Amicus Curiae brief submitted by Foundation for Moral Law. 7 paper copies to be provided to the court. Served on 12/26/2019. Manner of Service: email, US mail. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] JAE [Entered: 12/26/2019 12:07 PM] |
| 12/30/2019 | [10705954] Amicus Curiae brief filed by Foundation for Moral Law. Original and 7 copies.. Served on 12/26/2019. Manner of Service: email. [19–1413] [Entered: 12/30/2019 12:23 PM] |
| 01/16/2020 | [10710476] Entry of appearance submitted by Jonathan A. Scruggs, Kristen K. Waggoner for Appellants 303 Creative LLC and Lorie Smith for court review. Certificate of Interested Parties: Yes. Served on 01/16/2020. Manner of Service: email. [19–1413]––[Edited 01/16/2020 by LG to remove PDF from entry, as pleading was filed on 1/16/2020] JAS [Entered: 01/16/2020 01:50 PM] |
| 01/16/2020 | [10710482] Entry of appearance submitted by David A. Cortman for Appellants 303 Creative LLC and Lorie Smith for court review. Certificate of Interested Parties: Yes. Served on 01/16/2020. Manner of Service: email. [19–1413]––[Edited 01/16/2020 by AT to remove PDF as pleading was filed on 1/16/2020.] DAC [Entered: 01/16/2020 01:58 PM] |

| 01/16/2020 | [10710499] Entry of appearance filed by Mr. Jonathan Andrew Scruggs and Kristen Waggoner for 303 Creative LLC and Lorie Smith. CERT. OF INTERESTED PARTIES: y. Interested parties are already in the appeal. Served on 01/16/2020. Manner of Service: email [19–1413] [Entered: 01/16/2020 02:24 PM] |
| 01/16/2020 | [10710526] Entry of appearance filed by Mr. David Andrew Cortman for Lorie Smith and 303 Creative LLC. CERT. OF INTERESTED PARTIES: y(Some of the parties listed are or were counsel of record). Served on 01/16/2020. Manner of Service: email [19–1413] [Entered: 01/16/2020 03:13 PM] |
| 01/21/2020 | [10711407] Motion filed by Appellants 303 Creative LLC and Lorie Smith for exemption from filing portion of appendix electronically. Served on: 01/21/2020. Manner of service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] JAS [Entered: 01/21/2020 01:25 PM] |
| 01/21/2020 | [10711639] Order filed by Clerk of the Court granting Appellant's motion for exemption from electronic filing. The appellants may file the audio files identified in the motion as part of their appendix in hardcopy only. The audio files should be produced on a CD or DVD (please see order for further details). Served on 01/21/2020. [19–1413] [Entered: 01/21/2020 04:42 PM] |
| 01/22/2020 | [10712139] Appellant/Petitioner's brief filed by 303 Creative LLC and Lorie Smith. Served on 01/22/2020 by email, US mail. Oral argument requested? Yes. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes.––[Edited 01/23/2020 by LAB to attach document with corrected case number.] [19–1413] JAS [Entered: 01/22/2020 09:15 PM] |
| 01/22/2020 | [10712140] Appellant's appendix filed by 303 Creative LLC and Lorie Smith. Total number of volumes filed: 3 (copy of CD at Vol. 3, page 639). Served on 01/22/2020. Manner of Service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. ––[Edited 01/29/2020 by LAB to note location of CD.][19–1413] JAS [Entered: 01/22/2020 09:23 PM] |
| 01/23/2020 | [10712368] Minute order filed – the brief and appendix submitted by appellant is accepted for filing. Paper copies shall now be filed with the court within 5 business days of this order. All copies must be exact replicas of the electronic filing(s), including all attachments and number of volumes filed (for appendices). Paper copies of appellant brief and appendix due 01/30/2020 by 303 Creative LLC and Lorie Smith. Appellees' brief now due 02/21/2020 for Jessica Pocock, Miguel Rene Elias, Ajay Menon, Richard Lewis, Kendra Anderson, Phil Weiser, Aubrey Elenis, Sergio Cordova and Charles Garcia. (Text Only – No Attachment) [19–1413] [Entered: 01/23/2020 02:09 PM] |
| 01/28/2020 | [10713612] Entry of appearance submitted by Eugene Volokh for Cato Institute for court review. Certificate of Interested Parties: No. Served on 01/28/2020. Manner of Service: email.––[Edited 01/28/2020 by LAB to remove PDF from entry as pleading was filed 1/28/2020.] [19–1413] EV [Entered: 01/28/2020 11:40 AM] |
| 01/28/2020 | [10713632] Entry of appearance submitted by Ilya Shapiro for Cato Institute for court review. Certificate of Interested Parties: No. Served on 01/28/2020. Manner of Service: email. ––[Edited 01/28/2020 by SDS to remove pdf from entry as the pleading has been filed] [19–1413] IS [Entered: 01/28/2020 12:14 PM] |
| 01/28/2020 | [10713642] Entry of appearance filed by Mr. Eugene Volokh for Cato Institute. CERT. OF INTERESTED PARTIES: n. Served on 01/28/2020. Manner of Service: email. [19–1413] [Entered: 01/28/2020 12:31 PM] |
| 01/28/2020 | [10713649] Entry of appearance filed by Mr. Ilya Shapiro for Cato Institute. CERT. OF INTERESTED PARTIES: n. Served on 01/28/2020. Manner of Service: email. [19–1413] [Entered: 01/28/2020 12:38 PM] |
| 01/28/2020 | [10713774] Entry of appearance submitted by Scott W. Gaylord for CatholicVote.org Education Fund for court review. Certificate of Interested Parties: No. Served on 01/28/2020. Manner of Service: email.––[Edited 01/29/2020 by LAB to remove PDF from entry as pleading was filed 1/29/2020.] |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 43 of 60

19-1413 303 Creative, et al v. Elenis, et al   Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 43

| | | |
|---|---|---|
| | | [19–1413] SWG [Entered: 01/28/2020 05:55 PM] |
| 01/28/2020 | ▦ | [10713783] Entry of appearance filed by Mr. Scott W. Gaylord for CatholicVote.org. CERT. OF INTERESTED PARTIES: n. Served on 01/28/2020. Manner of Service: email. [19–1413] [Entered: 01/29/2020 07:06 AM] |
| 01/29/2020 | | This entry has been removed from the docket as the amicus brief was filed by the Clerk's office. [AT] [10713778] Amicus Curiae brief submitted by Cato Institute. Served on 01/29/2020. Manner of Service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] IS [Entered: 01/29/2020 05:21 AM] |
| 01/29/2020 | ▦ | [10713803] Amicus Curiae brief filed by Cato Institute. Served on 01/29/2020. Manner of Service: email. [19–1413] [Entered: 01/29/2020 07:57 AM] |
| 01/29/2020 | | [10713804] Minute order filed – The Amicus Curiae brief submitted by Cato Institute is accepted for filing. Paper copies of amicus brief due 02/03/2020 by Cato Institute. All copies must be exact replicas of the electronic filing, including all attachments. (Text Only – No Attachment) [19–1413] [Entered: 01/29/2020 08:01 AM] |
| 01/29/2020 | | This entry has been removed from the docket. Brief was cited as deficient and corrected on 01/29/2020 [LAB] [10713915] Amicus Curiae brief submitted by Center for Religious Expression. Served on 01/29/2020. Manner of Service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] NK [Entered: 01/29/2020 11:34 AM] |
| 01/29/2020 | | This entry has been removed from the docket. [lg] This has been filed by the Clerk's office. [10713959] Motion submitted by LAW AND ECONOMICS SCHOLARS for leave to file an amicus brief. Served on: 01/29/2020 Manner of service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] TLS [Entered: 01/29/2020 01:12 PM] |
| 01/29/2020 | | [10713960] Paper copies of appellant's brief and appendix (including 2 copies of CD) received from 303 Creative LLC and Lorie Smith. [19–1413] [Entered: 01/29/2020 01:12 PM] |
| 01/29/2020 | | This entry has been removed from the docket. [lg] This has been filed by the Clerk's office purusant to this court's order of 1/29/2020. [10713962] Amicus Curiae brief submitted by LAW AND ECONOMICS SCHOLARS. Served on 01/29/2020. Manner of Service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] TLS [Entered: 01/29/2020 01:13 PM] |
| 01/29/2020 | | This entry has been removed from the docket as the brief has been filed. [NA] [10713974] Amicus Curiae brief submitted by CATHOLICVOTE.ORG EDUCATION FUND. Served on 01/29/2020. Manner of Service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] SWG [Entered: 01/29/2020 01:36 PM] |
| 01/29/2020 | ▦ | [10713986] Amicus Curiae brief filed by Catholicvote.org Education Fund. Original and 7 copies.. Served on 01/29/2020. Manner of Service: US mail, email. [19–1413] [Entered: 01/29/2020 01:57 PM] |
| 01/29/2020 | | [10713988] Minute order filed – the brief submitted by Catholicvote.org is accepted for filing. Paper copies shall now be filed with the court within 5 business days of this order. All copies must be exact replicas of the electronic filing. Paper copies of Amicus Curiae due 02/05/2020 by Catholicvote.org Education Fund. (Text Only – No Attachment) [19–1413] [Entered: 01/29/2020 01:58 PM] |
| 01/29/2020 | ▦ | [10713991] Notice of deficient amicus brief received from Center for Religious Expression. Type of deficiency: no certificate of digital submission. See attached letter for specifics. Corrected amicus brief due 02/03/2020 for Center for Religious Expression. [19–1413] [Entered: 01/29/2020 02:03 PM] |
| 01/29/2020 | ▦ | [10713995] Motion for leave to file an amicus brief filed by Amicus Curiae Law and Economic Scholars. Served on 01/29/2020. Manner of Service: email. [19–1413] [Entered: 01/29/2020 02:15 PM] |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 44 of 60

