IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02372-CNS

303 CREATIVE LLC, et al,

    Plaintiff,

v.

AUBREY ELENIS, et al,

    Defendants.

### DEFENDANTS-APPELLEES' RESPONSE TO PLAINTIFFS-APPELLANTS' MOTION FOR ATTORNEYS' FEES AND COSTS

Defendants-Appellees respond to Plaintiffs 303 Creative LLC and Lorie Smith's Motion for Attorney's Fees and Costs and for an Extension of Filing Deadline (ECF 96).

### Procedural Background

Defendants agree with the Plaintiffs' procedural history description, except that in addition to recalling the district court's mandate and vacating the judgment in this Court's August 9, 2023 Order, this Court also wrote, "Counsel will be notified if this court desires further briefing prior to disposition of this appeal upon remand." Order, *303 Creative LLC v. Elenis*, No. 19-1413 (10th Cir. August 9, 2023), ECF No. 010110900674. Exhibit A.

### Legal Basis

"The law is well settled [that] the district judge retains jurisdiction over the issue of attorneys' fees even though an appeal on the merits of the case is pending."

*City of Chanute, Kan. v. Williams Natural Gas Co.,* 955 F.2d 641, 658 (10th Cir. 1992) *overruled on other grounds by Systemcare, Inc. v. Wang Laboratories Corp.,* 117 F.3d 1137 (10th Cir. 1997).

Nevertheless, the interests of judicial efficiency and fairness weigh in favor of waiting for a mandate from the Tenth Circuit before awarding or denying attorney's fees. The 1993 Advisory Committee's notes to Rule 54(d) are instructive. They state that "[i]f an appeal on the merits of the case is taken, the [district] court may rule on the claim for fees, may defer its ruling on the motion, *or may deny the motion without prejudice, directing under subdivision (d)(2)(B) a new period for filing after the appeal has been resolved.*" Fed.R.Civ.P. 54(d) advisory committee's note (emphasis added).

Here, Plaintiffs acknowledge they filed their motion "in an abundance of caution." Dkt. 96, footnote 1. The Tenth Circuit has informed counsel that they will be notified if this court desires further briefing prior to disposition of this appeal upon remand. Order, *303 Creative LLC v. Elenis*, No. 19-1413 (10th Cir. August 9, 2023), ECF No. 010110900674. Exhibit A. Judicial efficiency and fairness weigh in favor of waiting for a mandate from the Tenth Circuit before awarding or denying attorney's fees.

## Conclusion

Defendants respectfully request that this Court deny Plaintiffs' attorneys' fees request without prejudice.

Respectfully submitted August 28, 2023,

2

PHILIP J. WEISER
Attorney General

*s/ Alison Faryl Kyles*
ALISON FARYL KYLES
Assistant Solicitor General

VINCENT E. MORSCHER
Senior Assistant Attorney General

JACK D. PATTEN
Second Assistant Attorney General

BILLY LEE SEIBER
First Assistant Attorney General

Attorneys for Defendants

Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado  80203
Telephone:  720-508-6000
E-Mail:   Alison.Kyles@coag.gov
             Vincent.Morscher@coag.gov
             Jack.Patten@coag.gov
             Billy.Seiber@coag.gov
*Counsel of Record

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

David Andrew Cortman
Jeremy David Tedesco
Katherine Leone Anderson
Jonathan Andrew Scruggs

*Counsel of record for Plaintiffs*

> *s/Linda Ruth Carter*
> Linda Ruth Carter, Paralegal