IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:16-cv-02372-CNS

303 CREATIVE LLC, a limited liability company, et al

    Plaintiffs,

v.

AUBRY ELENIS, Director of the Colorado Civil Rights Division, in her official capacity, et al,

    Defendants.

## ORDER OF RECUSAL

Title 28 U.S.C. § 455(b) requires that a judge disqualify herself in certain circumstances in which her impartiality might be reasonably questioned. The provision is self-enforcing on the part of the judge. *See United States v. Pearson*, 203 F.3d 1243, 1276 (10th Cir. 2000).

Upon review of the file of this case, I conclude that I must recuse myself from further participation in this case. Accordingly, it is ORDERED that:

(1) I recuse myself from further participation in this matter; and direct that

(2) The Clerk of the Court shall reassign this case to another District Judge.

(3) The Status Conference set November 7, 2023 is VACATED.

DATED this 31st day of October 2023.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge