IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02372-PAB

303 CREATIVE LLC, a limited liability company, and
LORIE SMITH,

    Plaintiffs,

v.

AUBREY ELENIS et al.,

    Defendants.

---

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the parties' Joint Notice Regarding Proposed Final Judgment Language [Docket No. 116]. On November 7, 2023, the Court ordered the parties to submit a joint recommendation as to the proposed language for final judgment or, if the parties were unable to agree on proposed language, to submit a proposed schedule to brief each side's position on the final judgment language. Docket No. 112 at 2. On December 6, 2023, the parties filed a joint notice indicating that they were unable to agree to proposed language for the final judgment and suggesting a briefing schedule. Docket No. 116 at 1-2. The Court will adopt the proposed briefing schedule. Therefore, it is

    **ORDERED** that plaintiffs shall file a brief regarding their proposed final judgment language that shall not exceed five pages of substantive text, as defined by the joint notice, on or before **January 8, 2024**. It is further

    **ORDERED** that defendants shall file a combined response that shall not exceed eight pages of substantive text on or before **January 29, 2024.** It is further

    **ORDERED** that plaintiffs may file a reply that shall not exceed three pages of substantive text on or before **February 12, 2024.**

    DATED December 8, 2023.