IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02372-PAB

303 CREATIVE LLC, a limited liability company; and
LORIE SMITH,

    *Plaintiffs*,

v.

AUBREY ELENIS, Director of the Colorado Civil Rights
Division, in her official capacity;
SERGIO RAUDEL CORDOVA,
CHARLES GARCIA,
GETA ASFAW,
MAYUKO FIEWEGER, and
DANIEL S. WARD, as members of the Colorado Civil Rights
Commission, in their official capacities, and
PHILIP J. WEISER, Colorado Attorney General,
in his official capacity;

    *Defendants*.

## JOINT MOTION FOR SUBSTITUTION OF PARTIES

Parties, through undersigned counsel, submit this joint motion for substitution of parties.

The proper defendant parties should be Aubrey Elenis, Director of the Colorado Civil Rights Division, in her official capacity; Sergio Raudel Cordova, Charles Garcia, Geta Asfaw, Mayuko Fieweger, and Daniel S. Ward as Commissioners currently serving on the Colorado Civil Rights Commission, in their official capacities; and Philip J. Weiser, Colorado Attorney General, in his official capacity.

The following are no longer members of the Colorado Civil Rights Commission: Anthony Aragon, Ulysses J. Chaney, Miguel Rene Elias, Carol Fabrizio, Heidi Hess, Rita Lewis, Jessica Pocock, Ajay Menon, Richard Lewis, Kendra Anderson, Cherylin Peniston, and Jeremy Ross.

Respectfully submitted March 25, 2024.

PHILIP J. WEISER
Attorney General

| | |
|---|---|
| s/ Alison Faryl Kyles | s/Bryan D. Neihart |
| ALISON FARYL KYLES* | Jonathan A. Scruggs (AZ Bar No. 030505) |
| VINCENT E. MORSCHER* | Bryan D. Neihart (AZ Bar No. 035937) |
| JACK D. PATTEN, III* | **Alliance Defending Freedom** |
| BILLY LEE SEIBER* | 15100 N. 90th Street |
| ANDREW WILLIAMS* | Scottsdale, AZ  85260 |
| Civil Litigation and Employment Law Section | Telephone: (480) 444-0020 |
| *Attorneys for Defendants* | Fax: (480) 444-0028 |
| | jscruggs@ADFlegal.org |
| Ralph L. Carr Colorado Judicial Center | bneihart@ADFlegal.org |
| 1300 Broadway, 10th Floor | |
| Denver, Colorado  80203 | Rachel A. Rouleau (VA Bar No. 97783) |
| Telephone:  720-508-6000 | **Alliance Defending Freedom** |
| E-Mail:   Alison.Kyles@coag.gov | 44180 Riverside Parkway |
| Vincent.Morscher@coag.gov | Lansdowne, Virginia 20176 |
| Jack.Patten@coag.gov | Telephone: (571) 707-2119 |
| Billy.Seiber@coag.gov | Fax: (571) 707-4790 |
| Drew.Williams@coag.gov | rrouleau@ADFlegal.org |
| *Counsel of Record | |
| | David A. Cortman (GA Bar No. 188810) |
| | **Alliance Defending Freedom** |
| | 1000 Hurricane Shoals Rd. NE |
| | Suite D-1100 |
| | Lawrenceville, GA 30043 |
| | Telephone: (770) 339-0774 |
| | Fax: (770) 339-6744 |
| | dcortman@ADFlegal.org |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2024, I electronically filed the foregoing MOTION FOR SUBSTITUTION OF PARTIES with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Linda Ruth Carter<br>Paralegal