IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02372-PAB

303 CREATIVE LLC, a limited liability company, and
LORIE SMITH,

    Plaintiffs,

v.

AUBREY ELENIS, Director of the Colorado Civil Rights Division, in her official capacity,
SERGIO RAUDEL CORDOVA,
CHARLES GARCIA,
GETA ASFAW,
MAYUKO FIEWEGER, and
DANIEL S. WARD, as members of the Colorado Civil Rights Commission, in their official capacities, and
PHILIP J. WEISER, Colorado Attorney General, in his official capacity,

    Defendants.

## AMENDED FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and in accordance with Fed. R. Civ. P. 58(a), the following Amended Final Judgment is entered.

Pursuant to the Order [Docket No. 125] of Chief United States District Judge Philip A. Brimmer, entered on March 26, 2024; the opinion of the Supreme Court, entered on June 30, 2023; and the order of the Tenth Circuit, entered on August 31, 2023 [Docket No. 100], it is

ORDERED that plaintiffs' second, third, fourth, and fifth claims are DISMISSED with prejudice.  It is further

ORDERED that the First Amendment's Free Speech Clause prohibits Colorado from enforcing the Accommodation Clause of Colorado's Anti-Discrimination Act ("CADA"), Colo. Rev. Stat. § 24-34- 601(2)(a)), to compel plaintiffs to create custom websites celebrating or depicting same-sex weddings or otherwise create or depict original, expressive, graphic or website designs inconsistent with her beliefs regarding same-sex marriage.  It is further

ORDERED that the First Amendment's Free Speech Clause prohibits Colorado from enforcing CADA's Communication Clause to prevent plaintiffs from posting the following statement on her website or from making materially similar statements on her website and directly to prospective clients:

> I firmly believe that God is calling me to this work. Why? I am personally convicted that He wants me – during these uncertain times for those who believe in biblical marriage – to shine His light and not stay silent. He is calling me to stand up for my faith, to explain His true story about marriage, and to use the talents and business He gave me to publicly proclaim and celebrate His design for marriage as a life-long union between one man and one woman.
>
> These same religious convictions that motivate me also prevent me from creating websites promoting and celebrating ideas or messages that violate my beliefs. So I will not be able to create websites for same-sex marriages or any other marriage that is not between one man and one woman. Doing that would compromise my Christian witness and tell a story about marriage that contradicts God's true story of marriage – the very story He is calling me to promote.

It is further

ORDERED that defendants, their officers, agents, servants, employees, attorneys, and those acting in active concert or participation with them who receive actual notice of this order are permanently enjoined from enforcing:

      a. CADA's Accommodations Clause to compel plaintiffs to create custom websites celebrating or depicting same-sex weddings or otherwise to create or depict original, expressive, graphic or website designs inconsistent with her beliefs regarding same-sex marriage; and

      b. CADA's Communication Clause to prevent plaintiffs from posting the above statement on her website and from making materially similar statements on her website and directly to prospective clients.

It is further

ORDERED that plaintiffs are the prevailing parties in this action under 42 U.S.C. § 1988(b).  Plaintiffs and their counsel are entitled to recover their reasonable attorney's fees, costs, and expenses for work related to litigation before the district court.  It is further

ORDERED that judgment shall enter in favor of plaintiffs and against defendants. It is further

ORDERED that plaintiffs are awarded their costs, to be taxed by the Clerk of the Court, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

ORDERED that this case is closed.

Dated: March 26, 2024.

                                  FOR THE COURT:

                                  Jeffrey P. Colwell, Clerk

                                  By  S. Grimm
                                      Deputy Clerk