IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02372-PAB

303 CREATIVE LLC, a limited liability company; and
LORIE SMITH,

    *Plaintiffs*,

v.

AUBREY ELENIS, Director of the Colorado Civil Rights
Division, in her official capacity;
SERGIO RAUDEL CORDOVA,
CHARLES GARCIA,
GETA ASFAW,
MAYUKO FIEWEGER, and
DANIEL S. WARD, as members of the Colorado Civil Rights
Commission, in their official capacities, and
PHILIP J. WEISER, Colorado Attorney General,
in his official capacity;

    *Defendants*.

---

### JOINT MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS AND THE BILL OF COSTS

---

Pursuant to D.C.COLO.LCivR 6.1, the parties jointly move for a 30-day extension of time for Plaintiffs to file their Motion for Attorneys' Fees and Costs (Motion) and the Bill of Costs. The Motion and Bill of Costs are currently due on Monday, June 24, 2024. But the parties are attempting to resolve Plaintiffs' fees and costs. These negotiations are ongoing. The parties' requested extension would provide additional time for the negotiations to occur and potentially winnow or eliminate the issues to be resolved by the Court. Accordingly, the parties request that the Court extend the deadline for the Motion and Bill of Costs by thirty days, up to and including Wednesday, July 24, 2024.

Respectfully submitted June 14, 2024.

PHILIP J. WEISER
Attorney General

| | |
|---|---|
| *s/Andrew M. Williams* | *s/Bryan D. Neihart* |
| ALISON FARYL KYLES* | Jonathan A. Scruggs (AZ Bar No. 030505) |
| VINCENT E. MORSCHER* | |
| JACK D. PATTEN, III* | Bryan N. Neihart (AZ Bar No. 035937) |
| BILLY LEE SEIBER* | **Alliance Defending Freedom** |
| ANDREW WILLIAMS* | 15100 N. 90th Street |
| Civil Litigation and Employment Law Section | Scottsdale, AZ  85260 |
| | Telephone: (480) 444-0020 |
| *Attorneys for Defendants* | Fax: (480) 444-0028 |
| | jscruggs@ADFlegal.org |
| Ralph L. Carr Colorado Judicial Center | bneihart@ADFlegal.org |
| 1300 Broadway, 10th Floor | |
| Denver, Colorado  80203 | Rachel A. Rouleau (VA Bar No. 97783) |
| Telephone:  720-508-6000 | **Alliance Defending Freedom** |
| E-Mail:   Alison.Kyles@coag.gov | 44180 Riverside Parkway |
| Vincent.Morscher@coag.gov | Lansdowne, Virginia 20176 |
| Jack.Patten@coag.gov | Telephone: (571) 707-2119 |
| Billy.Seiber@coag.gov | Fax: (571) 707-4790 |
| Drew.Williams@coag.gov | rrouleau@ADFlegal.org |
| | |
| *Counsel of Record | David A. Cortman (GA Bar No. 188810) |
| | **Alliance Defending Freedom** |
| | 1000 Hurricane Shoals Rd. NE |
| | Suite D-1100 |
| | Lawrenceville, GA 30043 |
| | Telephone: (770) 339-0774 |
| | Fax: (770) 339-6744 |
| | dcortman@ADFlegal.org |
| | |
| | *Attorneys for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2024 the foregoing motion was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Alison Faryl Kyles
Andrew Michael Williams
Jack Davy Patten, III
Vincent Edward Morscher
Billy Lee Seiber
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720-508-6000
Fax: 720-508-6032
alison.kyles@coag.gov
Drew.williams@coag.gov
Jack.Patten@coag.gov
vincent.morscher@coag.gov
billy.seiber@coag.gov

    s/ *Bryan D. Neihart*
    Bryan D. Neihart (AZ Bar No. 035937)
    **Alliance Defending Freedom**
    15100 N. 90th Street
    Scottsdale, AZ  85260
    Telephone: (480) 444-0020
    Fax: (480) 444-0028
    bneihart@ADFlegal.org

    *Attorney for Plaintiffs*