# SCRUGGS EXHIBIT 4

**Chart 1: Summary of Total Time, Rates, and Fees**

| Timekeeper | Colo. Hours | Denver Rate | Colo. Total | S. Ct. Hours | D.C. Rate | S. Ct. Total |
|---|---|---|---|---|---|---|
| B. Neihart | 95.2 | $575 | $54,740 | 93.4 | $700 | $65,380 |
| C. Barnett | 0 | $526 | 0 | 99.9 | $650 | $64,935 |
| C. Eville | 3.9 | $270 | $1,053 | 67.5 | $300 | $20,250 |
| D. Cortman | 9.7 | $1,176 | $11,407 | 51.8 | $1,400 | $72,520 |
| E. Hawley | 0 | $803 | 0 | 215.9 | $900 | $194,310 |
| J. Bursch | 13.4 | $1,176 | $15,758 | 168.6 | $1,400 | $236,040 |
| J. Perske | 62.1 | $265 | $16,457 | 0 | N/A | 0 |
| J. Peterson | 22.7 | $275 | $6,243 | 0 | N/A | 0 |
| J. Scruggs | 112.9 | $734 | $82,869 | 244.2 | $850 | $207,570 |
| J. Tedesco | 21.1 | $803 | $16,943 | 0 | N/A | 0 |
| J. Warner | 31.7 | $612 | $19,400 | 17.7 | $750 | $13,275 |
| K. Anderson | 224.6 | $673 | $151,156 | 0 | N/A | 0 |
| K. Waggoner | 75 | $1,062 | $79,650 | 366.6 | $1,400 | $513,240 |
| M. Francisco | 67.3 | $714 | $48,052 | 0 | N/A | 0 |
| R. Gray | 55.4 | $683 | $37,838 | 0 | N/A | 0 |
| R. Rouleau | 11.2 | $332 | $3,718 | 0 | N/A | 0 |
| S. Green | 42.6 | $636 | $27,094 | 0 | N/A | 0 |
|  |  |  |  |  |  |  |
| **Colo. Hours** | 848.8 |  |  |  |  |  |
| **Colo. Fees** |  |  | $572,378 |  |  |  |
| **S. Ct. Hours** |  |  |  | 1,325.6 |  |  |
| **S. Ct. Fees** |  |  |  |  |  | $1,387,520 |
| **Total Hours** | 2,174.4 |  |  |  |  |  |
| **Total Fees** | $1,959,898 |  |  |  |  |  |

## Chart 2: Summary of Total Time and Billing Judgment

| Timekeeper | Total Time | Total Time Reduced | Total Claimed Time |
|---|---|---|---|
| B. Neihart | 325.6 | 137 | 188.6 |
| C. Barnett | 199 | 99.1 | 99.9 |
| C. Eville | 108.4 | 37 | 71.4 |
| D. Cortman | 113.7 | 52.2 | 61.5 |
| E. Hawley | 333.9 | 118 | 215.9 |
| J. Bursch | 270.1 | 88.1 | 182 |
| J. Perske | 90.8 | 28.7 | 62.1 |
| J. Peterson | 24.9 | 2.2 | 22.7 |
| J. Scruggs | 595.2 | 238.1 | 357.1 |
| J. Tedesco | 37.3 | 16.2 | 21.1 |
| J. Warner | 97 | 47.6 | 49.4 |
| K. Anderson | 369.1 | 144.5 | 224.6 |
| K. Waggoner | 516.6 | 75 | 441.6 |
| M. Francisco | 67.3 | 0 | 67.3 |
| R. Gray | 115.4 | 60 | 55.4 |
| R. Rouleau | 21 | 9.8 | 11.2 |
| S. Green | 89.6 | 47 | 42.6 |
|  |  |  |  |
| **Totals** | **3374.9** | **1200.5** | **2174.4** |

## Chart 3: Summary of Total Time and Billing Judgment for Colorado Litigation

| Timekeeper | Total Colo. Time | Total Colo. Time Reduced | Total Claimed Colo. Time |
|---|---|---|---|
| B. Neihart | 136.8 | 41.6 | 95.2 |
| C. Barnett | N/A | N/A | N/A |
| C. Eville | 4.8 | .9 | 3.9 |
| D. Cortman | 18.3 | 8.6 | 9.7 |
| E. Hawley | N/A | N/A | N/A |
| J. Bursch | 28.2 | 14.8 | 13.4 |
| J. Perske | 90.8 | 28.7 | 62.1 |
| J. Peterson | 24.9 | 2.2 | 22.7 |
| J. Scruggs | 190.8 | 77.9 | 112.9 |
| J. Tedesco | 37.3 | 16.2 | 21.1 |
| J. Warner | 50.1 | 18.4 | 31.7 |
| K. Anderson | 369.1 | 144.5 | 224.6 |
| K. Waggoner | 111 | 36 | 75 |
| M. Francisco | 67.3 | 0 | 67.3 |
| R. Gray | 115.4 | 60 | 55.4 |
| R. Rouleau | 21 | 9.8 | 11.2 |
| S. Green | 89.6 | 47 | 42.6 |
|  |  |  |  |
| **Totals** | **1355.4** | **506.6** | **848.8** |

**Chart 4: Summary of Total Time and Billing Judgment for Supreme Court Litigation**

| Timekeeper | Total S. Ct. Time | Total S. Ct. Time Reduced | Total Claimed S. Ct. Time |
|---|---|---|---|
| B. Neihart | 188.8 | 95.4 | 93.4 |
| C. Barnett | 199 | 99.1 | 99.9 |
| C. Eville | 103.6 | 36.1 | 67.5 |
| D. Cortman | 95.4 | 43.6 | 51.8 |
| E. Hawley | 333.9 | 118 | 215.9 |
| J. Bursch | 241.9 | 73.3 | 168.6 |
| J. Perske | N/A | N/A | N/A |
| J. Peterson | N/A | N/A | N/A |
| J. Scruggs | 404.4 | 160.2 | 244.2 |
| J. Tedesco | N/A | N/A | N/A |
| J. Warner | 46.9 | 29.2 | 17.7 |
| K. Anderson | N/A | N/A | N/A |
| K. Waggoner | 405.6 | 39 | 366.6 |
| M. Francisco | N/A | N/A | N/A |
| R. Gray | N/A | N/A | N/A |
| R. Rouleau | N/A | N/A | N/A |
| S. Green | N/A | N/A | N/A |
| | | | |
| **Totals** | **2019.5** | **693.9** | **1325.6** |

**Chart 5: Summary of Hourly Rates**

| Timekeeper | Denver Rate | Washington, D.C. Rate |
|---|---|---|
| B. Neihart | $575 | $715 |
| C. Barnett | $526 | $650 |
| C. Eville | $270 | $300 |
| D. Cortman | $1,176 | $1,400 |
| E. Hawley | $803 | $900 |
| J. Bursch | $1,176 | $1,400 |
| J. Perske | $265 | N/A |
| J. Peterson | $275 | N/A |
| J. Scruggs | $734 | $850 |
| J. Tedesco | $803 | N/A |
| J. Warner | $612 | $750 |
| K. Anderson | $673 | N/A |
| K. Waggoner | $1,062 | $1,400 |
| M. Francisco | $714 | N/A |
| R. Gray | $683 | N/A |
| R. Rouleau | $332 | N/A |
| S. Green | $636 | N/A |