IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02372-PAB

303 CREATIVE LLC, a limited liability company; and
LORIE SMITH,

    *Plaintiffs*,

v.

AUBREY ELENIS, Director of the Colorado Civil Rights
Division, in her official capacity;
SERGIO RAUDEL CORDOVA,
CHARLES GARCIA,
GETA ASFAW,
MAYUKO FIEWEGER, and
DANIEL S. WARD, as members of the Colorado Civil Rights Commission,
in their official capacities, and
PHILIP J. WEISER, Colorado Attorney General, in his official capacity,

    *Defendants*.

---

JOINT MOTION FOR THIRD EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO FEE PETITION AND STATUS REPORT REGARDING SETTLEMENT

---

The parties jointly provide the Court an updated status report on settlement and jointly move for an additional three-week extension of time, up to and including October 16, 2024, for Defendants to file their response to Plaintiffs' fee petition, and October 30, 2024, for Plaintiffs to file their reply in support of their fee petition and a motion to supplement their original fee petition, if necessary. In support thereof, the parties state as follows:

1. The parties successfully reached a tentative settlement agreement on the amount of Plaintiffs' attorneys' fees and costs.

2. As noted in the previous motion for enlargement, on September 4, 2024, the settlement amount was approved by the State Claims Board, which is the sole party authorized to compromise or settle claims on behalf of the State over a certain amount, and to direct payment of claims.

3. Counsel for all parties have reached a settlement agreement in principle regarding Plaintiffs' attorneys' fees and costs and have been diligently wordsmithing and determining necessary party designation and releases to facilitate payment. This effort has been more complex than earlier supposed, and the parties are working through the issues in earnest. Counsel for both sides have exchanged a number of emails and drafts and engaged in a substantive, all-hands videoconference conferral today, September 25, 2024. All counsel sincerely believe that this additional extension of time will be the last requested.

4. This is the third motion for extension of time filed for this deadline. The Court granted Parties first Joint Motion for Extension of Time and Notice of Provisional Settlement on August 13, 2024 (ECF 136), and Joint Motion for Second Extension of Time on September 11, 2024 (ECF 138). All clients are being advised of this request pursuant to Local Rule.

5. In light of anticipated finalizing and execution of the written settlement agreement, and to work around upcoming office absences, the parties jointly request

that this Court extend Defendants' deadline to respond to Plaintiffs' fee petition for an additional three-weeks.

6. Unless this Court directs otherwise, the parties intend to file notice of settlement of attorney fees and costs on or before October 16, 2024. In the unlikely event that parties are not able to finalize the agreement, Defendants will file their fee petition response on October 16, 2024.

Respectfully submitted this 25th day of September, 2024.

PHILIP J. WEISER
Attorney General

| *s/ Alison Faryl Kyles* | *s/ Bryan D. Neihart* |
|---|---|
| Alison Faryl Kyles* <br> Vincent E. Morscher* <br> Jack D. Patten, III* <br> Billy Lee Seiber* <br> Andrew Williams* <br> Civil Litigation and Employment Law Section <br> *Attorneys for Defendants* | Jonathan A. Scruggs (AZ Bar No. 035937) <br> Bryan D. Neihart (AZ Bar No. 035937) <br> **Alliance Defending Freedom** <br> 15100 N. 90th Street <br> Scottsdale, AZ 85260 <br> Telephone: (480) 444-0020 <br> jscruggs@ADFlegal.org <br> bneihart@ADFlegal.org |
| Ralph L. Carr Colorado Judicial Center <br> 1300 Broadway, 10th Floor <br> Denver, Colorado  80203 <br> Telephone:  720-508-6000 <br> E-Mail:   Alison.Kyles@coag.gov <br> Vincent.Morscher@coag.gov <br> Jack.Patten@coag.gov <br> Billy.Seiber@coag.gov <br> Drew.Williams@coag.gov <br> *Counsel of Record | Rachel A. Rouleau (VA Bar No. 97783) <br> **Alliance Defending Freedom** <br> 44180 Riverside Parkway <br> Lansdowne, Virginia 20176 <br> (571) 707-2119 <br> rrouleau@ADFlegal.org <br><br> David A. Cortman (GA Bar No. 188810) <br> **Alliance Defending Freedom** <br> 1000 Hurricane Shoals Rd. NE <br> Suite D-1100 <br> Lawrenceville, GA 30043 <br> Telephone: (770) 339-0774 <br> dcortman@ADFlegal.org <br><br> *Attorneys for Plaintiffs* |

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of September 2024, I electronically filed the foregoing JOINT MOTION FOR THIRD EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO FEE PETITION AND STATUS REPORT REGARDING SETTLEMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record including the following:

Bryan D. Neihart
Jonathan A. Scruggs
Rachel A. Rouleau
David A. Cortman

*Attorneys for Plaintiffs*

                                        *s/    Linda Ruth Carter*
                                            Linda Ruth Carter, Paralegal