IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02372-PAB

303 CREATIVE LLC, a limited liability company; and
LORIE SMITH,

    *Plaintiffs*,

v.

AUBREY ELENIS, Director of the Colorado Civil Rights
Division, in her official capacity;
SERGIO RAUDEL CORDOVA,
CHARLES GARCIA,
GETA ASFAW,
MAYUKO FIEWEGER, and
DANIEL S. WARD, as members of the Colorado Civil Rights
Commission, in their official capacities, and
PHILIP J. WEISER, Colorado Attorney General,
in his official capacity,

    *Defendants*.

## NOTICE OF SETTLEMENT

The parties jointly provide notice to the Court that they have resolved the issue of Plaintiffs' attorneys' fees, costs, and expenses. Based on the parties' settlement agreement, Plaintiffs withdraw their request for attorneys' fees, costs, and expenses with prejudice (Docket No. 133). The terms of this Court's permanent injunction contained in the Amended Final Judgment shall remain in effect. Docket No. 126.

Respectfully submitted this 19th day of November, 2024.

PHILIP J. WEISER
Attorney General

| *s/ Alison Faryl Kyles* | *s/ Bryan D. Neihart* |
|---|---|
| Alison Faryl Kyles* | Jonathan A. Scruggs (AZ Bar No. 035937) |
| Vincent E. Morscher* | |
| Jack D. Patten, III* | Bryan D. Neihart (AZ Bar No. 035937) |
| Billy Lee Seiber* | **Alliance Defending Freedom** |
| Andrew Williams* | 15100 N. 90th Street |
| Civil Litigation and Employment Law Section | Scottsdale, AZ 85260 |
| | Telephone: (480) 444-0020 |
| *Attorneys for Defendants* | jscruggs@ADFlegal.org |
| | bneihart@ADFlegal.org |
| Ralph L. Carr Colorado Judicial Center | |
| 1300 Broadway, 10th Floor | Rachel A. Rouleau (VA Bar No. 97783) |
| Denver, Colorado 80203 | **Alliance Defending Freedom** |
| Telephone:  720-508-6000 | 44180 Riverside Parkway |
| E-Mail:   Alison.Kyles@coag.gov | Lansdowne, Virginia 20176 |
| Vincent.Morscher@coag.gov | (571) 707-2119 |
| Jack.Patten@coag.gov | rrouleau@ADFlegal.org |
| Billy.Seiber@coag.gov | |
| Drew.Williams@coag.gov | David A. Cortman (GA Bar No. 188810) |
| *Counsel of Record | **Alliance Defending Freedom** |
| | 1000 Hurricane Shoals Rd. NE |
| | Suite D-1100 |
| | Lawrenceville, GA 30043 |
| | Telephone: (770) 339-0774 |
| | dcortman@ADFlegal.org |
| | |
| | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November 2024, I electronically filed the foregoing NOTICE OF SETTLEMENT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to following counsel of record:

Alison Faryl Kyles
Andrew Michael Williams
Jack Davy Patten, III
Vincent Edward Morscher
Billy Lee Seiber
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720-508-6000
Fax: 720-508-6032
alison.kyles@coag.gov
Drew.williams@coag.gov
Jack.Patten@coag.gov
vincent.morscher@coag.gov
billy.seiber@coag.gov

                                                  s/ *Bryan D. Neihart*
                                                  Bryan D. Neihart (AZ Bar No. 035937)
                                                  **Alliance Defending Freedom**
                                                  15100 N. 90th Street
                                                  Scottsdale, AZ  85260
                                                  Telephone: (480) 444-0020
                                                  Fax: (480) 444-0028
                                                  bneihart@ADFlegal.org

                                                  *Attorney for Plaintiffs*