19–1413 303 Creative, et al v. Elenis, et al   Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 44

| | | |
|---|---|---|
| 01/29/2020 | | This entry has been removed from the docket – Brief filed 01/29/2020. [AT] [10713999] Amicus Curiae brief submitted by Amici Tyndale House Publishers; Crossroads Productions, Inc. dba Catholic Creatives; Whitaker Productions, Inc. dba Christian Professional Photographers; and The Briner Institute. Served on 01/29/2020. Manner of Service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] HI [Entered: 01/29/2020 02:19 PM] |
| 01/29/2020 | | This entry has been removed from the docket – brief filed 01/29/2020. [LAB] [10714015] Amicus Curiae brief submitted by Center for Religious Expression. Served on 01/29/2020. Manner of Service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] NK [Entered: 01/29/2020 02:45 PM] |
| 01/29/2020 | 🗎 | [10714016] Order filed by Clerk of the Court granting Law and Economics Scholars motion to become amicus. The amicus brief submitted shall be filed as of 1/29/2020. Notice of appearance due on 02/12/2020 for Law and Economic Scholars. Served on 01/29/2020. [19–1413] [Entered: 01/29/2020 02:45 PM] |
| 01/29/2020 | 🗎 | [10714017] Amicus Curiae brief filed by Law and Economic Scholars. Served on 01/29/2020. Manner of Service: email. [19–1413] [Entered: 01/29/2020 02:46 PM] |
| 01/29/2020 | | [10714019] Minute order filed – the amicus submitted accepted for filing. Paper copies shall now be filed with the court within 5 business days of this order. All copies must be exact replicas of the electronic filing, including all attachments. Paper copies of amicus brief due 02/05/2020 by Law and Economic Scholars. (Text Only – No Attachment) [19–1413] [Entered: 01/29/2020 02:48 PM] |
| 01/29/2020 | 🗎 | [10714034] Amicus Curiae brief filed by Center for Religious Expression. Original and 7 copies. Served on 01/29/2020. Manner of Service: email. [19–1413] [Entered: 01/29/2020 03:04 PM] |
| 01/29/2020 | | [10714037] Minute order filed – the amicus brief submitted by Center for Religious Expression is accepted for filing. Paper copies shall now be filed with the court within 5 business days of this order. All copies must be exact replicas of the electronic filing. Paper copies of amicus brief due 02/05/2020 by Center for Religious Expression. (Text Only – No Attachment) [19–1413] [Entered: 01/29/2020 03:05 PM] |
| 01/29/2020 | 🗎 | [10714046] Amicus Curiae brief filed by Crossroads Productions, Inc., The Briner Institute, Inc., Tyndale House Publishers and Whitaker Portrait Design, Inc. Served on 01/29/2020. Manner of Service: email. [19–1413] [Entered: 01/29/2020 03:20 PM] |
| 01/29/2020 | | [10714048] Minute order filed – The amicus brief submitted by Crossroads Productions, Inc., The Briner Institute, Inc., Tyndale House Publishers and Whitaker Portrait Design, Inc. is accepted for filing. Paper copies of amicus brief due 02/05/2020 by Crossroads Productions, Inc., The Briner Institute, Inc., Tyndale House Publishers, and Whitaker Portrait Design, Inc. All copies must be exact replicas of the electronic filing. (Text Only – No Attachment) [19–1413] [Entered: 01/29/2020 03:24 PM] |
| 01/29/2020 | | [10714049] Minute order filed – Notice of appearance due on 02/12/2020 for Crossroads Productions, Inc., The Briner Institute, Inc., Tyndale House Publishers, and Whitaker Portrait Design, Inc. (Text Only – No Attachment) [19–1413] [Entered: 01/29/2020 03:27 PM] |
| 01/29/2020 | | This entry has been removed from the docket as the brief has been filed. [NA][10714061] Amicus Curiae brief submitted by STATES OF ARIZONA, ALABAMA, ALASKA, ARKANSAS, KENTUCKY, LOUISIANA, MISSOURI, MONTANA, NEBRASKA, OKLAHOMA, SOUTH CAROLINA, TENNESSEE, TEXAS, AND WEST VIRGINIA AS AMICI CURIAE. Served on 01/29/2020. Manner of Service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] RDC [Entered: 01/29/2020 03:53 PM] |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 45 of 60

19–1413 303 Creative, et al v. Elenis, et al      Appellate Case: 19-1413   Document: 010110760091      Date Filed: 10/28/2022      Page: 45

| 01/30/2020 | [10714139] Amicus Curiae brief filed by State of Alabama, State of Alaska, State of Arizona, State of Arkansas, State of Kentucky, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of Tennessee, State of Texas and State of West Virginia. Original and 7 copies.. Served on 01/29/2020. Manner of Service: US mail, email. [19–1413] [Entered: 01/30/2020 07:08 AM] |
| --- | --- |
| 01/30/2020 | [10714140] Minute order filed – the brief submitted by Amici States is accepted for filing. Paper copies shall now be filed with the court within 5 business days of this order. All copies must be exact replicas of the electronic filing. Paper copies of amici due 02/06/2020 by State of Alabama, State of Alaska, State of Arizona, State of Arkansas, State of Kentucky, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of Tennessee, State of Texas and State of West Virginia. (Text Only – No Attachment) [19–1413] [Entered: 01/30/2020 07:09 AM] |
| 01/30/2020 | [10714141] Minute order filed – Notice of appearance due on 02/13/2020 for State of Alabama, State of Alaska, State of Arizona, State of Arkansas, State of Kentucky, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of Tennessee, State of Texas and State of West Virginia. (Text Only – No Attachment) [19–1413] [Entered: 01/30/2020 07:10 AM] |
| 01/30/2020 | This entry has been removed from the docket as the brief was filed by the Clerk's office on 01/30/2020. [AT] [10714327] Amicus Curiae brief submitted by Robert P. George. Served on 01/30/2020. Manner of Service: email, US mail. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] SDG [Entered: 01/30/2020 01:00 PM] |
| 01/30/2020 | [10714350] Amicus Curiae brief filed by Robert P. George. Served on 01/30/2020. Manner of Service: email. [19–1413] [Entered: 01/30/2020 01:27 PM] |
| 01/30/2020 | [10714353] Minute order filed – The amicus brief submitted by Robert P. George is accepted for filing. Paper copies of amicus brief are due 02/06/2020 by Robert P. George. All copies must be exact replicas of the electronic filing. (Text Only – No Attachment) [19–1413] [Entered: 01/30/2020 01:32 PM] |
| 01/31/2020 | [10714652] Paper copies of amicus brief received from Center for Religious Expression. [19–1413] [Entered: 01/31/2020 12:33 PM] |
| 01/31/2020 | [10714654] Paper copies of amicus brief received from Catholicvote.org Education Fund. [19–1413] [Entered: 01/31/2020 12:38 PM] |
| 01/31/2020 | [10714658] Paper copies of amicus brief received from Law and Economic Scholars. [19–1413] [Entered: 01/31/2020 12:42 PM] |
| 02/03/2020 | [10714975] Paper copies of amicus brief received from Cato Institute. [19–1413] [Entered: 02/03/2020 11:45 AM] |
| 02/03/2020 | [10714983] Paper copies of amici curiae brief received from State of Alabama, State of Alaska, State of Arizona, State of Arkansas, State of Kentucky, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of Tennessee, State of Texas and State of West Virginia. [19–1413] [Entered: 02/03/2020 11:53 AM] |
| 02/03/2020 | [10716533] Paper copies of amicus brief received from Robert P. George. [19–1413] [Entered: 02/07/2020 04:52 PM] |
| 02/05/2020 | [10715695] Paper copies of amicus brief received from Crossroads Productions, Inc., The Briner Institute, Inc., Tyndale House Publishers, and Whitaker Portrait Design, Inc. [19–1413] [Entered: 02/05/2020 11:42 AM] |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 46 of 60

19−1413 303 Creative, et al v. Elenis, et al   Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 46

| | | |
|---|---|---|
| 02/05/2020 | | [10715697] Entry of appearance submitted by Eric R. Olson for Appellees Phil Weiser, Kendra Anderson, Sergio Cordova, Aubrey Elenis, Miguel Rene Elias, Mr. Charles Garcia, Richard Lewis, Ajay Menon and Jessica Pocock for court review. Certificate of Interested Parties: Yes. Served on 02/05/2020. Manner of Service: email. [19−1413] −−[Edited 02/05/2020 by AT to remove PDF as pleading was filed on 2/5/2020.] EO [Entered: 02/05/2020 11:56 AM] |
| 02/05/2020 | 🖿 | [10715713] Entry of appearance filed by Mr. Eric R. Olson for Phil Weiser, Jessica Pocock, Ajay Menon, Richard Lewis, Mr. Charles Garcia, Miguel Rene Elias, Aubrey Elenis, Sergio Cordova and Kendra Anderson. CERT. OF INTERESTED PARTIES: y(Most of the parties listed were previously disclosed, are parties to the appeal, or are counsel of record). Served on 02/05/2020. Manner of Service: email. [19−1413] [Entered: 02/05/2020 12:27 PM] |
| 02/05/2020 | 🖿 | [10715752] Motion filed by Appellees Kendra Anderson, Sergio Cordova, Aubrey Elenis, Miguel Rene Elias, Mr. Charles Garcia, Richard Lewis, Ajay Menon, Jessica Pocock and Phil Weiser to extend time to file appellee/respondent's brief until 03/23/2020. Served on: 02/05/2020. Manner of service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19−1413] EO [Entered: 02/05/2020 01:49 PM] |
| 02/05/2020 | | [10715758] Order filed by Clerk of the Court granting Attorney motion to extend time to file appellees' brief. Appellees' brief now due 03/23/2020 for Jessica Pocock, Miguel Rene Elias, Ajay Menon, Richard Lewis, Kendra Anderson, Phil Weiser, Aubrey Elenis, Sergio Cordova and Charles Garcia. No further extensions on the clerk's authority. Served on 02/05/2020. Text only entry − no attachment. [19−1413] [Entered: 02/05/2020 01:58 PM] |
| 02/10/2020 | | [10716809] Entry of appearance submitted by Rusty D. Crandell for Amici Curiae State of Arizona, State of Alabama, State of Alaska, State of Arkansas, State of Kentucky, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of Tennessee, State of Texas and State of West Virginia for court review. Certificate of Interested Parties: No. Served on 02/10/2020. Manner of Service: email.−−[Edited 02/10/2020 by LAB to remove PDF from entry as pleading was filed 2/10/2020.] [19−1413] RDC [Entered: 02/10/2020 02:23 PM] |
| 02/10/2020 | 🖿 | [10716842] Entry of appearance filed by Rusty D. Crandell for State of West Virginia, State of Texas, State of Tennessee, State of South Carolina, State of Oklahoma, State of Nebraska, State of Montana, State of Missouri, State of Louisiana, State of Kentucky, State of Arkansas, State of Alaska, State of Alabama and State of Arizona. CERT. OF INTERESTED PARTIES: n. Served on 02/10/2020. Manner of Service: email. [19−1413] [Entered: 02/10/2020 02:56 PM] |
| 02/11/2020 | | [10717061] Entry of appearance submitted by Wesley R. Butler and Holly R. Iaccarino for Amicus Curiae Tyndale House Publishers for court review. Certificate of Interested Parties: No. Served on 02/11/2020. Manner of Service: email. −−[Edited 02/11/2020 by SDS to remove pdf from entry as the pleading has been filed] [19−1413] HI [Entered: 02/11/2020 10:38 AM] |
| 02/11/2020 | 🖿 | [10717062] Entry of appearance filed by Mr. Wesley R. Butler and Mrs. Holly Iaccarino for Tyndale House Publishers. CERT. OF INTERESTED PARTIES: n. Served on 02/11/2020. Manner of Service: email. [19−1413] [Entered: 02/11/2020 10:45 AM] |
| 02/11/2020 | | [10717138] Entry of appearance submitted by Barry Arrington for Catholic Creatives, Christian Professional Photographers, The Briner Institute for court review. Certificate of Interested Parties: No. Served on 02/11/2020. Manner of Service: email.−−[Edited 02/11/2020 by LAB to remove PDF from entry as pleading was filed 2/11/2020.] [19−1413] BKA [Entered: 02/11/2020 01:39 PM] |
| 02/11/2020 | 🖿 | [10717169] Entry of appearance filed by Mr. Barry K. Arrington for Crossroads Productions, Inc., Whitaker Portrait Design, Inc. and The Briner Institute, Inc. CERT. OF INTERESTED PARTIES: n. Served on 02/11/2020. Manner of Service: email. [19−1413] [Entered: 02/11/2020 02:21 PM] |
| 02/18/2020 | 🖿 | [10718242] Deficiency notice issued. Type of deficiency: no entry of appearance filed by counsel for Law and Economic Scholars. Notice of appearance due on 02/21/2020 for Law and Economic Scholars. |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 47 of 60
19–1413 303 Creative, et al v. Elenis, et al
Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 47

| | | [19–1413] [Entered: 02/18/2020 06:58 AM] |
|---|---|---|
| 02/19/2020 | | [10718688] Entry of appearance submitted by Theresa Lynn Sidebotham for Amicus Curiae Law and Economic Scholars for court review. Certificate of Interested Parties: No. Served on 02/19/2020. Manner of Service: email. [19–1413] [Edited to remove PDF as pleading has been filed–– Edited 02/19/2020 by NA] TLS [Entered: 02/19/2020 10:26 AM] |
| 02/19/2020 | 🗎 | [10718695] Entry of appearance filed by Mrs. Theresa Lynn Sidebotham for Law and Economic Scholars. CERT. OF INTERESTED PARTIES: n. Served on 02/19/2020. Manner of Service: email [19–1413] [Entered: 02/19/2020 10:40 AM] |
| 03/16/2020 | 🗎 | [10725878] Motion filed by Appellees Kendra Anderson, Sergio Cordova, Aubrey Elenis, Miguel Rene Elias, Mr. Charles Garcia, Richard Lewis, Ajay Menon, Jessica Pocock and Phil Weiser to extend time to file appellee/respondent's brief until 04/22/2020. Served on: 03/16/2020. Manner of service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] JDP [Entered: 03/16/2020 03:20 PM] |
| 03/16/2020 | | [10725914] Order filed at the direction of the Court, by Clerk of the Court, granting appellees' motion to extend time to file eres brief. Appellees' brief now due 04/22/2020 for Jessica Pocock, Miguel Rene Elias, Ajay Menon, Richard Lewis, Kendra Anderson, Phil Weiser, Aubrey Elenis, Sergio Cordova and Charles Garcia. No further extensions of time will be granted absent extraordinary circumstances. Served on 03/16/2020. Text only entry – no attachment. [19–1413] [Entered: 03/16/2020 04:14 PM] |
| 04/23/2020 | 🗎 | [10735058] Appellee/Respondent's brief filed by Aubrey Elenis, Kendra Anderson, Sergio Cordova, Miguel Rene Elias, Ajay Menon, Richard Lewis, Jessica Pocock and Phil Weiser. Served on: 04/23/2020. Manner of service: email. Oral argument requested? Yes. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] [Note, the brief was filed on 4/22/20 in the closed appeal. Counsel was requested to re–file in the open case today–– Edited 04/23/2020 by NA] SSS [Entered: 04/23/2020 08:47 AM] |
| 04/23/2020 | 🗎 | [10735060] Supplemental appendix filed by Aubrey Elenis, Mr. Charles Garcia, Kendra Anderson, Miguel Rene Elias, Ajay Menon, Richard Lewis, Jessica Pocock and Phil Weiser. Total number of volumes filed: 1. Served on 04/23/2020. Manner of Service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] [Note, counsel filed the appendix on 4/22/20 in the closed case. Counsel was requested to re–file in the open case on 4/23/20–– Edited 04/23/2020 by NA] SSS [Entered: 04/23/2020 08:50 AM] |
| 04/23/2020 | | [10735072] Minute order filed – the brief and appendix submitted by appellees is accepted for filing. Per the Court's General Order of March 16, 2020, paper copies are not required at this time. Parties may be directed to file paper copies at a later date. Appellants' optional reply brief now due 05/14/2020 for Lorie Smith and 303 Creative LLC. (Text Only – No Attachment) [19–1413] [Entered: 04/23/2020 09:01 AM] |
| 04/24/2020 | 🗎 | [10735711] Motion filed by Appellants 303 Creative LLC and Lorie Smith to extend time to file a reply brief until 06/04/2020. Served on: 04/24/2020. Manner of service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] KLA [Entered: 04/24/2020 04:00 PM] |
| 04/24/2020 | | [10735715] Order filed by Clerk of the Court – This matter is before the court on appellants' motion for extension of time to file reply brief. Upon consideration, the motion is granted in part. Appellants' optional reply brief now due 05/28/2020 for Lorie Smith and 303 Creative LLC. No further extensions will be granted on the Clerk's authority. Served on 04/24/2020. Text only entry – no attachment. [19–1413] [Entered: 04/24/2020 04:07 PM] |
| 04/28/2020 | | [10736318] Entry of appearance submitted by Mari Newman for Amici Curiae Law Professors from the States of Colorado, Kansas, New Mexico, Oklahoma, Utah, and Wyoming for court review. Certificate of Interested Parties: No. Served on 04/28/2020. Manner of Service: email. [19–1413]––[Edited |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 48 of 60

19−1413 303 Creative, et al v. Elenis, et al.
Appellate Case: 19−1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 48

|  |  |  |
|---|---|---|
|  |  | 04/28/2020 by LG to remove PDF from entry, as pleading was filed on 4/28/2020] MN [Entered: 04/28/2020 10:18 AM] |
| 04/28/2020 | ▤ | [10736334] Entry of appearance filed by Ms. Mari Newman, Esq. for Law Professors of the State of Colorado, Law Professors from the State of Wyoming, Law Professors from the State of Utah, Law Professors from the State of Oklahoma, Law Professors from the State of New Mexico and Law Professors from the State of Kansas. CERT. OF INTERESTED PARTIES: n. Served on 04/28/2020. Manner of Service: email [19−1413] [Entered: 04/28/2020 10:43 AM] |
| 04/28/2020 |  | This entry has been removed from the docket. Brief docketed as filed by clerk on 04/28/2020. [sds] [10736508] Amicus Curiae brief submitted by American Civil Liberties Union and American Civil Liberties Union of Colorado. Served on 04/28/2020. Manner of Service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19−1413] SRN [Entered: 04/28/2020 08:47 PM] |
| 04/28/2020 | ▤ | [10736520] Amicus Curiae brief filed by American Civil Liberties Union Foundation and American Civil Liberties Union of Colorado. Served on 04/28/2020. Manner of Service: email. [brief redocketed by clerk to show as filed] [19−1413] [Entered: 04/29/2020 07:26 AM] |
| 04/29/2020 |  | [10736521] Minute order filed – the amici curiae brief submitted by American Civil Liberties Union of Colorado and American Civil Liberties Union Foundation is accepted for filing. Per the Court's General Order of March 16, 2020, paper copies are not required at this time. Parties may be directed to file paper copies at a later date. (Text Only – No Attachment) [19−1413] [Entered: 04/29/2020 07:28 AM] |
| 04/29/2020 |  | [10736524] Minute order filed – Notice of appearance due on 05/13/2020 for Sara Neel, Mark Silvertein, Lindsey Kaley and Hilary Ledwell for American Civil Liberties Union Foundation and American Civil Liberties Union of Colorado. (Text Only – No Attachment) [19−1413] [Entered: 04/29/2020 07:30 AM] |
| 04/29/2020 |  | [10736578] Entry of appearance submitted by Kenneth D. Upton, Jr.; Richard B. Katskee; and Patrick Grubel for Americans United for Separation of Church and State and 14 additional Religious and Civil Rights Organizations (see document for list) for court review. Certificate of Interested Parties: No. Served on 04/29/2020. Manner of Service: email. −−[Edited 04/29/2020 by SDS to remove pdf from entry as the pleading has been filed] [19−1413] KDU [Entered: 04/29/2020 09:43 AM] |
| 04/29/2020 |  | This entry has been removed from the docket as the brief has been filed. [NA][10736592] Amicus Curiae brief submitted by Americans United for Separation of Church and State and 14 additional Religious and Civil Rights Organizations (See document for complete list of organizations). Served on 04/29/2020. Manner of Service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19−1413] KDU [Entered: 04/29/2020 10:10 AM] |
| 04/29/2020 | ▤ | [10736620] Amici Curiae brief filed by Americans United for Separation of Church and State, Anti−Defamation League, Bend the Arc: A Jewish Partnership for Justice, Central Conference of American Rabbis, Global Justice Institute, Metropolitan Community Churches, Hadassah, The Women's Zionist Organization of America, Inc., Hindu American Foundation, Interfaith Alliance Foundation, Interfaith Alliance of Colorado, Men of Reform Judaism, Reconstructionist Rabbinical Association, Sikh Coalition, Union for Reform Judaism and Women of Reform Judaism. Served on 04/29/2020. Manner of Service: email. [19−1413] [Entered: 04/29/2020 11:23 AM] |
| 04/29/2020 |  | [10736622] Minute order filed – the amici curiae brief submitted by Religious and Civil−Rights Organizations is accepted for filing. Per the Court's General Order of March 16, 2020, paper copies are not required at this time. Parties may be directed to file paper copies at a later date.. (Text Only – No Attachment) [19−1413] [Entered: 04/29/2020 11:28 AM] |

| 04/29/2020 | | [10736627] Entry of appearance filed by Mr. Patrick Grubel, Mr. Richard Brian Katskee and Mr. Kenneth D. Upton, Jr. for People for the American Way Foundation, Anti–Defamation League, Americans United for Separation of Church and State, Union for Reform Judaism, Women of Reform Judaism, Hindu American Foundation, Hadassah, The Women's Zionist Organization of America, Inc., Interfaith Alliance Foundation, Central Conference of American Rabbis, Sikh Coalition, Bend the Arc: A Jewish Partnership for Justice, Interfaith Alliance of Colorado, Reconstructionist Rabbinical Association, Global Justice Institute, Metropolitan Community Churches and Men of Reform Judaism. CERT. OF INTERESTED PARTIES: n. Served on 04/29/2020. Manner of Service: email. [19–1413] [Entered: 04/29/2020 11:40 AM] |
| --- | --- | --- |
| 04/29/2020 | | [10736675] Entry of appearance submitted by Eric Gold for Massachusetts, California, Connecticut, Delaware, the District of Columbia, Hawai'i, Illinois, Maine, Maryland, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Virginia, and Washington for court review. Certificate of Interested Parties: No. Served on 04/29/2020. Manner of Service: email. [19–1413] [Edited to remove PDF as pleading has been filed–– Edited 04/29/2020 by NA] EMG [Entered: 04/29/2020 01:24 PM] |
| 04/29/2020 | | This entry has been removed from the docket. [lg] to remove as brief was filed by the Clerk's office on 4/29/2020. [10736678] Amicus Curiae brief submitted by Massachusetts, California, Connecticut, Delaware, the District of Columbia, Hawai'i, Illinois, Maine, Maryland, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Virginia, and Washington. Served on 04/29/2020. Manner of Service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] EMG [Entered: 04/29/2020 01:31 PM] |
| 04/29/2020 | | [10736689] Entry of appearance filed by Eric Gold for State of California, State of Pennsylvania, State of Massachusetts, State of Maine, State of Nevada, District of Columbia, State of Rhode Island, State of New York, State of Virginia, State of Washington, State of North Carolina, State of Illinois, State of Connecticut, State of Maryland, State of Hawaii, State of Minnesota, State of Delaware, State of Oregon, State of Vermont, State of New Jersey and State of New Mexico. CERT. OF INTERESTED PARTIES: n. Served on 04/29/2020. Manner of Service: email [19–1413] [Entered: 04/29/2020 01:54 PM] |
| 04/29/2020 | | [10736703] Amicus Curiae brief filed by District of Columbia, State of California, State of Connecticut, State of Delaware, State of Hawaii, State of Illinois, State of Maine, State of Maryland, State of Massachusetts, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Pennsylvania, State of Rhode Island, State of Vermont, State of Virginia and State of Washington. Original and 7 copies. Served on 04/29/2020. Manner of Service: email. [19–1413] [Entered: 04/29/2020 02:21 PM] |
| 04/29/2020 | | [10736705] Minute order filed – the amicus brief submitted by State of California, et al is accepted for filing. Per the Court's General Order of March 16, 2020, paper copies are not required at this time. Parties may be directed to file paper copies at a later date.. (Text Only – No Attachment) [19–1413] [Entered: 04/29/2020 02:24 PM] |
| 04/29/2020 | | This entry has been removed from the docket as the brief was filed by the Clerk on 4/29/2020. [AT] [10736732] Amicus Curiae brief submitted by Amici Curiae Law Professors from the States of Colorado, Kansas, New Mexico, Oklahoma, Utah, and Wyoming. Served on 04/29/2020. Manner of Service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] MN [Entered: 04/29/2020 03:12 PM] |
| 04/29/2020 | | [10736735] Minute order filed – Notice of appearance due on 05/13/2020 for attorneys Craig J. Konnoth and Matthew R. Cushing on behalf of Law Professors from the State of Kansas, Law Professors from the State of New Mexico, Law Professors from the State of Oklahoma, Law Professors from the State of Utah, Law Professors from the State of Wyoming and Law Professors of the State of Colorado. (Text Only – No Attachment) [19–1413] [Entered: 04/29/2020 03:32 PM] |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 50 of 60

19-1413 303 Creative, et al v. Elenis, et al     Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 50

| 04/29/2020 | [10736738] Amicus Curiae brief filed by Law Professors from the State of Kansas, Law Professors from the State of New Mexico, Law Professors from the State of Oklahoma, Law Professors from the State of Utah, Law Professors from the State of Wyoming, and Law Professors of the State of Colorado. Original and. Served on 04/29/2020. Manner of Service: email. [19–1413] [Entered: 04/29/2020 03:35 PM] |
|---|---|
| 04/29/2020 | [10736745] Minute order filed – The Amicus Curiae brief submitted by Law Professors from the State of Kansas, Law Professors from the State of New Mexico, Law Professors from the State of Oklahoma, Law Professors from the State of Utah, Law Professors from the State of Wyoming, and Law Professors of the State of Colorado is accepted for filing. Per the Court's General Order of March 16, 2020, paper copies are not required at this time. Parties may be directed to file paper copies at a later date. (Text Only – No Attachment) [19–1413] [Entered: 04/29/2020 03:41 PM] |
| 04/29/2020 | [10736768] Entry of appearance submitted by Ethan H. Townsend for Lawyers' Committee for Civil Rights Under Law,Southern Poverty Law Center,Asian American Legal Defense and Education Fund,LatinoJustice PRLDEF,Leadership Conference on Civil and Human Rights,National Action Network,Center for Constitutional Rights for court review. Certificate of Interested Parties: No. Served on 04/29/2020. Manner of Service: email. [19–1413] [Edited to remove PDF as pleading has been filed–– Edited 04/30/2020 by NA] EHT [Entered: 04/29/2020 04:44 PM] |
| 04/29/2020 | This entry has been removed from the docket, as the submitted brief was filed 4/29/20. [LAB] [10736770] Amicus Curiae brief submitted by Lawyers' Committee for Civil Rights Under Law, Southern Poverty Law Center, Asian American Legal Defense and Education Fund,LatinoJustice PRLDEF,Leadership Conference on Civil and Human Rights,National Action Network,Center for Constitutional Rights. Served on 04/29/2020. Manner of Service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] EHT [Entered: 04/29/2020 04:54 PM] |
| 04/29/2020 | This entry has been removed from the docket. [lg] Brief was filed by the clerk's office. [10736772] Amicus Curiae brief submitted by Max H. Bazerman; Monica C. Bell; Issa Kohler–Hausmann; David Laibson; Adam J. Levitin; Mary–Hunter McDonnell; Neeru Paharia; Nina Strohminger; Tom R. Tyler; Lauren E. Willis. Served on 04/29/2020. Manner of Service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] AWH [Entered: 04/29/2020 05:04 PM] |
| 04/29/2020 | This entry has been removed from the docket as the amicus brief was filed by the Clerk's office on 04/29/2020. [AT] [10736776] Amicus Curiae brief submitted by Floyd Abrams, Erwin Chemerinsky, Walter Dellinger, Kermit Roosevelt, Amanda Shanor, and Rebecca Tushnet. Served on 04/29/2020. Manner of Service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] MMV [Entered: 04/29/2020 05:52 PM] |
| 04/29/2020 | [10736777] Entry of appearance submitted by Meaghan VerGow for Floyd Abrams, Erwin Chemerinsky, Walter Dellinger, Kermit Roosevelt, Amanda Shanor, and Rebecca Tushnet as Amici Curiae for court review. Certificate of Interested Parties: No. Served on 04/29/2020. Manner of Service: email. [19–1413]––[Edited 04/30/2020 by LG to remove PDF from entry, as pleading was filed on 4/30/2020] MMV [Entered: 04/29/2020 06:00 PM] |
| 04/29/2020 | [10736779] Entry of appearance submitted by Marie Bonitatibus for Floyd Abrams, Erwin Chemerinsky, Walter Dellinger, Kermit Roosevelt, Amanda Shanor, and Rebecca Tushnet as Amici Curiae for court review. Certificate of Interested Parties: No. Served on 04/29/2020. Manner of Service: email. [19–1413] ––[Edited 04/30/2020 by AT to remove PDF as pleading was filed on 4/30/2020] MB [Entered: 04/29/2020 06:06 PM] |
| 04/29/2020 | [10736780] Entry of appearance submitted by Jamie A. Gliksberg, Camilla B. Taylor, and Jennifer C. Pizer for Lambda Legal Defense and Education Fund, Inc. for court review. Certificate of Interested Parties: No. Served on 04/29/2020. Manner of Service: email.––[Edited 04/30/2020 by LAB to remove PDF from entry as pleading was filed 4/29/20.] [19–1413] JAG [Entered: 04/29/2020 07:19 PM] |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 51 of 60
19−1413 303 Creative, et al v. Elenis, et al
Appellate Case: 19−1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 51

| | | |
|---|---|---|
| 04/29/2020 | | This entry has been removed from the docket as the Clerk's office refiled the motion on 04/29/2020. [AT] [10736781] Motion submitted by Lambda Legal Defense and Education Fund, Inc. for leave to file an amicus brief. Served on: 04/29/2020 Manner of service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19−1413] JAG [Entered: 04/29/2020 07:22 PM] |
| 04/29/2020 | | This entry has been removed from the docket; counsel is directed to re−submit the brief with corrected parties amicus supports in 4/30/20 order. [LAB] [10736782] Amicus Curiae brief submitted by Lambda Legal Defense and Education Fund, Inc.. Served on 04/29/2020. Manner of Service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19−1413] JAG [Entered: 04/29/2020 07:23 PM] |
| 04/29/2020 | | [10736783] Entry of appearance submitted by Matthew R. Cushing for Amici Curiae Law Professors from the State of Kansas, Law Professors from the State of New Mexico, Law Professors from the State of Oklahoma, Law Professors from the State of Utah, Law Professors of the State of Colorado and Law Professors from the State of Wyoming for court review. Certificate of Interested Parties: No. Served on 04/29/2020. Manner of Service: email. −−[Edited 04/30/2020 by SDS to remove pdf from entry as the pleading has been filed] [19−1413] MC [Entered: 04/29/2020 07:48 PM] |
| 04/29/2020 | 🗒 | [10736830] Amicus Curiae brief filed by Meaghan McLaine VerGow and Marie Bonitatibus for Walter Dellinger, Kermit Roosevelt, Floyd Abrams, Amanda Shanor, and Rebecca Tushnet Erwin Chemerinsky, in case 19−1413. Served on 04/29/2020. Manner of Service: email. [19−1413] [Entered: 04/30/2020 07:48 AM] |
| 04/29/2020 | 🗒 | [10736837] Entry of appearance filed by Matthew Cushing for Law Professors of the State of Colorado, Law Professors from the State of Kansas, Law Professors from the State of New Mexico, Law Professors from the State of Oklahoma, Law Professors from the State of Utah and Law Professors from the State of Wyoming. CERT. OF INTERESTED PARTIES: n. Served on 04/30/2020. Manner of Service: email. [19−1413] [Entered: 04/30/2020 07:58 AM] |
| 04/29/2020 | 🗒 | [10736851] Amicus Curiae brief filed by Adam W. Hofmann, Josephine Kendra Petrick, David Carrillo Casarrubias for Mary−Hunter McDonnell, Lauren E. Willis, David Laibson, Adam J. Levitin, Monica C. Bell, Tom R. Tyler, Max H. Bazerman, Nina Strohminger, Neeru Pahari, and Issa Kohler−Hausmann, in case 19−1413. Served on 04/29/2020. Manner of Service: email. [19−1413] [Entered: 04/30/2020 08:28 AM] |
| 04/29/2020 | 🗒 | [10736854] Motion for leave to file an amicus brief filed by Movant Lambda Legal Defense & Education Fund, Inc.. Served on 04/29/2020. Manner of Service: email. [19−1413] [Entered: 04/30/2020 08:34 AM] |
| 04/29/2020 | 🗒 | [10736877] Entry of appearance filed by Jamie A. Gliksberg, Jennifer C. Pizer, and Ms. Camilla Taylor for Lambda Legal Defense & Education Fund, Inc. CERT. OF INTERESTED PARTIES: n. Served on 04/29/2020. Manner of Service: email. [19−1413] [Entered: 04/30/2020 09:03 AM] |
| 04/29/2020 | | This entry has been removed from the docket − see corrected amicus brief filed 5/22/2020. [LAB] [10736910] Amicus Curiae brief filed by Asian American Legal Defense & Education Fund, LatinoJustice PRLDEF, Lawyers' Committee for Civil Rights Under Law, Leadership Conference on Civil and Human Rights, National Action Network, Southern Poverty Law Center and The Center for Constitutional Rights Served on 04/29/2020. Manner of Service: email. [19−1413] [Entered: 04/30/2020 09:54 AM] |
| 04/30/2020 | 🗒 | [10736811] Entry of appearance filed by Marie Bonitatibus for Mr. Erwin Chemerinsky, Mr. Floyd Abrams, Walter Dellinger, Kermit Roosevelt, Amanda Shanor, and Rebecca Tushnet. CERT. OF INTERESTED PARTIES: n. Served on 04/29/2020. Manner of Service: email. [19−1413] [Entered: 04/30/2020 07:17 AM] |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 52 of 60
19–1413 303 Creative, et al v. Elenis, et al
Appellate Case: 19–1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 52

| 04/30/2020 | | [10736824] Entry of appearance filed by Ethan H. Townsend for Lawyers' Committee for Civil Rights Under Law, Asian American Legal Defense & Education Fund, Southern Poverty Law Center, Leadership Conference on Civil and Human Rights, National Action Network, LatinoJustice PRLDEF, The Center for Constitutional Rights and Center for Consitutional Rights. CERT. OF INTERESTED PARTIES: n. Served on 04/29/2020. Manner of Service: email [19–1413] [Entered: 04/30/2020 07:38 AM] |
|---|---|---|
| 04/30/2020 | | [10736833] Minute order filed – Notice of appearance due on 05/14/2020 for attorney Meaghan VerGrow on behalf of Floyd Abrams, Erwin Chemerinsky, Walter Dellinger, Kermit Roosevelt, Amanda Shanor, and Rebecca Tushnet. (Text Only – No Attachment) [19–1413] [Entered: 04/30/2020 07:51 AM] |
| 04/30/2020 | | [10736834] Minute order filed – The amicus brief submitted by Walter Dellinger, Kermit Roosevelt, Floyd Abrams, Amanda Shanor, and Rebecca Tushnet Erwin Chemerinsky is accepted for filing. Per the Court's General Order of March 16, 2020, paper copies are not required at this time. Parties may be directed to file paper copies at a later date. (Text Only – No Attachment) [19–1413] [Entered: 04/30/2020 07:53 AM] |
| 04/30/2020 | | [10736848] Minute order filed – the amicus brief submitted by Bazerman, Bell, Kohler–Hausmann, Laibson, McDonnell, Paharia, Strohminger, Tyler, and Willis is accepted for filing. Per the Court's General Order of March 16, 2020, paper copies are not required at this time. Parties may be directed to file paper copies at a later date. (Text Only – No Attachment) [19–1413] [Entered: 04/30/2020 08:15 AM] |
| 04/30/2020 | | [10736863] Minute order filed – Notice of appearance due on 05/14/2020 for Max H. Bazerman, Monica C. Bell, Issa Kohler–Hausmann, David Laibson, Adam J. Levitin, Mary–Hunter McDonnell, Neeru Paharia, Nina Strohminger, Tom R. Tyler and Lauren E. Willis. (Text Only – No Attachment) [19–1413] [Entered: 04/30/2020 08:45 AM] |
| 04/30/2020 | | [10736875] Entry of appearance filed by Meaghan McLaine VerGow for Mr. Erwin Chemerinsky, Mr. Floyd Abrams, Walter Dellinger, Kermit Roosevelt, Amanda Shanor and Rebecca Tushnet. CERT. OF INTERESTED PARTIES: n. Served on 04/29/2020. Manner of Service: email [19–1413] [Entered: 04/30/2020 08:53 AM] |
| 04/30/2020 | | [10736909] Minute order filed – the amicus brief submitted by Asian American Legal Defense & Education Fund, Lawyers' Committee for Civil Rights Under Law, Southern Poverty Law Center, LatinoJustice PRLDEF, Leadership Conference on Civil and Human Rights, National Action Network, and Center for Constitutional Rights is accepted for filing. Per the Court's General Order of March 16, 2020, paper copies are not required at this time. Parties may be directed to file paper copies at a later date. (Text Only – No Attachment) [19–1413] [Entered: 04/30/2020 09:48 AM] |
| 04/30/2020 | | [10736911] Minute order filed – Notice of appearance due on 05/14/2020 for Kristen Clarke, Jon Greenbaum, Dariely Rodriguez, Dorian Spence, Noah Baron, Michael S. Stanek, and Sarah P. Hogarth as counsel for Asian American Legal Defense & Education Fund, Lawyers' Committee for Civil Rights Under Law, Southern Poverty Law Center, LatinoJustice PRLDEF, Leadership Conference on Civil and Human Rights, National Action Network, and The Center for Constitutional Rights. (Text Only – No Attachment) [19–1413] [Entered: 04/30/2020 09:58 AM] |
| 04/30/2020 | | [10736981] Entry of appearance submitted by Adam W. Hoffman; David C. Casarrubias; Josephine M. Petrick for Amici Curiae Lauren E. Willis, Max H. Bazerman, Monica C. Bell, Issa Kohler–Hausmann, David Laibson, Adam J. Levitin, Mary–Hunter McDonnell, Neeru Paharia, Nina Strohminger and Tom R. Tyler for court review. Certificate of Interested Parties: No. Served on 04/30/2020. Manner of Service: email. [19–1413] [Edited to remove PDF as pleading has been filed–– Edited 04/30/2020 by NA] AWH [Entered: 04/30/2020 12:38 PM] |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 53 of 60

19–1413 303 Creative, et al v. Elenis, et al          Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 53

| | | |
|---|---|---|
| 04/30/2020 | ▤ | [10736985] Entry of appearance filed by Mr. David Carrillo Casarrubias, Adam W. Hofmann and Ms. Josephine Kendra Petrick for Adam J. Levitin, Max H. Bazerman, Monica C. Bell, Issa Kohler–Hausmann, David Laibson, Mary–Hunter McDonnell, Neeru Paharia, Nina Strohminger, Tom R. Tyler and Lauren E. Willis. CERT. OF INTERESTED PARTIES: n. Served on 04/30/2020. Manner of Service: email [19–1413] [Entered: 04/30/2020 12:46 PM] |
| 04/30/2020 | | [10737027] Entry of appearance submitted by Craig Konnoth for Amici Curiae Law Professors from the State of Kansas, Law Professors of the State of Colorado, Law Professors from the State of Wyoming, Law Professors from the State of Utah, Law Professors from the State of Oklahoma and Law Professors from the State of New Mexico for court review. Certificate of Interested Parties: No. Served on 04/30/2020. Manner of Service: email. [19–1413]––[Edited 04/30/2020 by LG to remove PDF from entry, as pleading was filed on 4/30/2020] CK [Entered: 04/30/2020 01:55 PM] |
| 04/30/2020 | ▤ | [10737029] Order filed by Clerk of the Court – This matter is before the court on the Motion for Leave to File Amicus Brief in Support of Defendants–Appellants and Proposed Brief, filed by Lambda Legal Defense and Education Fund, Inc. We note that although the motion states that the proposed brief supports "Defendant–Appellants," it in fact supports Defendants–Appellees. Further, neither the motion nor the proposed brief includes a position statement of the parties. See Fed. R. App. R. Rule 29(a)(2); 10th Cir. R. 27.1. Accordingly, the motion is denied without prejudice to renewal, as necessary, in accordance with Fed. R. App. P. 29(a) and 10th Cir. R. 27.1. Served on 04/30/2020. [19–1413] [Entered: 04/30/2020 01:56 PM] |
| 04/30/2020 | ▤ | [10737065] Entry of appearance filed by Professor Craig Konnoth for Law Professors of the State of Colorado, Law Professors from the State of Kansas, Law Professors from the State of New Mexico, Law Professors from the State of Oklahoma, Law Professors from the State of Utah and Law Professors from the State of Wyoming. CERT. OF INTERESTED PARTIES: n. Served on 04/30/2020. Manner of Service: email [19–1413] [Entered: 04/30/2020 03:15 PM] |
| 05/01/2020 | | This entry has been removed from the docket as amicus brief was filed by Clerk on 5/1/2020. [LAB] [10737200] Amicus Curiae brief submitted by Lambda Legal Defense and Education Fund, Inc.. Served on 05/01/2020. Manner of Service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19–1413] JAG [Entered: 05/01/2020 10:18 AM] |
| 05/01/2020 | ▤ | [10737886] Amicus Curiae brief filed by Lambda Legal Defense & Education Fund, Inc. Served on 04/29/2020. Manner of Service: email. [19–1413] [Entered: 05/05/2020 09:41 AM] |
| 05/05/2020 | ▤ | [10737884] Order filed by Judges Matheson and Bacharach granting Lambda Legal Defense and Education Fund leave to file their amicus brief submitted on 5/1/2020. The cout notes that the brief is untimely but reflects consent by all parties. The Clerk is directed to file the brief. Served on 05/05/2020. [19–1413] [Entered: 05/05/2020 09:38 AM] |
| 05/05/2020 | | [10738055] Entry of appearance submitted by Sara R. Neel and Mark Silverstein for Amicus Curiae American Civil Liberties Union of Colorado for court review. Certificate of Interested Parties: No. Served on 05/05/2020. Manner of Service: email. [19–1413] ––[Edited 05/05/2020 by AT to remove PDF as pleading was filed on 5/5/2020.] SRN [Entered: 05/05/2020 02:41 PM] |
| 05/05/2020 | | [10738060] Entry of appearance submitted by Lindsey Kaley and Hilary Ledwell for Amicus Curiae American Civil Liberties Union Foundation for court review. Certificate of Interested Parties: No. Served on 05/05/2020. Manner of Service: email. ––[Edited 05/05/2020 by LAB to remove PDF from entry as pleading was filed 5/5/20.][19–1413] SRN [Entered: 05/05/2020 02:50 PM] |
| 05/05/2020 | ▤ | [10738070] Entry of appearance filed by Hilary Ledwell and Lindsey Kaley for American Civil Liberties Union of Colorado and American Civil Liberties Union Foundation. CERT. OF INTERESTED PARTIES: n. Served on 05/05/2020. Manner of Service: email. [19–1413] [Entered: 05/05/2020 03:06 PM] |

| | | |
|---|---|---|
| 05/05/2020 | | [10738074] Entry of appearance filed by Ms. Sara R. Neel and Mr. Mark Silverstein for ACLU and American Civil Liberties Union of Colorado. CERT. OF INTERESTED PARTIES: n. Served on 05/05/2020. Manner of Service: email. [19−1413] [Entered: 05/05/2020 03:16 PM] |
| 05/15/2020 | | [10740631] Deficiency notice issued. Type of deficiency: entry of appearance not filed by Kristen Clarke, Jon Greenbaum, Dariely Rodriguez, Dorian Spence, Noah Baron, Michael S. Stanek, and Sarah P. Hogarth as counsel for Asian American Legal Defense & Education Fund, Lawyers' Committee for Civil Rights Under Law, Southern Poverty Law Center, LatinoJustice PRLDEF, Leadership Conference on Civil and Human Rights, National Action Network, and The Center for Constitutional Rights. Notice of appearance due on 05/18/2020 for attorneys Kristen Clarke, Jon Greenbaum, Dariely Rodriguez, Dorian Spence, Noah Baron, Michael S. Stanek, and Sarah P. Hogarth. [19−1413] [Entered: 05/15/2020 10:16 AM] |
| 05/15/2020 | | [10740666] Entry of appearance submitted by Jon M. Greenbaum for Amicus Curiae Lawyers' Committee for Civil Rights Under Law for court review. Certificate of Interested Parties: No. Served on 05/15/2020. Manner of Service: email. −−[Edited 05/15/2020 by SDS to remove pdf from entry as the pleading has been filed] [19−1413] JMG [Entered: 05/15/2020 11:26 AM] |
| 05/15/2020 | | [10740689] Entry of appearance filed by Mr. Jon M. Greenbaum for Lawyers' Committee for Civil Rights Under Law. CERT. OF INTERESTED PARTIES: n. Served on 05/15/2020. Manner of Service: email. [19−1413] [Entered: 05/15/2020 12:42 PM] |
| 05/15/2020 | | [10740796] Entry of appearance submitted by Sarah P. Hogarth and Michael S. Stanek for Amici Curiae Asian American Legal Defense & Education Fund, Lawyers' Committee for Civil Rights Under Law, Southern Poverty Law Center, LatinoJustice PRLDEF, Leadership Conference on Civil and Human Rights, National Action Network and The Center for Constitutional Rights for court review. Certificate of Interested Parties: No. Served on 05/15/2020. Manner of Service: email. [19−1413]−−[Edited 05/18/2020 by AT to remove PDF as pleading was on 05/18/2020.] SH [Entered: 05/15/2020 04:00 PM] |
| 05/18/2020 | | [10740834] Entry of appearance filed by Michael Stanek and Ms. Sarah Hogarth for The Center for Constitutional Rights, Southern Poverty Law Center, National Action Network, Leadership Conference on Civil and Human Rights, Lawyers' Committee for Civil Rights Under Law, LatinoJustice PRLDEF, and Asian American Legal Defense & Education Fund. CERT. OF INTERESTED PARTIES: n. Served on 05/15/2020. Manner of Service: email. [19−1413] [Entered: 05/18/2020 07:14 AM] |
| 05/19/2020 | | [10741235] Notice of withdrawal of attorneys Kristen Clarke, Dariely Rodriguez, Dorian Spencer and Noah Baron from the amici brief filed by Lawyers' Committee for Civil Rights Under Law, Southern Poverty Law Center, Asian American Legal Defense & Education Fund, LatinoJustice PRLDEF, Leadership Conference on Civil and Human Rights, National Action Network and The Center for Constitutional Rights. Served on 05/19/2020 by email.−−[Edited 05/19/2020 by LAB to clarify subject of notice in docket text.] [19−1413] EHT [Entered: 05/19/2020 10:59 AM] |
| 05/20/2020 | | [10741484] Order filed by Clerk of the Court on the "Notice of Withdrawal" filed by amici Asian American Legal Defense & Education Fund, LatinoJustice PRLDEF, Lawyers' Committee for Civil Rights Under Law, Leadership Conference on Civil and Human Rights, National Action Network, Southern Poverty Law Center and The Center for Constitutional Rights. On or before 5/26/2020, amici curiae Asian American Legal Defense & Education Fund, LatinoJustice PRLDEF, Lawyers' Committee for Civil Rights Under Law, Leadership Conference on Civil and Human Rights, National Action Network, Southern Poverty Law Center and The Center for Constitutional Rights shall file a corrected brief with only the attorneys who have entered an appearance in this matter. See attached order for further information. Served on 05/20/2020.−−[Edited 05/21/2020 by LAB to correct typo in deadline in docket text.] [19−1413] [Entered: 05/20/2020 09:09 AM] |

| | |
|---|---|
| 05/22/2020 | This entry has been removed from the docket as brief was filed 5/22/20. [LAB] [10742136] Amicus Curiae brief submitted by Lawyers' Committee for Civil Rights Under Law,Southern Poverty Law Center,Asian American Legal Defense & Education Fund,LatinoJustice PRLDEF,Leadership Conference on Civil and Human Rights,National Action Network and The Center for Constitutional Rights. Served on 05/22/2020. Manner of Service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19−1413] EHT [Entered: 05/22/2020 09:58 AM] |
| 05/22/2020 | [10742148] Amicus Curiae brief filed by Asian American Legal Defense & Education Fund, LatinoJustice PRLDEF, Lawyers' Committee for Civil Rights Under Law, Leadership Conference on Civil and Human Rights, National Action Network, Southern Poverty Law Center and The Center for Constitutional Rights. Served on 05/22/2020. Manner of Service: email. [19−1413] [Entered: 05/22/2020 10:14 AM] |
| 05/28/2020 | [10743577] Appellant/Petitioner's reply brief filed by 303 Creative LLC and Lorie Smith. Served on 05/28/2020. Manner of Service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19−1413] JAS [Entered: 05/28/2020 04:35 PM] |
| 05/29/2020 | [10743592] Minute order filed − the brief submitted by appellant is accepted for filing. Per the Court's General Order of March 16, 2020, paper copies are not required at this time. Parties may be directed to file paper copies at a later date.. (Text Only − No Attachment) [19−1413] [Entered: 05/29/2020 07:08 AM] |
| 06/17/2020 | [10748064] Order filed by Clerk of the Court, paper copies of appellees brief and appendix originally filed on 4/23/2020 due for Miguel Rene Elias, Jessica Pocock, Phil Weiser, Charles Garcia, Aubrey Elenis, Ajay Menon, Richard Lewis, Kendra Anserson and Sergio Cordova on 06/25/2020. Paper copies of appellant's reply brief filed 5/28/2020 by 303 Creative LLC, and Lorie Smith due on 6/25/2020. The amici who filed amici briefs in support of appellees and affirmance shall also provide 7 paper copies of their briefs on or before 6/25/2020. Served on 06/17/2020. [19−1413] [Entered: 06/17/2020 12:00 PM] |
| 06/19/2020 | [10748611] Paper copies of amicus curiae brief received from Americans United for Separation of Church and State, Anti−Defamation League, Bend the Arc, Central Conference of American Rabbis, Glabal Just Institute, Hindu American Foundation, Interfaith Alliance Foundation, Interfaith Alliance of Colorado, Men of Reform Judaism, People for the American Way Foundation, Reconstructionist Rabbinical Association, Sikh Coalition, Union for Reform Judaism and Women of Reform Judaism. [19−1413] [Entered: 06/19/2020 10:03 AM] |
| 06/19/2020 | [10748612] Paper copies of amicus curiae brief received from Floyd Abrams, Erwin Chemerinsky, Walter Dellinger, Kermit Roosevelt, Amanda Shanor and Rebecca Tushnet. [19−1413] [Entered: 06/19/2020 10:06 AM] |
| 06/30/2020 | [10750989] Paper copies of amicus curiae brief received from Lambda Legal Defense & Education Fund, Inc. [19−1413] [Entered: 06/30/2020 07:23 AM] |
| 06/30/2020 | [10750991] Paper copies of amicus curiae brief received from Law Professors from the State of Kansas, Law Professors from the State of New Mexico, Law Professors from the State of Oklahoma, Law Professors from the State of Utah, Law Professors from the State of Wyoming and Law Professors of the State of Colorado. [19−1413] [Entered: 06/30/2020 07:26 AM] |
| 06/30/2020 | [10750995] Paper copies of amicus curiae brief received from Max H. Bazerman, Monica C. Bell, Issa Kohler−Hausmann, David Laibson, Adam J. Levitin, Mary−Hunter McDonnell, Neeru Paharia, Nina Strohminger, Tom R. Tyler and Lauren E. Willis (Scholars of Behavioral Science and Economics) [19−1413] [Entered: 06/30/2020 07:35 AM] |
| 06/30/2020 | [10751007] Paper copies of amicus curiae brief received from Asian American Legal Defense & Education Fund, LatinoJustice PRLDEF, Lawyers' Committee for Civil Rights Under Law, Leadership Conference on Civil and Human Rights, National Action Network, Southern Poverty Law Center and |

Case 1:16-cv-02372-MSK   Document 92   Filed 10/28/22   USDC Colorado   Page 56 of 60
19−1413 303 Creative, et al v. Elenis, et al
Appellate Case: 19-1413   Document: 010110760091   Date Filed: 10/28/2022   Page: 56

|  | | The Center for Constitutional Rights. [19−1413] [Entered: 06/30/2020 07:48 AM] |
|---|---|---|
| 06/30/2020 | | [10751011] Paper copies of amicus curiae brief received from District of Columbia, State of California, State of Connecticut, State of Delaware, State of Hawaii, State of Illinois, State of Maine, State of Maryland, State of Massachusetts, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of North Carolina, State of Oregon, State of Pennsylvania, State of Rhode Island, State of Vermont, State of Virginia and State of Washington. [19−1413] [Entered: 06/30/2020 07:55 AM] |
| 06/30/2020 | | [10751013] Paper copies of appellants reply brief received from 303 Creative LLC and Lorie Smith. [19−1413] [Entered: 06/30/2020 07:57 AM] |
| 06/30/2020 | | [10751189] Paper copies of amicus curiae brief received from American Civil Liberties Union Foundation and American Civil Liberties Union of Colorado. [19−1413] [Entered: 06/30/2020 12:28 PM] |
| 06/30/2020 | | [10751191] Paper copies of appellees' brief and supplemental appendix received from Kendra Anderson, Sergio Cordova, Aubrey Elenis, Miguel Rene Elias, Charles Garcia, Richard Lewis, Ajay Menon, Jessica Pocock and Phil Weiser. −−[Edited 06/30/2020 by MLB to include appendix][19−1413] [Entered: 06/30/2020 12:34 PM] |
| 09/18/2020 | | [10771567] Oral argument notice filed. This matter is set for oral argument on 11/16/2020 at 9:00 A.M. Mountain Time in Courtroom I. Oral arguments in November 2020 will be heard REMOTELY via video conference using Zoom for Government. COUNSEL WILL NOT REPORT TO THE COURTHOUSE. Arguing counsel must carefully review the attached notice. Within 10 days of today's date, arguing counsel must download, complete, and e−file the required oral argument form(s). Counsel for amici parties may not participate in argument without written permission from the court. [19−1413] [Entered: 09/18/2020 01:30 PM] |
| 09/22/2020 | | [10772602] Calendar Acknowledgment Form filed by Aubrey Elenis. Served on 09/22/2020. Manner of Service: email. [19−1413] EO [Entered: 09/22/2020 05:18 PM] |
| 09/25/2020 | | [10773617] Motion filed by Amicus Curiae Lambda Legal Defense & Education Fund, Inc. for attorney Jamie A. Gliksberg to withdraw as counsel. Served on: 09/25/2020. Manner of service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19−1413] JAG [Entered: 09/25/2020 10:07 AM] |
| 09/28/2020 | | [10774109] Order filed by Clerk of the Court granting Amicus attorney motion to withdraw as attorney. Jamie A. Gliksberg is hereby withdrawn as counsel for Amicus Curiae Lambda Legal Defense and Education Fund, Inc. Served on 09/28/2020. [19−1413] [Entered: 09/28/2020 12:06 PM] |
| 09/28/2020 | | [10774211] Calendar Acknowledgment Form filed by 303 Creative LLC and Lorie Smith. Served on 09/28/2020. Manner of Service: email. [19−1413] KW [Entered: 09/28/2020 02:07 PM] |
| 10/07/2020 | | [10776806] Entry of appearance submitted by KATE B. SAWYER for Amici Curiae State of Alabama, State of Alaska, State of Arizona, State of Arkansas, State of Kentucky, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of Tennessee, State of Texas and State of West Virginia for court review. Certificate of Interested Parties: No. Served on 10/07/2020. Manner of Service: email. [19−1413]−−[Edited 10/08/2020 by LG to remove PDF from entry, as pleading was filed on 10/8/2020] KBS [Entered: 10/07/2020 09:11 PM] |
| 10/08/2020 | | [10776829] Entry of appearance filed by Kate B Sawyer for State of West Virginia, State of Texas, State of Tennessee, State of South Carolina, State of Oklahoma, State of Nebraska, State of Montana, State of Missouri, State of Louisiana, State of Kentucky, State of Arkansas, State of Arizona, State of Alaska and State of Alabama. CERT. OF INTERESTED PARTIES: n. Served on 10/07/2020. Manner of Service: email [19−1413] [Entered: 10/08/2020 08:02 AM] |

| | | |
|---|---|---|
| 10/09/2020 | | [10777526] Motion filed by Amici Curiae State of Alabama, State of Alaska, State of Arizona, State of Arkansas, State of Kentucky, State of Louisiana, State of Missouri, State of Montana, State of Nebraska, State of Oklahoma, State of South Carolina, State of Tennessee, State of Texas and State of West Virginia for attorney Rusty D. Crandell to withdraw as counsel. Served on: 10/09/2020. Manner of service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. [19−1413] RDC [Entered: 10/09/2020 04:36 PM] |
| 10/15/2020 | | [10778628] Order filed by Clerk at the direction of the Court granting Attorney Rusty D. Crandell's motion to withdraw as attorney. See order for details. Served on 10/15/2020. [19−1413] [Entered: 10/15/2020 10:36 AM] |
| 11/16/2020 | | [10786275] Case argued and submitted to Judges Tymkovich, Briscoe and Murphy. Kristen Waggoner argued for the Appellants. Eric Olson argued for the Appellees. [19−1413] [Entered: 11/16/2020 01:26 PM] |
| 04/28/2021 | | [10825801] Motion filed by American Civil Liberties Union Foundation and the American Civil Liberties Union Foundation of Colorado for attorney Hilary Ledwell to withdraw as counsel. Served on: 04/28/2021 Manner of service: email. This pleading complies with all required (privacy, paper copy and virus) certifications: Yes. −−[Edited 04/28/2021 by SDS to correct event and modify text] [19−1413] LK [Entered: 04/28/2021 08:46 AM] |
| 04/30/2021 | | [10826628] Order filed by Judges Tymkovich, Briscoe and Murphy granting Attorney Hilary Ledwell's motion to withdraw as attorney. Served on 04/30/2021. [19−1413] [Entered: 04/30/2021 03:14 PM] |
| 06/18/2021 | | [10837948] Supplemental authority filed by Kendra Anderson, Sergio Cordova, Aubrey Elenis, Miguel Rene Elias, Mr. Charles Garcia, Richard Lewis, Ajay Menon, Jessica Pocock and Phil Weiser. Served on 06/18/2021. Manner of Service: email. [19−1413] EO [Entered: 06/18/2021 02:45 PM] |
| 06/25/2021 | | [10839442] Supplemental authority filed by 303 Creative LLC and Lorie Smith. Served on 06/25/2021. Manner of Service: email. [19−1413] JAS [Entered: 06/25/2021 10:28 AM] |
| 06/25/2021 | | [10839445] Supplemental authority filed by 303 Creative LLC and Lorie Smith. Served on 06/25/2021. Manner of Service: email. [19−1413] JAS [Entered: 06/25/2021 10:29 AM] |
| 07/26/2021 | | [10846086] Affirmed;Terminated on the merits after oral hearing;Written, signed, published; Judges Tymkovich (dissenting), Briscoe (authoring) and Murphy. Mandate to issue.−−[Edited 07/27/2021 by SDS to replace opinion pdf with one that corrects a typographical error] [19−1413] [Entered: 07/26/2021 03:01 PM] |
| 07/26/2021 | | [10846093] Judgment for opinion filed. [19−1413] [Entered: 07/26/2021 03:08 PM] |
| 08/17/2021 | | [10850865] Mandate issued. [19−1413] [Entered: 08/17/2021 08:08 AM] |
| 09/29/2021 | | [10861569] Petition for writ of certiorari filed by 303 Creative LLC on 09/24/2002. Supreme Court Number 21−476. [19−1413] [Entered: 09/29/2021 01:53 PM] |
| 02/22/2022 | | [10894420] Supreme court order dated 02/22/2022 granting certiorari filed. [19−1413] [Entered: 02/22/2022 01:49 PM] |

I, CHRISTOPHER M. WOLPERT, Clerk of the United States Court of Appeals for the Tenth Circuit, certify that the copy of the docket sheet in this case contains a complete list of all pleadings in this matter.  The appendices served this court as the record on appeal. Copies of all documents, including the appendices, are available electronically via the PACER website (www.PACER.gov).

CHRISTOPHER M. WOLPERT
Clerk of the United States Court of Appeals
for the Tenth Circuit

By: s/ Anthony Trujillo

Deputy Clerk

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 28, 2022

Clerk
United States Court of Appeals for the Tenth
Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

**Re:   No. 21-476    303 Creative LLC, et al. v. Aubrey Elenis, et al.**
(Your No. 19-1413)

Dear Clerk:

Pursuant to Rule 12.7 of the Rules of the Supreme Court of the United States, you are requested to certify and transmit immediately the entire record (including transcripts) in the above case to this office.  Please indicate in this transmittal all exhibits, lodgings, and <u>briefs that have been filed</u>. **You must also transmit a numbered list specifically identifying each document transmitted.**  All cassettes, disks, tapes and any article of a similar material must be sent via commercial carrier, not via the United States mail.

Please be certain to <u>include a transmittal letter</u> referencing this Court's docket number. It is critical that you note if the record, or any portion of the record, has been sealed or contains confidential information.  If this type of information is contained in the record, these documents must be enclosed in a separate envelope or box and marked accordingly.

If your court is not in possession of the lower court record, please forward a copy of this letter and a request for the lower court to transmit its record directly to this office.

Hard copies of record materials available electronically do not need to be transmitted. Instead you should provide this office with the web address where the materials are available.

If you have any questions please contact me.  Your prompt attention to this matter will be greatly appreciated.

Kindly acknowledge receipt of this letter.

Sincerely,

**Scott S. Harris**, Clerk

by

Kevin Brown
Assistant Clerk
(202) 479-3013

cc:  Counsel of Record